BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
MICHELLE (MINJU) Y. CHO - # 321939
mcho@aclunc.org
LAUREN DAVIS - # 357292
ldavis@aclunc.org
SHILPI AGARWAL - # 270749
sagarwal@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

MAYRA JOACHIN - # 306065
mjoachin@aclusocal.org
EVA BITRAN - # 302081
ebitran@aclusocal.org
OLIVER MA - # 354266
oma@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5000

BRISA VELAZQUEZ OATIS - # 339132
bvoatis@aclu-sdic.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Attorneys for Plaintiffs*

AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
FRANCO MUZZIO - # 310618
fmuzzio@keker.com
ZAINAB O. RAMAHI - # 332139
zramahi@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Attorneys for Plaintiff Oscar Morales Cisneros*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS; OSCAR MORALES CISNEROS; WILDER MUNGUIA ESQUIVEL; YOLANDA AGUILERA MARTINEZ; JUAN VARGAS MENDEZ; and MARIA GUADALUPE HERNANDEZ ESPINOZA,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PETE R. FLORES, in his official capacity as Acting Commissioner of U.S. Border Patrol; MICHAEL W. BANKS, in his official capacity as Chief of U.S. Border Patrol; and GREGORY K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol,<br><br>　　　　　Defendants. | CASE NO. 1:25-cv-00246-BAM<br><br>**REQUEST FOR CORRECTION** |

1  WHEREAS at the time that the pending matter was filed, Plaintiff Maria Guadalupe
2 Hernandez Espinoza's last name was inadvertently misspelled on the Complaint's caption page
3 and entered incorrectly into the docket as "Hernandez Espinosa," when the correct spelling of
4 Plaintiff's last name is "Hernandez Espinoza."

5  NOW, THEREFORE, the undersigned parties, by and through their counsel of record,
6 hereby request that the docket be corrected to reflect the correct spelling of Plaintiff Hernandez
7 Espinoza's last name.

Date: March 3, 2025   Respectfully Submitted,

*/s/Bree Bernwanger*
Bree Bernwanger (SBN 331731)
Michelle (Minju) Y. Cho (SBN 321939)
Lauren Davis (SBN 357292)
Shilpi Agarwal (SBN 270749)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

REQUEST FOR CORRECTION
CASE NO. 1:25-cv-00246-BAM                                            1