| | |
|---|---|
| BREE BERNWANGER - # 331731<br>bbernwanger@aclunc.org<br>MICHELLE (MINJU) Y. CHO - # 321939<br>mcho@aclunc.org<br>LAUREN DAVIS - # 357292<br>ldavis@aclunc.org<br>SHILPI AGARWAL - # 270749<br>sagarwal@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>MAYRA JOACHIN - # 306065<br>mjoachin@aclusocal.org<br>EVA BITRAN - # 302081<br>ebitran@aclusocal.org<br>OLIVER MA - # 354266<br>oma@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN<br>CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5000 | BRISA VELAZQUEZ OATIS - # 339132<br>bvoatis@aclu-sdic.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SAN DIEGO &<br>IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4199<br><br>*Attorneys for Plaintiffs*<br><br>AJAY S. KRISHNAN - # 222476<br>akrishnan@keker.com<br>FRANCO MUZZIO - # 310618<br>fmuzzio@keker.com<br>ZAINAB O. RAMAHI - # 332139<br>zramahi@keker.com<br>JULIA GREENBERG - # 333864<br>jgreenberg@keker.com<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188<br><br>*Attorneys for Plaintiff Oscar Morales Cisneros* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00246-JLT-BAM<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PROVISIONAL CLASS CERTIFICATION**<br><br>Date:　　　April 11, 2025<br>Time:　　　9:00 a.m.<br>Dept.:　　　Courtroom 4, 7th Floor<br>Judge:　　　Hon. Jennifer L. Thurston<br><br>Date Filed:　February 26, 2025<br><br>Trial Date:　None set |

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 11, 2025, at 9:00 a.m., or as soon as this matter may be heard, in the Courtroom of the Honorable Jennifer L. Thurston at Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California 93721, Plaintiffs Oscar Morales Cisneros, Wilder Munguia Esquivel, and Yolanda Aguilera Martinez (collectively, "the Individual Plaintiffs")[1] hereby move this Court to provisionally certify two proposed classes defined fully herein. Individual Plaintiffs request provisional certification under Federal Rule of Civil Procedure 23(a) and (b)(2) to seek class-wide preliminary injunctive relief. Additionally, Individual Plaintiffs ask the Court to appoint the American Civil Liberties Union Foundation of Northern California, the American Civil Liberties Union Foundation of Southern California, the American Civil Liberties Union Foundation of San Diego and Imperial Counties, and Keker, Van Nest & Peters LLP as provisional class counsel under Rule 23(g).

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the supporting Declarations of Bree Bernwanger and Ajay S. Krishnan, and the Proposed Order filed herewith, the papers, evidence, and records on file in this action, and any other written or oral evidence or argument as may be presented at or before the time this motion is heard by the Court. This motion is also supported by the Complaint (Dkt. No. 1) as well as the Plaintiffs' Motion for Preliminary Injunction ("PI Motion") and the supporting declarations filed contemporaneously.

Pursuant to this Court's Standing Order, counsel for Plaintiffs and Defendants met and conferred on March 6, 2025, in advance of filing this motion. During the meet and confer, Plaintiffs' counsel informed Defendants' counsel that they would be moving for a preliminary injunction and to certify a provisional class, and the bases for those motions. Plaintiffs' counsel offered to answer any questions Defendants had concerning the motion, and after the parties discussed the motions and their bases, they agreed they would be unable to resolve the dispute

---

[1] Plaintiffs United Farm Workers, Juan Vargas Mendez, and Maria Guadalupe Hernandez Espinoza do not seek to represent any class.

1

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PROVISIONAL CLASS CERTIFICATION
Case No. 1:25-cv-00246-JLT-BAM

2884181

before the filing of the motion. Plaintiffs thus certify that meet and confer efforts have been exhausted in advance of filing the motion. Plaintiffs respectfully now move for a preliminary injunction and provisional class certification.

Respectfully submitted,

Dated: March 7, 2025

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By: */s/ Bree Bernwanger*
BREE BERNWANGER
MICHELLE (MINJU) Y. CHO
LAUREN DAVIS
SHILPI AGARWAL

Dated: March 7, 2025

By: AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA

*/s/ Mayra Joachin*
MAYRA JOACHIN
EVA BITRAN
OLIVER MA

Dated: March 7, 2025

By: AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

*/s/ Brisa Velazquez Oatis*
BRISA VELAZQUEZ OATIS

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| Dated: March 7, 2025 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/ Ajay S. Krishnan |
| | | AJAY S. KRISHNAN |
| | | FRANCO MUZZIO |
| | | ZAINAB O. RAMAHI |
| | | JULIA GREENBERG |
| | | *Attorneys for Plaintiff Oscar Morales Cisneros* |