| | |
|---|---|
| BREE BERNWANGER - # 331731<br>bbernwanger@aclunc.org<br>MICHELLE (MINJU) Y. CHO - # 321939<br>mcho@aclunc.org<br>LAUREN DAVIS - # 357292<br>ldavis@aclunc.org<br>SHILPI AGARWAL - # 270749<br>sagarwal@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>MAYRA JOACHIN - # 306065<br>mjoachin@aclusocal.org<br>EVA BITRAN - # 302081<br>ebitran@aclusocal.org<br>OLIVER MA - # 354266<br>oma@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN<br>CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5000 | BRISA VELAZQUEZ OATIS - # 339132<br>bvoatis@aclu-sdic.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SAN DIEGO &<br>IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4199<br><br>*Attorneys for Plaintiffs*<br><br>AJAY S. KRISHNAN - # 222476<br>akrishnan@keker.com<br>FRANCO MUZZIO - # 310618<br>fmuzzio@keker.com<br>ZAINAB O. RAMAHI - # 332139<br>zramahi@keker.com<br>JULIA GREENBERG - # 333864<br>jgreenberg@keker.com<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:   415 397 7188<br><br>*Attorneys for Plaintiff Oscar Morales Cisneros* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00246-JLT-BAM<br><br>**DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION**<br><br>Date:　　　　April 11, 2025<br>Time:　　　　9:00 a.m.<br>Dept.:　　　　Courtroom 4, 7th Floor<br>Judge:　　　　Hon. Jennifer L. Thurston<br><br>Date Filed:　　February 26, 2025<br><br>Trial Date:　　None set |

DECLARATION OF AJAY S. KRISHNAN ISO PLAINTIFFS'
MOTION FOR PROVISIONAL CLASS CERTIFICATION
Case No. 1:25-cv-00246-JLT-BAM

2884188

I, AJAY S. KRISHNAN, declare:

1. I am a partner in the firm of Keker, Van Nest & Peters LLP, one of the counsel representing named Plaintiff Oscar Morales Cisneros in this lawsuit. I am a member of the California State Bar, and I am admitted in the United States District Court for the Eastern District of California. I have personal knowledge of the facts contained in this Declaration and, if called to testify, could and would competently testify thereto. I make this declaration in support of Plaintiffs' motion for class certification.

2. My law firm has the necessary experience and resources to adequately represent and protect the interests of the class in this matter. For example, Keker, Van Nest & Peters has been previously named the top litigation boutique by the *Daily Journal* and litigation boutique of the year by the *American Lawyer*. It was also named the top trial group by *Law 360* this year.

3. Keker, Van Nest & Peters has significant experience handling civil rights cases and litigation to vindicate the rights of underserved populations. Following are examples of some of this relevant work and experience:

   a. *Jewett, et al., v. Shasta Cty. Sherrif's Dep't et al.*, 2:13-cv-00882-MCE-AC (E.D. Cal.): In conjunction with the Disability Rights Legal Center, we successfully represented a certified class of inmates at the Shasta County Jail in claims related to civil rights and disability law violations, ultimately obtaining injunctive relief requiring comprehensive policy and structural changes at the Shasta County Jail and a multi-year monitoring period.

   b. *Wilbur P.G., et al. v. U.S.*, 4:21-cv-04457-KAW (N.D. Cal.): In partnership with the Lawyers' Committee for Civil Rights and the ACLU, we successfully represented immigrant families who had been subjected to the government's family-separation policy—where the government had forcibly separated parents from their children in Customs and Border Protection facilities in Arizona. We settled the case weeks before trial.

   c. *Al-Mowafak, et al. v. Trump, et al.*, 3:17-cv-00557-WHO (N.D. Cal.): With the ACLU Foundation of Northern California, we represented individuals who were injured by the government's unlawful entry ban. The case was stayed when another district court entered a nationwide injunction.

   d. *Preap v. Johnson*, 303 F.R.D. 566 (N.D. Cal. 2014), *aff'd*, 831 F.3d 1193 (9th Cir. 2016): We represented a class of undocumented immigrants who brought a case against the Secretary of Department of Homeland Security challenging their mandatory detention without bond under the Immigration and Nationality Act.

1
DECLARATION OF AJAY S. KRISHNAN ISO PLAINTIFFS'
MOTION FOR PROVISIONAL CLASS CERTIFICATION
Case No. 1:25-cv-00246-JLT-BAM

2884188

4. Litigating class actions is also one of my firm's areas of expertise. Attorneys at my firm have experience litigating class actions, including prisoners' rights, RICO, antitrust, consumer, false advertising, copyright, unfair business practices, and securities class actions. Keker, Van Nest & Peters has been both plaintiff and defense counsel in numerous class actions, including the successful representation of a class of detainees and prisoners at the Shasta County Jail (*Jewett, et al. v. Shasta Cty., et al.*), in which both I and my colleague Franco Muzzio, who is also counsel of record in this case, participated.

5. In partnership with the American Civil Liberties Union offices, my law firm has conducted extensive identification and investigation of potential class claims, both prior and subsequent to filing the present action. Keker, Van Nest & Peters has the capacity to prosecute the claims thoroughly and vigorously in this case and properly represent the Plaintiff classes. We have undertaken this case on a pro bono basis, committing the resources necessary to litigate it.

6. Moreover, Keker, Van Nest & Peters has no conflict with the proposed class members that would compromise its ability to represent the class.

7. I have been a member of the State Bar of California since 2002, and am currently in my twenty-second year of practicing complex civil litigation and/or civil rights litigation. I have represented a wide range of clients, ranging from Fortune 100 companies to indigent individuals, and am experienced in all phases of litigation from pre-litigation advising through trial and appeal.

8. I graduated from Harvard Law School in 2002. I clerked on the Ninth Circuit Court of Appeals for the Honorable Marsha Berzon from 2003 to 2004. After my clerkship, I worked at the ACLU of Northern California for one year. I joined Keker, Van Nest & Peters as an associate in 2005.

9. Throughout my nearly twenty years at Keker, Van Nest & Peters, I have tried 13 cases to decision, including 6 as first chair. I have also maintained an active pro bono practice and litigated numerous civil rights cases in state and federal court. For example, my team received the fifth largest jury verdict in Florida federal court in 2022 in the human rights case *Camps v. Robert Guillermo Bravo*, No. 20-cv-24294 (S.D. Fla. 2022). I am also a Board Member of the American

Civil Liberties Union of Northern California and the American Constitution Society (Bay Area Lawyers Chapter).

10. My partner, Franco Muzzio, is assisting me in this matter. Franco is experienced in all phases of litigation and has significant experience litigating civil rights and pro bono matters, including having served as class counsel in *Jewett et al., v. Shasta Cty.* and as counsel in *Camps v. Bravo* (both matters discussed above). In 2024, the *Daily Journal* selected Franco as one the "Top 40 Under 40" lawyers in California. He has also received numerous awards for his pro bono work, including the Disability Rights Law Center's Pro Bono Award in 2024, the Center for Justice and Accountability's Partner in Justice Award in 2023, and the San Francisco Bay Area Minority Bar Coalition's Unity Award in 2023. He joined Keker, Van Nest & Peters in 2017, after having served as a judicial law clerk for Judge Susan Graber of the U.S. Court of Appeals for the Ninth Circuit and Judge Virginia A. Phillips of the U.S. District Court for the Central District of California. He is a member of the bar of the State of California and graduated from the University of California Los Angeles School of Law in 2015.

11. Keker, Van Nest & Peters associates Julia L. Greenberg, Zainab O. Rahami, and Reaghan E. Braun are also assisting me in this litigation.

12. Julia L. Greenberg is a member of the bar of the State of California. She graduated from Stanford Law School in 2019. She served as a judicial law clerk for Judge Scott M. Matheson, Jr. of the U.S. Court of Appeals for the Tenth Circuit from 2019 to 2020. She has been an associate at Keker, Van Nest & Peters since December 2020. She maintains an active pro bono practice and has experience litigating complex cases from pre-litigation advising through trial.

13. Zainab O. Ramahi is a member of the bar of the State of California. She graduated from the University of California Berkeley School of Law in 2019. She served as a judicial law clerk for Judge Richard Andrews in the U.S. District Court for the District of Delaware from 2019 to 2020 and for Judges Richard Paez and Dorothy Nelson in the U.S. Court of Appeals for the Ninth Circuit from 2020 to 2021. She has been an associate at Keker, Van Nest & Peters since November 2021. She maintains an active pro bono practice and has experience litigating complex cases from pre-litigation advising through trial. She has also served on the board of the American

Civil Liberties Union of Northern California since 2023 and is the Affiliate Equity Officer for the board.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 7, 2025 in San Francisco, California.

_____
AJAY S. KRISHNAN

4
DECLARATION OF AJAY S. KRISHNAN ISO PLAINTIFFS'
MOTION FOR PROVISIONAL CLASS CERTIFICATION
Case No. 1:25-cv-00246-JLT-BAM

2884188