| | |
|---|---|
| BREE BERNWANGER - # 331731<br>bbernwanger@aclunc.org<br>MICHELLE (MINJU) Y. CHO - # 321939<br>mcho@aclunc.org<br>LAUREN DAVIS - # 357292<br>ldavis@aclunc.org<br>SHILPI AGARWAL - # 270749<br>sagarwal@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>MAYRA JOACHIN - # 306065<br>mjoachin@aclusocal.org<br>EVA BITRAN - # 302081<br>ebitran@aclusocal.org<br>OLIVER MA - # 354266<br>oma@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN<br>CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5000 | BRISA VELAZQUEZ OATIS - # 339132<br>bvoatis@aclu-sdic.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SAN DIEGO &<br>IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4199<br><br>*Attorneys for Plaintiffs*<br><br>AJAY S. KRISHNAN - # 222476<br>akrishnan@keker.com<br>FRANCO MUZZIO - # 310618<br>fmuzzio@keker.com<br>ZAINAB O. RAMAHI - # 332139<br>zramahi@keker.com<br>JULIA GREENBERG - # 333864<br>jgreenberg@keker.com<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:     415 397 7188<br><br>*Attorneys for Plaintiff Oscar Morales Cisneros* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00246-JLT-BAM<br><br>**DECLARATION OF BREE BERNWANGER IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION**<br><br>Date:　　　April 11, 2025<br>Time:　　　9:00 a.m.<br>Dept.:　　　Courtroom 4, 7th Floor<br>Judge:　　　Hon. Jennifer L. Thurston<br><br>Date Filed: February 26, 2025<br><br>Trial Date: None set |

DECLARATION OF BREE BERNWANGER ISO
PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION
Case No. 1:25-cv-00246-JLT-BAM

2884192

I, BREE BERNWANGER, declare:

1. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could testify truthfully to those facts.

2. I am a Senior Staff Attorney at the American Civil Liberties Union Foundation of Northern California ("ACLUF-NC"), and counsel for Plaintiffs in this putative class action. I am a member in good standing of the California State Bar and of the Bar of this Court. I have been employed in my current position at ACLUF-NC since 2023 and have been involved in all aspects of this case. I was admitted to the practice of law in New York in 2012 and in California in 2020. I submit this declaration in support of Plaintiffs' Motion for Provisional Class Certification on behalf of ACLUF-NC, the American Civil Liberties Union Foundation of Southern California ("ACLUF-SC"), and the American Civil Liberties Union Foundation of San Diego and Imperial Counties ("ACLUF-SDIC").

3. ACLUF-NC, ACLUF-SC, and ACLUF-SDIC are nonprofit, nonpartisan corporations that are tax-exempt under § 501(c)(3) of the Internal Revenue Code. They are nonpartisan organizations dedicated to defending the civil liberties and civil rights guaranteed by the federal and state constitutions. ACLUF-NC, ACLUF-SC, and ACLUF-SDIC do not receive government funding. ACLUF-NC, ACLUF-SC, and ACLUF-SDIC have extensive experience in class litigation and immigrants' rights litigation and, collectively, have served as lead counsel in dozens of civil rights class actions, including before this Court.

4. I am a 2010 graduate of Georgetown University Law Center. After law school, I began my career working on civil rights impact litigation and policy as a pro bono fellow at the New York Civil Liberties Union (2011). I then worked as a litigation associate at the law firm of Sidley Austin LLP in New York (2011-13). In both roles, I worked on complex civil litigation. I served as a Clinical Fellow in Albany Law School's clinical program (2014-15), where I taught and supervised students handling family and immigration matters, and as the Director of the Unaccompanied Immigrant Children and Immigrant Families Project at Fordham Law School (2015-17), where I developed and supervised student and alumni pro bono efforts on behalf of detained immigrant families, and was involved in policy advocacy related to unaccompanied

1
DECLARATION OF BREE BERNWANGER ISO
PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION
Case No. 1:25-cv-00246-JLT-BAM

2884192

immigrant children and immigrant families. I further served as Managing Attorney for the Dilley Pro Bono Project from August 2016 to January 2017, where I was responsible for the provision of pro bono representation to thousands of asylum-seeking families in the South Texas Family Residential Center, the nation's largest immigration detention center. I supervised a staff of attorneys, legal assistants, and a rotating team of volunteers. I monitored detention conditions and participated in systemic advocacy on behalf of detained families. Immediately prior to my current employment, I was a Senior Staff Attorney at the Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("LCCR") (2017-23), where I managed all litigation and systemic-reform advocacy related to immigrants' rights, and for two years (2017-19), additionally managed LCCR's full immigration removal defense docket, primarily involving asylum, withholding of removal, and Special Immigrant Juvenile Status cases. I also mentored pro bono attorneys representing immigrants in removal proceedings and seeking asylum affirmatively at the Asylum Office. During the same period (2017-19), I taught a Fordham Law School course on immigration enforcement and humanitarian protections for immigrants as an adjunct professor.

5. I have extensive experience litigating complex civil litigation to defend and advance the rights of immigrants in the United States. I am admitted to the U.S. Court of Appeals for the Ninth Circuit, the Northern District of California, the Eastern District of California, and the Southern District of California. I have served as class co-counsel for certified classes in *Zepeda Rivas v. Jennings*, No. 3:20-cv-02731 (N.D. Cal. 2020), a due process challenge against ICE by individuals detained in crowded immigration jails during the COVID-19 pandemic, which I argued before the Ninth Circuit and which ultimately resulted in a classwide settlement agreement; *J.L. v. Cissna*, No. 5:18-cv-04914-NC (N.D. Cal. 2018), an Administrative Procedure Act challenge to unlawful change in policy for Special Immigrant Juvenile Status adjudication that resulted in a classwide settlement agreement; and *Unknown Parties v. Nielsen*, 4:15-cv-00250, (D. Ariz. 2015), a substantive due process challenge to conditions of confinement in Border Patrol's Tucson Sector that resulted in a permanent injunction protecting the class.

6. In addition, I have represented noncitizen plaintiffs or petitioners in a several non-class cases raising complex issues. For example, I have served as counsel in *Mendez v. ICE*, No.

3:23-cv-00829 (N.D. Cal. 2023), a First Amendment challenge by dozens of hunger strikers in ICE custody; *P.G. v. United States*, No. 4:21-cv-4457 (N.D. Cal. 2021), a Federal Tort Claims Act suit on behalf of families who were separated at the U.S.-Mexico border in 2018, which included complex mandamus proceedings at the Ninth Circuit involving a former Secretary of the Department of Homeland Security; and *Murillo Vega v. Management and Training Corp.*, No. 3:21-cv-01770-GPC-LR (S.D. Cal. 2021), the first lawsuit to be brought under California's "Dignity Not Detention Act." I also have represented numerous detained immigrants in federal court *habeas corpus* petitions raising constitutional challenges to their ongoing detention. I have been awarded market-rate fees in federal litigation based in part on my "extensive experience litigating immigration cases." *Primero Garcia v. Barr*, 484 F. Supp. 3d 750, 756 (N.D. Cal. 2020).

7. Proposed Class Counsel **Shilpi Agarwal** is Legal Director at ACLUF-NC and an experienced civil rights litigator. She is a member in good standing of the California State Bar and of the Bar of this Court. She is admitted to the United States Supreme Court, U.S. Court of Appeals for the Ninth Circuit, the Northern District of California, the Eastern District of California, the Central District of California, and the District of New Mexico. Ms. Agarwal graduated from Columbia Law School in 2009 and clerked for Judge Betty B. Fletcher on the U.S. Court of Appeals for the Ninth Circuit (2010-11) and Judge Keith P. Ellison in the U.S. District Court for the Southern District of Texas (2009-10). Prior to joining ACLUF-NC, Ms. Agarwal served as an Assistant Federal Public Defender for the Northern District of California, and as an associate at Keker & Van Nest (now Keker, Van Nest & Peters). Ms. Agarwal has served as Legal Director at ACLUF-NC since September 2019, and as a Senior Staff Attorney for two years prior to that. In her current role, she provides a strategic vision that shapes the organization's litigation docket, oversees each case that the organization files, and directly participates on litigation teams. During Ms. Agarwal's tenure, ACLUF-NC has served as lead or co-lead counsel for certified classes in many cases. Three recent examples include: *Simon, et al. vs. City and County of San Francisco, et al.,* No. 22-cv-05541-JST (N.D. Cal. 2022) (Fourth Amendment challenge against sheriff's office by individuals on electronic monitoring forced to

3
DECLARATION OF BREE BERNWANGER ISO
PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION
Case No. 1:25-cv-00246-JLT-BAM

2884192

consent to extremely invasive warrantless search conditions); *Zepeda Rivas v. Jennings*, No. 3:20-cv-02731 (N.D. Cal. 2020) (due process challenge against ICE by individuals detained in crowded immigration jails during the COVID-19 pandemic); *Criswell v. Boudreaux*, No. 1:20-cv-00535 (E.D. Cal. 2020) (constitutional challenge by individuals detained in jails under authority of Sheriff of Tulare County during the COVID-19 pandemic).

8. Proposed Class Counsel **Eva Bitran** is the Director of Immigrants' Rights and a Senior Staff Attorney at ACLUF-SC. Ms. Bitran is an experienced immigrants' rights litigator. She is a member in good standing of the California State Bar since 2014 and of the Bar of this Court. She is admitted to practice before several federal courts, including the United States Court of Appeals for the Ninth Circuit and this Court. Ms. Bitran graduated from Harvard Law School in 2014. Following graduation, she served as a judicial clerk to the Honorable Edward C. Prado of the United States Court of Appeals for the Fifth Circuit. From September 2015 until December 2016, she served as a Legal Fellow at the European Center for Constitutional and Human Rights, where she investigated and prepared litigation before the European Court of Human Rights regarding the rights of migrants at the external borders of the European Union. Following her fellowship, she worked as a Trial Attorney in the Federal Programs Branch of the United States Department of Justice. She joined the ACLU of Southern California in the fall of 2017. She has substantial experience litigating cases involving immigrants' rights and has spent the majority of her legal career representing immigrants in federal class actions. For example, she is currently counsel in an action challenging the lack of appointed representatives for immigrants with serious mental health abilities. *See Franco-Gonzalez v. Holder*, Case No. 2:10-02211-DMG-DTB (C.D. Cal. 2011). She is lead class counsel in *Hernandez Roman v. Wolf*, Case No 5:20-cv-00768-TJH-PVC (C.D. Cal. 2020), a certified class action protecting the rights of immigrants in detention from COVID-19, in which she has been intimately involved in the daily conduct of litigation (including discovery, depositions, numerous contested motions before the District Court and the U.S. Court of Appeals for the Ninth Circuit, and extensive settlement negotiations through the Ninth Circuit mediation program). She is also lead counsel in a putative class action challenging access to counsel for immigrants detained at the Adelanto ICE Processing Center. *See Torres v.*

4
DECLARATION OF BREE BERNWANGER ISO
PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION
Case No. 1:25-cv-00246-JLT-BAM

2884192

*Dep't of Homeland Security*, Case No. 5:18-02604-JGB-SHK (C.D. Cal. 2017). Ms. Bitran has also served as class counsel in other complex immigrants' rights cases including *Kidd v. Mayorkas*, 2:20-cv-03512-ODW-JPR (ensuring that immigration officers comport with federal law when conducting law enforcement arrests at or near an individual's home), and *Orantes-Hernandez v. Meese*, 685 F. Supp. 1488, 1511-14 (C.D. Cal. 1988), *aff'd sub nom Orantes-Hernandez v. Thornburgh*, 919 F.2d 549 (9th Cir. 1990) (protecting rights of Salvadoran nationals to seek asylum). Ms. Bitran has previously served as class counsel in a class action aimed at preventing ICE from transferring detained immigrants out of the region, *Arroyo v. Dep't of Homeland Security*, Case No. 8:19-00815-JGB-SHK (C.D. Cal. 2019), for which she was awarded market-rate fees based on her "distinctive knowledge and specialized skill" in litigating "complex cases involving the constitutional rights of detained immigrants." *Id.* at ECF. No. 53, p. 7. She was similarly awarded market-rate fees in a case seeking emergency relief to permit immigrants detained in a federal prison access to their attorneys. *Rodriguez-Castillo v. Nielsen*, Case No. 5:18-01317-ODW-KES (C.D. Cal. 2020), ECF No. 64 ("[C]ounsels' undisputed expertise on issues of statutory construction, detainee rights, and effective advocacy in this challenging context was needed to effectively pursue the emergency relief their clients obtained.").

9. Proposed Class Counsel **Mayra Joachin** is a Senior Staff Attorney at ACLUF-SC. She is admitted to practice before several federal courts, including all U.S. District Courts in the State of California, the United States Court of Appeals for the Ninth Circuit, and the U.S. Supreme Court. She graduated from Columbia Law School in 2015 and joined ACLUF-SC in March 2022. Before working at ACLUF-SC, Ms. Joachin was a Staff Attorney at the National Immigration Law Center where she litigated complex cases involving immigrants' rights and constitutional law. Ms. Joachin has significant experience litigating complex immigrants' rights cases involving constitutional and statutory violations and serving as class counsel. She is currently certified class counsel for a settlement class in *Gonzalez v. ICE*, Case No. 2:13-cv-04416-AB-FFM (C.D. Cal. Jun. 19, 2013) (a challenge to immigration detainers issued in the Central District of California unlawfully). She has served as co-lead counsel in *Batalla Vidal v.*

5
DECLARATION OF BREE BERNWANGER ISO
PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION
Case No. 1:25-cv-00246-JLT-BAM

2884192

*Wolf*, Case No. 1:16-cv-04756 (NGG)(JO) (E.D.N.Y. Aug. 25, 2016) (a certified class action on behalf of approximately one million Deferred Action for Childhood Arrival ("DACA") recipients challenging rescissions to DACA) and *Georgia State Conference of the NAACP v. City of LaGrange*, Case No. 3:17-cv-067-TCB (N.D. Ga. Dec. 7, 2017) (lawsuit resulting in a settlement in and challenge to discriminatory utility policies that prevented immigrants from accessing essential utilities). She has also litigated other complex cases involving immigrants' rights, including *Mendez v. ICE*, Case No. 3:23-cv-00829-TLT (N.D. Cal. Mar. 10, 2023) (an action on behalf of immigrant detainees challenging retaliation by facility staff); *La Clínica v. Biden*, Case No. 19-cv-04980-PHJ (N.D. Cal. Aug. 16, 2019) (a challenge to the unlawful promulgation of the public charge rule, a rule concerning noncitizen admissibility requirements); and *UFW Foundation v. County of Kern*, Case No. BCV-23-101419 (JRB) (Kern Cty. Sup. Ct. May 8, 2023) (a challenge to misdemeanor arraignment proceedings that resulted in inadmissibility and removability consequences for immigrants).

10. Proposed Class Counsel **Michelle (Minju) Y. Cho** is a Senior Staff Attorney at ACLUF-NC and an experienced immigrants' rights litigator. She is a member in good standing of the California State Bar and of the Bar of this Court. She is admitted to the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Third Circuit, the Northern District of California, the Central District of California, and the Western District of Washington. Ms. Cho graduated from Yale Law School in 2016 and clerked for Judge Kim Wardlaw on the U.S. Court of Appeals for the Ninth Circuit (2016-17) and Justice Goodwin Liu on the California Supreme Court (2017-18). As a Skadden Fellow (2018-21), she worked at Asian Americans Advancing Justice-Southern California, where she served as co-class counsel for a certified class in *Chhoeun v. Marin*, No. 8:17-cv-01898 (C.D. Cal. 2017) (challenge to immigration enforcement practices against Cambodian nationals); and at the ACLU Foundation of Southern California, where she served as co-class counsel for certified classes in *Hernandez Roman v. Wolf*, 5:20-cv-00768 (C.D. Cal. 2020) (constitutional challenge to ICE detention conditions during COVID-19 pandemic); and *Wagafe v. Trump*, No. 2:17-cv-00094 (W.D. Wash. 2017) (challenge to federal government's secretive national security vetting program). At ACLUF-NC, she is co-class counsel for a

certified class in *Aleman Gonzalez v. Sessions*, No. 3:18-cv-01869 (challenge to prolonged no-bond detention of noncitizens detained pursuant to 8 U.S.C. § 1231(a)(6) within the Ninth Circuit). Additionally, she has experience representing immigrants in civil cases raising complex issues without certified classes, such as *National TPS Alliance v. Noem*, No. 3:25-cv-01766 (N.D. Cal. 2025); *Mendez v. ICE*, No. 3:23-cv-00829 (N.D. Cal. 2023) (First Amendment challenge by dozens of hunger strikers detained by ICE); *Echeveste v. Jones*, No. 34-2021-80003768 (Sac. Sup. Ct. 2021) (mandamus action challenging violations of California's immigrant sanctuary law by Sacramento County Sheriff's Office); *Cal. Attorneys for Crim. Justice v. Newsom*, No. S261829 (Cal. S. Ct. 2020) (mandamus action to enjoin custody transfers from local/state custody to ICE during onset of COVID-19 pandemic); *Bhattarai v. Nielson*, No. 3:19-cv-00731 (N.D. Cal. 2019) (challenging termination of Temporary Protected Status for Honduras and Nepal), and *La Clinica de la Raza v. Trump*, No. 4:19-cv-04980 (N.D. Cal. 2019) (challenging promulgation of Trump administration's new public charge rule); in addition to numerous matters related to habeas corpus, Freedom of Information Act, and Federal Tort Claims Act litigation.

11. Proposed Class Counsel **Brisa Velazquez Oatis** is a Staff Attorney at ACLUF-SDIC. She has been employed as a Staff Attorney at ACLUF-SDIC since 2024. She is a member in good standing of the California State Bar and of the Bar of this Court. She is admitted to the U.S. Court of Appeals for the Ninth Circuit and the Southern District of California. Ms. Velazquez is a 2018 graduate of the University of San Diego School of Law where she received the California State Bar's Wiley W. Manual Award and the Outstanding Clinic Intern Award for successfully representing individuals in front of the California Unemployment Insurance Appeals Board and California's Department of Industrial Relations Labor Commissioner's Office. She has experience in civil litigation raising complex issues including immigrant workers' rights, gender, race, and disability discrimination, harassment, and retaliation cases. She also has extensive experience representing noncitizen plaintiffs and petitioners in immigration matters. Since her employment with ACLUF-SDIC, Ms. Velazquez has been focused on complex civil litigation to advance the rights of immigrants in the United States. She is co-counsel in the class action lawsuit *Doe v. Wolf*, No. 19-cv-2119-DMS-SBC, ECF. No. 39 (S.D. Cal. Jan. 14, 2019) (order granting

7
DECLARATION OF BREE BERNWANGER ISO
PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION
Case No. 1:25-cv-00246-JLT-BAM

2884192

class certification). *Doe* challenges the denial of access to counsel prior to and during non-refoulement interviews, which determine whether individuals subject to the Migrant Protection Protocols should be allowed to enter the United States during the pendency of their immigration court proceedings.

12. Proposed Class Counsel **Oliver Ma** is an attorney at ACLUF-SC. He is a member in good standing of the California State Bar and of the Bar of this Court. Mr. Ma has been employed at ACLUF-SC since 2023. Mr. Ma has been practicing law since he was admitted by the State Bar of California in 2023. Mr. Ma earned a J.D. from Harvard Law School in 2023, and also has a Masters in Public Policy from the Harvard Kennedy School of Government. During law school, he performed more than 2,000 hours of pro bono legal work, representing indigent clients facing evictions in Massachusetts Housing Court. Since starting his current employment at ACLUF-SC, Mr. Ma has focused on complex civil litigation to advance the rights of immigrants in the U.S. He has served as co-counsel in the following cases: *Zepeda Rivas v. Jennings,* No. 3:20-cv-02731-VC, 445 F.Supp.3d 36 (N.D. Cal. Apr. 29, 2020) (class action challenging unsafe COVID-19 conditions in immigration detention); *UFW Foundation vs. County of Kern*, BCV-23-101419 (JRB) (Kern Cty. Sup. Ct. May 8, 2023) (challenge to Kern County and Kern County Superior Court's misdemeanor arraignment practices).

13. Proposed Class Counsel **Lauren Davis** is an attorney at ACLUF-NC. She is a member in good standing of the California State Bar and of the Bar of this Court. She graduated with a J.D. from University of California, Berkeley School of Law in 2024. Ms. Davis graduated with Pro Bono Honors and was awarded a certificate in Public Interest & Social Justice. While in law school, she served as Publishing Editor for the *California Law Review*. At ACLUF-NC, Ms. Davis is co-counsel on several complex civil rights cases, including *UFW Foundation v. County of Kern*, BCV-23-101419 (JRB) (Kern Cty. Sup. Ct. May 8, 2023) (challenging the County's misdemeanor arraignment process, including challenging discrimination against limited-English proficient defendants under Gov. Code § 11135), and *Office of the State Public Defender v. Bonta*, No. S284496 (Cal. S. Ct. 2024) (challenging California's death penalty statutory scheme on equal protection grounds).

14. ACLUF-NC, ACLUF-SC, and ACLUF-SDIC have experience fairly and adequately representing the interests of the class in other class actions. ACLUF-NC, ACLUF-SC, and ACLUF-SDIC have capacity to thoroughly and vigorously litigate the claims in this case and properly represent the plaintiff class, and intend to commit all necessary resources to do so. If appointed class counsel, I will ensure that Ms. Agarwal, Ms. Bitran, Ms. Joachin, Ms. Cho, Ms. Velazquez Oatis, Mr. Ma, Ms. Davis and I zealously represent the interests of the class to the best of our collective ability.

15. I am not aware of any conflict among potential class members in this case.

16. I am not aware of any conflicts between ACLUF-NC, ACLUF-SC, ACLUF-SDIC, and any members of the potential class that would prevent ACLUF-NC, ACLUF-SC, and ACLUF-SDIC from providing zealous representation to the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2025.

_____
BREE BERNWANGER

9
DECLARATION OF BREE BERNWANGER ISO
PLAINTIFFS' MOTION FOR PROVISIONAL CLASS CERTIFICATION
Case No. 1:25-cv-00246-JLT-BAM

2884192