| | |
|---|---|
| BREE BERNWANGER - # 331731<br>bbernwanger@aclunc.org<br>MICHELLE (MINJU) Y. CHO - # 321939<br>mcho@aclunc.org<br>LAUREN DAVIS - # 357292<br>ldavis@aclunc.org<br>SHILPI AGARWAL - # 270749<br>sagarwal@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>MAYRA JOACHIN - # 306065<br>mjoachin@aclusocal.org<br>EVA BITRAN - # 302081<br>ebitran@aclusocal.org<br>OLIVER MA - # 354266<br>oma@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN<br>CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5000 | BRISA VELAZQUEZ OATIS - # 339132<br>bvoatis@aclu-sdic.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SAN DIEGO &<br>IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4199<br><br>*Attorneys for Plaintiffs*<br><br>AJAY S. KRISHNAN - # 222476<br>akrishnan@keker.com<br>FRANCO MUZZIO - # 310618<br>fmuzzio@keker.com<br>ZAINAB O. RAMAHI - # 332139<br>zramahi@keker.com<br>JULIA GREENBERG - # 333864<br>jgreenberg@keker.com<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>*Attorneys For Plaintiff Oscar Morales Cisneros* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>        Defendants. | Case No. 1:25-cv-00246-JLT-BAM<br><br>**DECLARATION OF ERNESTO CAMPOS GUTIERREZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:      April 11, 2025<br>Time:     9:00 a.m.<br>Dept.:     Courtroom 4, 7th Floor<br>Judge:    Hon. Jennifer L. Thurston<br><br>Date Filed: February 26, 2025<br><br>Trial Date:  None set |

DECLARATION OF ERNESTO CAMPOS GUTIERREZ IN SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION
Case No. 1:25-cv-00246-JLT-BAM

2884273

I, Ernesto Campos Gutierrez, declare:

1. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could testify truthfully to those facts.

2. My name is Ernesto Campos Gutierrez. I am 44 years old. I have lived in Bakersfield, CA, for over 20 years. I am a U.S. citizen. I own my home, where I live with my partner and children. I own my own gardening and landscaping business. I am also a member of my local church and involved with church activities.

3. On January 8, 2025 at around 9:40 a.m., I was driving in Bakersfield on my way to a gardening job. I had a passenger in the front passenger seat. My truck is registered under my name, had current license plates and registration, and had no stickers or decals. I was hauling a mini trailer containing gardening equipment. I was driving within the speed limit.

4. An unmarked, white Chevrolet Tahoe followed me for a couple minutes. Then, it turned on flashing lights and signaled for me to pull over. I complied. The Tahoe stopped behind me. A Black male agent got out of the Tahoe, walked over to my truck, and tried to pull open the driver's side door, but the door was locked. He was wearing a vest that said the words "POLICE" in large letters. Through the closed car window, he asked for our IDs. He called to another person and said he "had two bodies." He did not identify himself, show me a warrant, or explain why he had pulled me over.

5. I lowered my window, asked the agent why he had pulled us over, and handed him my REAL ID driver's license. The agent glanced at the license and told me to hand him the keys to my truck. I told him I was not going to give him my keys because he had not told me who he was or why he had pulled me over. The agent said he needed my keys because I was going to drive away. I said my truck was turned off and I was not going to drive away. I had just handed the agent my driver's license, and as such, had no intention of driving away and leaving my driver's license behind.

6. The agent pulled out a knife and proceeded to slash both tires on the driver's side of my truck. I was shocked. When the agent pulled out a knife, I suddenly felt afraid he might

attack us or pull out a gun. I could not believe the agent had slashed my tires. I asked again who he was and why he had pulled us over. He refused to answer my questions.

7. Another truck arrived and blocked me in by parking right in front of my vehicle. A white male agent got out of the truck and stood next to my vehicle while the first agent returned to his vehicle to check my license.

8. The Black agent came back to the passenger side of my vehicle and ordered my passenger to lower his window and open the door. My passenger lowered the window a few inches. The agent pulled out a handheld tool and threatened to break the window. He ordered my passenger to open the window and open the door. My passenger complied. The agent forcibly grabbed my passenger out of the truck and handcuffed him. The agent never asked my passenger any questions about his community ties. I told the agent he should not have slashed my tires. The agent said, "I'm not going to argue with you, bro. You did what you did, I did what I did."

9. A Hispanic agent arrived. He said I was under arrest for "alien smuggling." I tried to explain to the agent that my passenger had an open immigration case. He did not respond. He handcuffed me and took away my phone and wallet. He never asked me any questions about my community ties. None of the agents ever identified themselves, presented a warrant, nor explained why they had pulled me over.

10. I videorecorded part of these interactions using my cell phone.

11. The agents placed me and my passenger in the back of a truck that said "Immigration." They left my truck on the side of the road and drove us to a facility about 20 minutes away. During the drive, I asked the agents why they had arrested me when I am a United States citizen. They said it was because I had been transporting someone without documents.

12. I was detained at the facility in handcuffs for about four hours. I asked for a phone call to call my partner. The Hispanic agent said I did not have the right to make a call. At one point, the Black agent told the Hispanic agent that he had slashed my tires because I had become aggressive and "flipped" him off. I told the Hispanic agent that was a lie, and if he wanted to find out the truth he should review the body camera footage. The Hispanic agent listened to me but did not reply.

13. After detaining me for about four hours, the agents placed me in a truck, drove me to my home and dropped me off.

14. I had to spend approximately $500 to replace the two slashed tires on my truck. My partner spent about $350 on the two tow trucks that towed my truck and mini trailer home. Additionally, I lost wages because the Border Patrol detained me for so many hours which forced me to cancel all the clients I had scheduled for that day.

15. I'm scared and in disbelief of how I was treated during this incident. I believe the Border Patrol stopped me solely because of the color of my skin and my appearance. I travel in and around Bakersfield frequently for work and my daily life.

16. This declaration was read to me in full in Spanish on February 24, 2025 by Mayra Joachin. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2025 at Bakersfield, California.

_____
Ernesto Campos Gutierrez

**CERTIFICATE OF INTERPRETATION**

I, Mayra Joachin, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to Ernesto Campos Gutierrez in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: February 24, 2025        /s/ Mayra Joachin_____
                                Mayra Joachin

3