BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
MICHELLE (MINJU) Y. CHO - # 321939
mcho@aclunc.org
LAUREN DAVIS - # 357292
ldavis@aclunc.org
SHILPI AGARWAL - # 270749
sagarwal@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

MAYRA JOACHIN - # 306065
mjoachin@aclusocal.org
EVA BITRAN - # 302081
ebitran@aclusocal.org
OLIVER MA - # 354266
oma@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5000

BRISA VELAZQUEZ OATIS - # 339132
bvoatis@aclu-sdic.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Attorneys for Plaintiffs*

AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
FRANCO MUZZIO - # 310618
fmuzzio@keker.com
ZAINAB O. RAMAHI - # 332139
zramahi@keker.com
JULIA GREENBERG - # 333864
jgreenberg@keker.com
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

*Attorneys For Plaintiff Oscar Morales Cisneros*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00246-JLT-BAM<br><br>**DECLARATION OF JESUS RAMIREZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　　April 11, 2025<br>Time:　　9:00 a.m.<br>Dept.:　　Courtroom 4, 7th Floor<br>Judge:　　Hon. Jennifer L. Thurston<br><br>Date Filed: February 26, 2025<br><br>Trial Date: None set |

I, Jesus Ramirez, declare:

1. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could testify truthfully to those facts.

2. My name is Jesus Ramirez. I am 64 years old, and I live in Bakersfield, California, where I rent my home. I am the primary caretaker for my minor son, and the only living parent to both my daughter and son. I moved to Bakersfield recently, only about one month before my arrest. Before then, I lived in San Mateo.

3. I have worked in Bakersfield and San Mateo as a day laborer, fixing roofs and sprinklers and mowing grass.

4. On or around January 7, 2025, I was detained by Border Patrol agents at the Home Depot at 4001 Ming Avenue in Bakersfield. At around 11 a.m., I was standing with some other day laborers in the Home Depot parking lot when we were surrounded by Border Patrol agents. I knew they were Border Patrol agents because they had badges on their vests. I was not doing anything unlawful when they surrounded us. The agents arrived in multiple vehicles, some of which had sirens on when they surrounded us. We could not go anywhere because there were many agents all around us.

5. Border Patrol agents repeatedly demanded we show our "papers." I reached for my wallet to locate my ID and as I pulled it from my pocket, an agent snatched the wallet from me and removed my ID. He looked at it but did not ask me any questions about it. He returned my wallet but kept my ID.

6. The Border Patrol agent did not ask me any questions about my family or ties to the community. If he had asked, I would have told him I have family in Bakersfield and elsewhere in California. I would have told him my children live in California, and my son is still a minor. I would have told him I am the only remaining living parent to my children.

7. It was clear to me the agents did not know who I was. They did not show me any document or have a warrant for me.

8. I was loaded into a vehicle in the parking lot of Home Depot and transported behind the store, where I was loaded into a bigger vehicle. The vehicle was full of other people. A

Border Patrol agent said I was going to be taken "home," and I believed he meant that I was going to be taken to my own home in Bakersfield.

9. It was not until Border Patrol drove us to a makeshift processing station that I learned to my shock that immigration was formally arresting me.

10. At the makeshift processing station, Border Patrol told me to remove my shoelaces and put them in a bag with other belongings. I was detained there for about 7 or 8 hours with about twelve other individuals. We were offered only some small crackers and one small bottle of water. At the end of our long wait, we were ordered to board a bus, which filled with people. Another person asked a Border Patrol agent where they were taking us, and I heard the agent say Calexico.

11. The bus stopped at a gas station. We remained on the bus. After about an hour, the bus continued to El Centro, a Border Patrol detention center in Imperial County.

12. At El Centro, Border Patrol agents took my fingerprints. An agent ordered me to sign a document and said it was required for a judge to review my case. The document was in English, a language I do not read. The document was not translated or explained to me. I requested an opportunity to make a phone call to a family member but was denied.

13. In the afternoon of January 9, I was moved from El Centro to Imperial Regional Detention Facility, an ICE detention center, along with about eight other men.

14. I have been in immigration detention since early January. I have had one court date with an immigration judge who only told me that crossing the border is illegal and did not ask me any questions or tell me anything else. I have another immigration court date scheduled for February 20.

15. I feel devastated about what has happened. I worry every day about how my children are doing. Their mother tragically died years ago, and I am their only living parent. I am heartbroken thinking about what they must be going through without me. They are the most important people in the world to me. I long to be released from detention so I can be reunited with my children and take care of them, support them, and guide them in their lives.

16. This declaration was read to me in full English and Spanish on February 13, 2025

by Maricela Sanchez. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2025 at Calexico, California.

_____
Jesus Ramirez

**CERTIFICATE OF INTERPRETATION**

I, Maricela Sanchez, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to Jesus Ramirez in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: February 13, 2025         /s/ _____
                                Maricela Sanchez