| | |
|---|---|
| BREE BERNWANGER - # 331731<br>bbernwanger@aclunc.org<br>MICHELLE (MINJU) Y. CHO - # 321939<br>mcho@aclunc.org<br>LAUREN DAVIS - # 357292<br>ldavis@aclunc.org<br>SHILPI AGARWAL - # 270749<br>sagarwal@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>MAYRA JOACHIN - # 306065<br>mjoachin@aclusocal.org<br>EVA BITRAN - # 302081<br>ebitran@aclusocal.org<br>OLIVER MA - # 354266<br>oma@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN<br>CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5000 | BRISA VELAZQUEZ OATIS - # 339132<br>bvoatis@aclu-sdic.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SAN DIEGO &<br>IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4199<br><br>*Attorneys for Plaintiffs*<br><br>AJAY S. KRISHNAN - # 222476<br>akrishnan@keker.com<br>FRANCO MUZZIO - # 310618<br>fmuzzio@keker.com<br>ZAINAB O. RAMAHI - # 332139<br>zramahi@keker.com<br>JULIA GREENBERG - # 333864<br>jgreenberg@keker.com<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:   415 397 7188<br><br>*Attorneys For Plaintiff Oscar Morales Cisneros* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00246-JLT-BAM<br><br>**DECLARATION OF LUIS PEREZ CRUZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　　　April 11, 2025<br>Time:　　　9:00 a.m.<br>Dept.:　　　Courtroom 4, 7th Floor<br>Judge:　　　Hon. Jennifer L. Thurston<br><br>Date Filed: February 26, 2025<br><br>Trial Date:  None set |

DECLARATION OF LUIS PEREZ CRUZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
Case No. 1:25-cv-00246-JLT-BAM

2884298

I, Luis Perez Cruz, declare:

1. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could testify truthfully to those facts.

2. My name is Luis Perez Cruz. I am 28 years old and I have lived in Bakersfield, California with my mother for over two years. I have other family ties in Bakersfield, including cousins. I work as a painter.

3. On January 7, 2025, I stopped by Home Depot on my way to work. I ran into two of my cousins in the parking lot and was chatting with them. Two men wearing civilian clothes walked up to us. They said they were from Border Patrol and told us to show them IDs saying that we were in the United States legally or had permits to be here. They also asked us if we had open immigration cases. I remained silent. One of the Border Patrol agents then grabbed me and began to handcuff me. I did not feel that I was free to leave. The agent said that whether or not we showed ID, they would arrest us. I felt that I had no choice, so I showed the agent my ID.

4. None of the agents asked me anything about my family, community ties, work, or life in Bakersfield. The agents did not present me with a warrant of any kind and did not appear to have any idea who I was before they demanded my ID.

5. The agents picked me up, along with other people they were arresting, in a truck and drove us behind the Home Depot. There, they loaded us into a van and transported us to a station they had set up on 7th Standard Road. They took my fingerprints, name, and my wife and children's names at the station. Then they loaded me into a large bus that looked like a Greyhound bus and drove me to a holding center in El Centro, California.

6. There, the agents tried to make me sign documents. They refused to show me the documents they wanted me to sign and only showed me the screen where I needed to sign, but suggested signing would lead to me being deported. I refused to sign anything until I saw a judge. After nearly four days, the agents eventually fitted me with a wrist monitor, gave me papers about going to immigration court, and released me to a shelter in Calexico.

7. This incident still gives me a lot of fear. The agents were very aggressive, and now that I have an immigration case, I am afraid they will pick me up again and treat me even worse.

8. This declaration was read to me in full Spanish on February 24, 2025 by Mayra Joachin. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2025 at Bakersfield, California.

_____
Luis Perez Cruz

## CERTIFICATE OF INTERPRETATION

I, Mayra Joachin, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to Luis Perez Cruz in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: February 24, 2025        /s/ Mayra Joachin_____
                                Mayra Joachin

2