| | |
|---|---|
| BREE BERNWANGER - # 331731<br>bbernwanger@aclunc.org<br>MICHELLE (MINJU) Y. CHO - # 321939<br>mcho@aclunc.org<br>LAUREN DAVIS - # 357292<br>ldavis@aclunc.org<br>SHILPI AGARWAL - # 270749<br>sagarwal@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>MAYRA JOACHIN - # 306065<br>mjoachin@aclusocal.org<br>EVA BITRAN - # 302081<br>ebitran@aclusocal.org<br>OLIVER MA - # 354266<br>oma@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN<br>CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5000 | BRISA VELAZQUEZ OATIS - # 339132<br>bvoatis@aclu-sdic.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SAN DIEGO &<br>IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4199<br><br>*Attorneys for Plaintiffs*<br><br>AJAY S. KRISHNAN - # 222476<br>akrishnan@keker.com<br>FRANCO MUZZIO - # 310618<br>fmuzzio@keker.com<br>ZAINAB O. RAMAHI - # 332139<br>zramahi@keker.com<br>JULIA GREENBERG - # 333864<br>jgreenberg@keker.com<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188<br><br>*Attorneys For Plaintiff Oscar Morales Cisneros* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00246-JLT-BAM<br><br>**DECLARATION OF YOLANDA AGUILERA MARTINEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　　April 11, 2025<br>Time:　　9:00 a.m.<br>Dept.:　　Courtroom 4, 7th Floor<br>Judge:　　Hon. Jennifer L. Thurston<br><br>Date Filed: February 26, 2025<br><br>Trial Date:  None set |

DECLARATION OF YOLANDA AGUILERA MARTINEZ IN SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION
Case No. 1:25-cv-00246-JLT-BAM

2884341

I, Yolanda Aguilera Martinez, declare:

1. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could testify truthfully to those facts.

2. My name is Yolanda Aguilera Martinez. I am 56 years old and I live in Bakersfield, where I rent my home. I am a lawful permanent resident. I immigrated to the United States with my parents and siblings when I was around six years old and became a lawful permanent resident at around 20 years old. I have no criminal history.

3. I have lived in Kern County for close to 45 years. Most of my family also lives in Kern County, including my children and grandchildren. I started working in the fields when I was about 16 years old and continued working as a farmworker most of my adult life. I mostly work in the vineyards picking grapes. I recently stopped working due to the off-season, and plan to take additional time off from work for medical reasons. I attend mass every Sunday at Our Lady Guadalupe Catholic Church in Bakersfield.

4. On January 8, 2025, at around 4:30 pm, I was driving to a doctor's appointment in Bakersfield. I saw two vehicles pulled over to the right side of the road and three men standing near the vehicles. One man raised his hand to flag me down and signaled for me to pull over, so I did. I was driving my own vehicle, and I was the only one in my car. My car is registered under my name and my car registration, my license plate, and my driver's license are all current. I was not speeding.

5. I parked in front of one of the vehicles, which was a beige or off-white SUV with flashing police lights located on the grill. Both vehicles were unmarked. All three men were in regular street clothing and had guns on their waist. I thought they might be police officers.

6. The man who flagged me down walked over to my driver-side door. He did not identify himself, and did not seem to know who I was. He said, "I need to see your papers," so I took out my valid, current, California driver's license and handed it to him. He looked at my license and said, "This shit is fuckin fake," and threw it down at my lap.

7. In a strong and aggressive voice, the agent ordered me to get out of the car. I felt scared and confused because I still did not know who these men were. However, I complied

1

because I felt I had no choice. I recently had hip replacement surgery, which has affected my mobility, so I was moving slowly as I tried to get out of my car. I opened my car door and, before I knew it, the agent had grabbed my arm, pushed me down to the ground, and handcuffed me. He never told me why he had stopped me, and he did not explain why he was now handcuffing me. I was speechless with terror and shock. He took me to the back of the off-white SUV and made me sit in the back seat.

8. The agent never asked me about my community ties to Kern County, like how long I have lived and worked here and all the family members I have who live here.

9. From the backseat of the SUV, I could see the three men standing behind the SUV talking to each other, but I couldn't hear what they were saying. I could not believe I had been arrested. I hunched over in fear. I am not sure how long I was left there, but it felt like an eternity.

10. When the agent who handcuffed me came back, I asked him if I could call someone to send me a photo of my green card to show him. He agreed. He walked me back to my car and removed the handcuffs. I called a friend and urgently asked her to take a photo of my green card and text it to me. When I received the photo, I showed it to the agent. He quickly scanned it and said, "Get the fuck out of here." I got in my car and drove away.

11. I drove aimlessly around Bakersfield, not knowing what to do. I was very stressed and in shock. I felt violated. I still did not know why I had been stopped, nor who those men were. In the days after my arrest, I saw multiple videos and photos on social media of Border Patrol agents arresting people in Bakersfield, including at Home Depot and along Highway 99. I realized the men who had stopped me, and their vehicles, looked just like some of the Border Patrol agents and vehicles I saw on social media. I realized I had been stopped and handcuffed by Border Patrol, just like many other people who live in and around Kern County had experienced that week.

12. I feel extremely worried and nervous this could happen to me again. Just running my daily errands makes me feel stressed out. I cannot avoid driving in and around Bakersfield because I have to run errands, go to doctor's appointments, and attend church. I try to avoid going to areas where other people were arrested by Border Patrol, like Home Depot on Ming Avenue,

but that is not always possible. When I have to drive on roads near where my arrest took place, I feel my heart beat faster and I start to feel queasy. I am terrified at the thought of experiencing an arrest ever again.

13. My experience with Border Patrol has made me afraid of police officers. Soon after this incident, I went to the store to run errands. While I was there, a Bakersfield police officer drove by. Seeing the officer really scared me, and I experienced a flashback to being stopped and violently arrested. On another occasion, I was a passenger in a car with my sisters. Three Bakersfield police officers drove next to our car. I felt a spike of fear. I immediately asked my sisters to move our car away from them and to not look at them. I covered my face with my hand because I did not want them to see me.

14. For days after my encounter with Border Patrol, I had bruises on my wrists from the tight handcuffs, and more bruises on my legs from when the agent shoved me to the ground.

15. I understand that, as a class representative, I represent the interests of everyone in the class, and not just myself. I understand I need to stay informed about what is happening with my case and stay in touch with my attorneys to give them information they need. I am committed to being a class representative because I do not want other people in the community to be harmed by Border Patrol's unlawful practices the way I was. I have never served as a class representative in any prior action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2025 at Bakersfield, California.

_____
Yolanda Aguilera Martinez