YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
NYS Bar No. 4234852
    U.S. Department of Justice
    Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    Ben Franklin Station PO Box 878
    Washington, DC 20044
    Telephone: (202) 353-9923
    Fax: (202) 305-7000
    Email: Samuel.Go@usdoj.gov

Attorneys for Defendants[1]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | No. 1:25-cv-00246-JLT-BAM<br><br>**DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Hon. Jennifer L. Thurston |

---

[1] Additional attorneys for Defendants included on the last page.

Defendants respectfully move the Court for an order granting Defendants a 17-day extension of time to respond to Plaintiffs' motions for provisional class certification, ECF No. 14, and a preliminary injunction, ECF No. 15. Defendants require additional time to discuss with the agency the facts of this case and whether there are aspects of Plaintiffs' requested relief that may be resolved without further litigation. Defendants' response deadline is currently March 21, 2025. Defendants respectfully request that the Court extend the date Defendants' response to Plaintiffs motions is currently due, up to and including April 7, 2025. In support of this motion, Defendants state as follows:

1. On February 26, 2025, Plaintiffs filed a 71-page complaint in this Court against several federal government officials arising from a days-long operation in January 2025 conducted by U.S. Customs and Border Protection ("CBP"). ECF No. 1.

2. On March 7, 2025, Plaintiffs filed a motion for provisional class certification, ECF No. 14, and a motion for a preliminary injunction, ECF No. 15. Plaintiffs' motion for preliminary injunction is 24 pages and contains over 150 pages of exhibits.

3. On March 11, 2025, the undersigned counsel met and conferred with Plaintiffs via email pursuant to the Court's Standing Order, ECF No. 10, to ascertain their position on this motion. On March 13, Plaintiffs' counsel responded with a proposal that Defendants cannot agree to at this time; accordingly, Defendants note Plaintiffs' opposition to this motion.

4. Good cause supports this motion. *See* Fed. R. Civ. P 6(b). Plaintiffs' complaint and motions — totaling hundreds of pages — raise numerous complex legal and factual issues which require input and guidance from the Defendant agencies. The standard 14-day motion response deadline does not provide enough time for undersigned counsel to properly consult with the Defendant agencies on the facts underlying the case and assess whether there is any portion of Plaintiffs' motion on which the parties may agree.

5. Additionally, undersigned counsel for the government cumulatively is managing a significant amount of other pressing matters in their case load which have

prevented them from devoting their sole attention to this new, fact-specific litigation.

6. An extension of time will allow Defendants time to discuss with the agency the facts of this case and to potentially resolve any of the issues raised by Plaintiffs' motions without further litigation. Defendants seek this extension in good faith and not for the purpose of delay. This is Defendants' first and only extension request in this case. Plaintiffs will not be prejudiced by the requested extension, which is of a reasonable length of time, will conserve judicial resources, and may render some aspects of this litigation moot. *See Henry's Bullfrog Bees v. Sunland Trading, Inc.*, No. 2:21-cv-00582-TLN-CKD, 2021 WL 2227811, at *3 (E.D. Cal. June 2, 2021) (noting that because the requested extension "is not an extraordinary lengthy amount of time" "the risk of prejudice to the parties is minimal"); *see also Garnett v. ADT LLC*, 2015 WL 12942061, at *1 (E.D. Cal. Dec. 2, 2015) (in granting requested extension, noting that it "will not cause any significant delays in the case."). Moreover, while Plaintiffs claim they are at risk of imminent, irreparable harm, neither their complaint nor their motion for preliminary injunction allege that CBP has conducted any operations in this district since January 2025. And, in any event, CBP is now aware of the allegations in this lawsuit and the potential for new allegations that may arise from any future operations.

WHEREFORE, Defendants respectfully request that this Court grant Defendants a 17-day extension of time, from the current deadline of March 21, 2025, up to and including April 7, 2025, to respond to Plaintiffs' motions.

DATED:   March 14, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
United States Department of Justice
Civil Division

By: */s/ Samuel P. Go*
SAMUEL P. GO

2

Assistant Director
NYS Bar No. 4234852
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
Ben Franklin Station PO Box 878
Washington, DC 20044
Telephone: (202) 353-9923
Fax: (202) 305-7000
Email: Samuel.Go@usdoj.gov

MARY L. LARAKERS
Senior Litigation Counsel

TIM RAMNITZ
Senior Litigation Counsel

By: */s/ Olga Y. Kuchins*
OLGA Y. KUCHINS
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel. 771-202-1392
Fax: 202-305-7000
Email: Olga.Y.Kuchins@usdoj.gov
Bar No. 312901

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

On March 14, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of California, using the electronic case filing system of the Court. I hereby certify that I have served counsel electronically as authorized by Federal Rule of Civil Procedure 5(b)(2).

                                        */s/ Samuel P. Go*
                                        SAMUEL P. GO
                                        Assistant Director