UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　Defendants. | No. 1:25-cv-00246-JLT-BAM<br><br>**[PROPOSED] ORDER**<br><br>Hon. Jennifer L. Thurston |

Having reviewed and considered Defendants' First Motion for an Extension of Time to Respond to Plaintiffs' Motions for a Preliminary Injunction and Provisional Class Certification, and finding good cause therefor,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

Dated:_____       _____

　　　　　　　　　　　　　　　　　　JENNIFER L. THURSTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE