# Exhibit B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Farm Workers, *et. al.*,<br><br>            Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*,<br><br>            Defendants. | Case No. 25-cv-00246-JLT-BAM<br><br>**DECLARATION OF SERGIO GUZMAN** |

I, Sergio Guzman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am the Acting Executive Officer (XO), El Centro Sector (ELC), U.S. Border Patrol (USBP), U.S. Customs and Border Protection (CBP), U.S. Department of Homeland Security (DHS). I have held this position since November 18, 2024.

2.      In my position as the XO, I serve directly under the Division Chief of Operations (DCO). The DCO has direct oversight of El Centro, Calexico, and Indio stations, Sector Intelligence Unit, Special Operations Detachment, and Foreign Operations Branch. I assist the DCO with both administrative and operational functions that have direct impact with the stations and other departments. I remain up to date with any critical incidents or operations occurring within the sector. I brief the Chief Patrol Agent and Deputy Chief Patrol Agent on significant matters related to the Operations Division. I also serve as a primary point of contact between USBP Headquarters (HQ) and ELC.

3.      As the XO, I was involved with the various phases (planning, execution, and after action) of Operation Return to Sender.

4.      When not serving as the XO, I am a permanent Deputy Patrol Agent in Charge at the Calexico Station (CAX). I have held that position since March 2022. I oversee and run the operational component of the station. I make all station-wide decisions in the absence of the Patrol Agent in Charge. I have three GS-14 Watch Commanders and one Special Operations Supervisor under my direct supervision. I provide guidance and mentorship to them along with

the 46 first-line supervisors assigned to CAX. I have briefed congressional visitors and uniformed/non-uniformed personnel from USBP HQ on the operational challenges at CAX. I support CAX agents with the resources, infrastructure, technology, and knowledge that could assist them to perform their job at a higher level and in a safe manner.

5.  I am submitting this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (PI). This declaration is based on my personal knowledge, information made known to me from official records reasonably relied upon, and information conveyed to me by my staff and other knowledgeable CBP personnel in the course of my official duties.

6.  ELC is situated within the Imperial Valley of Southern California. The ELC area of responsibility (AOR) spans 70 linear miles along the U.S. and Mexico border from the Jacumba Mountains in the west to the Imperial Sand Dunes in the east. ELC's AOR also includes inland areas of California extending all the way to the Oregon State Line, including Bakersfield, California.

7.  ELC is staffed by 975 Border Patrol Agents and 149 support personnel. Staffing is assigned to ELC HQ and the three patrol stations: El Centro, Calexico, and Indio.

8.  ELC is committed to conducting enforcement operations within the Eastern District of California in compliance with the Fourth Amendment, 8 U.S.C. § 1357, and Supreme Court and Ninth Circuit case law.

9.  In furtherance of this commitment, ELC issued a muster to all ELC employees on Friday, April 4, 2025, attached at Exhibit A. The muster includes the underlying laws and policies applicable to all warrantless arrests effected by El Centro Sector Border Patrol under 8 U.S.C. § 1357(a)(2) in the Eastern District of California.

10. ELC will endeavor to conduct refresher training sessions to ensure compliance with the muster within 60 Days for all ELC Border Patrol Agents (BPAs), supervisors, and Command Staff.[1] The trainings will include instruction on report writing and compliance with the Fourth Amendment, 8 U.S.C. § 1357, and Supreme Court and Ninth Circuit case law pertaining to vehicle stops, consensual encounters, and warrantless arrests.

11. The training sessions will cover topics such as:

---

[1] It may not be practicable to train all such ELC employees within 60 days due to, for example, employees being on detail or extended leave.

a. ELC BPAs' authority to effect warrantless arrests within the Eastern District of California pursuant to 8 U.S.C. § 1357 including factors relevant to determining "reason to believe" an alien is in the United States in violation of law or regulation and the alien's likelihood of escape before a warrant can be obtained;

b. ELC BPAs' authority to effect vehicle stops within the Eastern District of California upon establishment of reasonable suspicion of a violation of law or regulation in compliance with the Fourth Amendment, Supreme Court, and Ninth Circuit case law.

c. ELC BPAs' authority to effect consensual encounters within the Eastern District of California in compliance with the Fourth Amendment, Supreme Court, and Ninth Circuit case law;

d. Report writing requirements including documentation of the facts and circumstances pertaining to warrantless arrests in the narrative section of an alien arrestee's Record of Deportable/Inadmissible Alien ("Form I-213")[2]; and

e. Report writing requirements including documentation of the facts and circumstances pertaining to vehicle stops resulting in warrantless arrests in the narrative section of the alien arrestee's Form I-213.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 7, 2025, at El Centro, California.

SERGIO GUZMAN
Digitally signed by SERGIO GUZMAN
Date: 2025.04.07 19:40:16 -07'00'

Sergio Guzman
Acting Executive Officer
El Centro Sector
U.S. Border Patrol

---

[2] A Form I-213 or DHS "Record of Deportable/Inadmissible Alien," is an official record which includes information about an alien's immigration status and the basis and key facts to support the alien's removal from the United States.