

# United States District Court
# Eastern District of California

| UNITED FARM WORKERS, et al. | Case Number: 1:25-cv-00246 |
|---|---|
| Plaintiff(s) | |
| V. | |
| KRISTI NOEM, Secretary of DHS, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Matt A. Crapo hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Immigration Reform Law Institute (as amicus)

On 07/09/2001 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/11/2025     Signature of Applicant: /s/ Matt Crapo (as authorized 4/11/25)

**Pro Hac Vice Attorney**

Applicant's Name: Matt A. Crapo
Law Firm Name: Immigration Reform Law Institute
Address: 25 Massachusetts Ave., NW, Suite 335

City: Washington   State: DC   Zip: 20001
Phone Number w/Area Code: (571) 435-3582
City and State of Residence: Alexandria, VA
Primary E-mail Address: mcrapo@irli.org
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mark P. Meuser
Law Firm Name: Dhillon Law Group, Inc.
Address: 177 Post St. Suite 700

City: San Franisco   State: CA   Zip: 94108
Phone Number w/Area Code: (415) 433-1700   Bar #: 231335

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 14, 2025

_____
U.S. MAGISTRATE JUDGE