# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, OSCAR MORALES CISNEROS, WILDER MUNGUIA ESQUIVEL, YOLANDA AGUILERA MARTINEZ, JUAN VARGAS MENDEZ, and MARIA GUADALUPE HERNANDEZ ESPINOSA,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, as Secretary of the Department of Homeland Security; PETE R. FLORES, as Acting Commissioner of U.S. Border Patrol; MICHAEL W. BANKS, as Chief of U.S. Border Patrol; and GREGORY K. BOVINO, as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol,<br><br>Defendants. | Case No. 1:25-cv-0246 JLT CDB<br><br>ORDER GRANTING UNOPPOSED MOTION OF IMMIGRATION REFORM LAW INSTITUTE TO FILE AN *AMICUS CURIAE* BRIEF<br><br>(Doc. 33) |

Immigration Reform Law Institute seeks leave to file a brief as *amicus curiae* in support of Defendants and in opposition to Plaintiffs' motion for injunctive relief. (Doc. 33.) IRLI indicates it "a nonprofit 501(c)(3) public interest law firm dedicated both to litigating immigration-related cases in the interests of United States citizens and to assisting courts in understanding federal immigration law." (*Id*. at 2.) IRLI also states it "has litigated or filed amicus curiae briefs in a wide variety of immigration-related cases." (*Id.*) IRLI reports its counsel "conferred with counsel for all parties, and no party opposes the request for leave." (*Id.*)

The district court possesses "broad discretion" as to whether to permit the filing of an amicus brief. *Foothill Church v. Watanabe*, 623 F. Supp. 3d 1079, 1084 (E.D. Cal. 2022); *see also In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991) ("The privilege of being heard amicus rests solely within the discretion of the court"). "The 'classic role' of amicus curiae is to assist a court in a case of public interest by 'supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration.'" *Cody v. Ring LLC*, 718 F. Supp. 3d 993, 1004 (N.D. Cal. 2024) (quoting *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982)). Generally, the filing of an amicus brief should be permitted when "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Foothill Church*, 623 F.Supp.3d at 1084.

IRLI indicates that its proffered amicus brief is intended to address the following matters:

- Congress has directed that judicial review of government actions taken to remove an alien from the United States may only be raised in a petition for review before an appropriate court of appeals.

- Past harm is insufficient to establish standing for injunctive relief, and Plaintiffs are unlikely to show the requisite risk of future harm to qualify for injunctive relief.

- Plaintiffs' request for the Border Patrol to report details regarding all stops and arrests in the District to counsel for Plaintiffs is unjustified and unwarranted.

(Doc. 33 at 3.) Although the Court is not entirely persuaded the proposed brief contains "unique information," the brief addresses authorities that Defendants did not cite in their opposition to the motion for preliminary injunction. Towards that end, the amicus brief from IRLI supplements the efforts of Defendants' counsel and may assist the Court in its analysis. Moreover, neither Plaintiffs nor Defendants oppose the request to file an amicus brief, which supports the Court granting the request. *See FOP v. Gilead Sciences, Inc.*, 2022 U.S. App. LEXIS 33818 at *11-12 (9th Cir. Dec. 2, 2022) (considering the unopposed status of motion for leave to file amicus curiae brief in granting the motion). Accordingly, the Court exercises its discretion to permit the filing. *See Foothill Church*, 623 F. Supp. 3d at 1084; *Cody*, 718 F. Supp. 3d at 1004.

///

Based upon the foregoing, the Court **ORDERS**:

1. The unopposed motion of Immigration Reform Law Institute to file an amicus curiae brief (Doc. 33) is **GRANTED**.
2. The proposed amicus brief (Doc. 33-1) is **DEEMED** filed.

IT IS SO ORDERED.

Dated:   **April 18, 2025**                                            _____
                                                                                    UNITED STATES DISTRICT JUDGE