| | |
|---|---|
| BREE BERNWANGER - # 331731<br>bbernwanger@aclunc.org<br>MICHELLE (MINJU) Y. CHO - # 321939<br>mcho@aclunc.org<br>LAUREN DAVIS - # 357292<br>ldavis@aclunc.org<br>SHILPI AGARWAL - # 270749<br>sagarwal@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>MAYRA JOACHIN - # 306065<br>mjoachin@aclusocal.org<br>EVA BITRAN - # 302081<br>ebitran@aclusocal.org<br>OLIVER MA - # 354266<br>oma@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN<br>CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5000 | BRISA VELAZQUEZ OATIS - # 339132<br>bvoatis@aclu-sdic.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SAN DIEGO &<br>IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4199<br><br>AJAY S. KRISHNAN - # 222476<br>akrishnan@keker.com<br>FRANCO MUZZIO - # 310618<br>fmuzzio@keker.com<br>ZAINAB O. RAMAHI - # 332139<br>zramahi@keker.com<br>JULIA GREENBERG - # 333864<br>jgreenberg@keker.com<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:     415 397 7188<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>          Defendants. | Case No. 1:25-cv-00246-JLT-CDB<br><br>**PLAINTIFFS' NOTICE OF INTENT TO FILE OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION**<br><br>Judge:      Hon. Jennifer L. Thurston<br>Magistrate Judge: Hon. Christopher D. Baker<br><br>Date Filed:  February 26, 2025<br><br>Trial Date:  None set |

PLAINTIFFS' NOTICE OF INTENT TO FILE OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION
Case No. 1:25-cv-00246-JLT-CDB

2972954

On May 13, 2025, Defendants filed an Ex Parte Application to Vacate Scheduling Conference and Set Aside Joint Scheduling Report and Rule 26 Requirements Re: Initial Disclosures and Discovery Conference.  Dkt. No. 50.  Plaintiffs' counsel was first notified that Defendants would be filing their application ex parte at 6:02 p.m. on May 13, 2025.  Defendants' counsel filing this request as an ex parte application, rather than a regularly noticed motion, is procedurally improper, substantively meritless, and violates this Court's procedures for discovery disputes and for ex parte applications.  Accordingly, Plaintiffs' counsel hereby notifies the Court and all parties of their intent to file an opposition to Defendants' ex parte application on May 14, 2025.

Dated:  May 14, 2025                        AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION OF NORTHERN
                                            CALIFORNIA

                                      By:   */s/ Bree Bernwanger*
                                            BREE BERNWANGER
                                            MICHELLE (MINJU) Y. CHO
                                            LAUREN DAVIS
                                            SHILPI AGARWAL

Dated:  May 14, 2025                  By:   AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION OF SOUTHERN
                                            CALIFORNIA

                                            */s/ Mayra Joachin*
                                            MAYRA JOACHIN
                                            EVA BITRAN
                                            OLIVER MA

Dated:  May 14, 2025                  By:   AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION OF SAN DIEGO &
                                            IMPERIAL COUNTIES

                                            */s/ Brisa Velazquez Oatis*
                                            BRISA VELAZQUEZ OATIS

                                            Attorneys for Plaintiffs

Dated: May 14, 2025

KEKER, VAN NEST & PETERS LLP

By: */s/ Ajay S. Krishnan*
AJAY S. KRISHNAN
FRANCO MUZZIO
ZAINAB O. RAMAHI
JULIA GREENBERG

Attorneys for Plaintiffs