BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
MICHELLE (MINJU) Y. CHO - # 321939
mcho@aclunc.org
LAUREN DAVIS - # 357292
ldavis@aclunc.org
SHILPI AGARWAL - # 270749
sagarwal@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

MAYRA JOACHIN - # 306065
mjoachin@aclusocal.org
EVA BITRAN - # 302081
ebitran@aclusocal.org
OLIVER MA - # 354266
oma@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5000

BRISA VELAZQUEZ OATIS - # 339132
bvoatis@aclu-sdic.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
FRANCO MUZZIO - # 310618
fmuzzio@keker.com
ZAINAB O. RAMAHI - # 332139
zramahi@keker.com
JULIA GREENBERG - # 333864
jgreenberg@keker.com
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>    Defendants. | Case No. 1:25-cv-00246-JLT-CDB<br><br>**DECLARATION OF ZAINAB O. RAMAHI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE MOTION TO VACATE SCHEDULING CONFERENCE**<br><br>Judge:    Hon. Jennifer L. Thurston<br>Magistrate Judge: Hon. Christopher D. Baker<br><br>Date Filed:  February 26, 2025<br><br>Trial Date:  None set |

DECLARATION OF ZAINAB O. RAMAHI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
EX PARTE MOTION TO VACATE SCHEDULING CONFERENCE
Case No. 1:25-cv-00246-JLT-CDB

2972956.v1

I, Zainab Ramahi, declare:

1. I am an attorney in the firm of Keker, Van Nest & Peters LLP, one of the counsel representing Plaintiffs in this lawsuit. I am a member of the California State Bar, and I am admitted in the United States District Court for the Eastern District of California. I have personal knowledge of the facts contained in this Declaration and, if called to testify, could and would competently testify thereto. I make this declaration in support of Plaintiffs' Opposition to Defendants' *Ex Parte* Motion to Vacate Scheduling Conference and Set Aside Joint Scheduling Report and Rule 26 Requirements Re: Initial Disclosures and Discovery Conference.

2. On March 19, 2025, I requested Defendants' availability for a Rule 26(f) conference. On March 21, 2025, Defendants' counsel stated that a conference "is not practicable at this time."

3. On March 27, April 30, and May 1, 2025, I again requested Defendants' availability for a Rule 26(f) conference. On Friday, May 2, 2025, Defendants' counsel responded that they were "internally discussing" Plaintiffs' request for availability to hold a Rule 26(f) conference and were "busy digesting the preliminary injunction and with our caseload." Defendants' counsel further stated that they would follow up with Plaintiffs' counsel early the following week.

4. On May 9, 2025, I again requested Defendants' availability for a Rule 26(f) conference. On May 9, 2025, Defendants' counsel first informed Plaintiffs' counsel of their position that this case is exempt from the requirements of Rule 26(f), including the requirement for the parties to hold a Rule 26(f) conference.

5. On May 13, 2025, at 6:02 p.m., Defendants' counsel first informed Plaintiffs' counsel that it would be filing an *ex parte* motion to vacate the scheduling conference.

6. True and correct copies of the communications referenced in the above Paragraphs 2–5 of this declaration are attached as **Exhibit A**.

//

1
DECLARATION OF ZAINAB O. RAMAHI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE MOTION TO VACATE SCHEDULING CONFERENCE
Case No. 1:25-cv-00246-JLT-CDB

2972956.v1

1  I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 19, 2025 in San Francisco, California.

_____
ZAINAB RAMAHI

2
DECLARATION OF ZAINAB O. RAMAHI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
EX PARTE MOTION TO VACATE SCHEDULING CONFERENCE
Case No. 1:25-cv-00246-JLT-CDB

2972956.v1

# EXHIBIT A

| | |
|---|---|
| **From:** | Kuchins, Olga Y. (CIV) |
| **To:** | Zainab O. Ramahi |
| **Cc:** | Go, Samuel (CIV); Ramnitz, Tim (CIV); Mayra Joachin; Franco Muzzio; Bree Bernwanger; Oliver Ma; Ajay Krishnan; Minju Cho; Larakers, Mary L. (CIV) |
| **Subject:** | RE: [EXTERNAL] RE: United Farm Workers, et al v. Noem, et al., 1:25-cv-00246 |
| **Date:** | Tuesday, May 13, 2025 6:02:24 PM |

**[EXTERNAL]**



Hi Zainab,

Thank you very much for your response.  We will proceed with filing the ex parte motion.

Best,
Olga

**From:** Zainab O. Ramahi <ZRamahi@keker.com>
**Sent:** Tuesday, May 13, 2025 8:42 PM
**To:** Kuchins, Olga Y. (CIV) <Olga.Y.Kuchins@usdoj.gov>
**Cc:** Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; Franco Muzzio <FMuzzio@keker.com>; Bree Bernwanger <BBernwanger@aclunc.org>; Oliver Ma <oma@aclusocal.org>; Ajay Krishnan <AKrishnan@keker.com>; Minju Cho <mcho@aclunc.org>; Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: United Farm Workers, et al v. Noem, et al., 1:25-cv-00246

Counsel,

Thank you for your email. According to Section 3 of Judge Baker's standing order, he does not permit parties to file written discovery motions without his prior approval. Parties are directed to request a joint conference between him and all parties involved before filing any briefing.

Should you nevertheless proceed with filing, while we appreciate your effort at compromise here, given the timing, we don't have an alternative here to standing on our rights and opposing your proposed motion. We believe that Rule 26(f) applies in this case.  That said, it likely makes sense for you to proceed with the production of the administrative record, as you have proposed, because that is what the outcome would be even if you prevail on your motion.

To be clear, our willingness to review the administrative record does not indicate any concession as to the applicability of the record rule or the availability of discovery on Plaintiffs' claims.  It continues to be our position that discovery is appropriate here, particularly given that Plaintiffs have asserted constitutional claims.

Should you proceed with the steps for addressing discovery disputes set forth in Judge Baker's

standing order, we again request that the parties conduct their Rule 26(f) conference tomorrow, as is currently required.

Regards,
Zainab

---

**Zainab O. Ramahi** (she/her)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
415 962 8898 direct | 415 391 5400 main
zramahi@keker.com | keker.com

---

**From:** Kuchins, Olga Y. (CIV) <Olga.Y.Kuchins@usdoj.gov>
**Sent:** Tuesday, May 13, 2025 3:47 PM
**To:** Zainab O. Ramahi <ZRamahi@keker.com>
**Cc:** Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; Franco Muzzio <FMuzzio@keker.com>; Bree Bernwanger <BBernwanger@aclunc.org>; Oliver Ma <oma@aclusocal.org>; Ajay Krishnan <AKrishnan@keker.com>; Minju Cho <mcho@aclunc.org>; Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: United Farm Workers, et al v. Noem, et al., 1:25-cv-00246

**[EXTERNAL]**

Good afternoon, Zainab,

Please note that the government intends to file its motion today at around 6pm PT. To the extent Plaintiffs would like to provide a different position on the motion, please let us know by then.

Thank you,
Olga

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Tuesday, May 13, 2025 4:51 PM
**To:** Zainab O. Ramahi <ZRamahi@keker.com>; Kuchins, Olga Y. (CIV) <Olga.Y.Kuchins@usdoj.gov>
**Cc:** Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; Franco Muzzio <FMuzzio@keker.com>; Bree Bernwanger <BBernwanger@aclunc.org>; Oliver Ma <oma@aclusocal.org>; Ajay Krishnan <AKrishnan@keker.com>; Minju Cho <mcho@aclunc.org>
**Subject:** RE: [EXTERNAL] RE: United Farm Workers, et al v. Noem, et al., 1:25-cv-00246

Zainab,

First, an action for review on an administrative record is exempt from the requirements of Rule 26; we disagree with your position that Defendants have acted contrary to the federal rules and Judge Baker's order. Additionally, even under cases that do not arise under the APA, the government regularly moves to vacate and/or reschedule scheduling conferences that would require the government to engage in a Rule 26(f) conference before they move to dismiss. I doubt our position comes as a surprise. However, we do apologize for the unintentional short notice on our position.

Second, we disagree that Plaintiffs can avoid the APA's record rule by raising constitutional claims. *See Moralez v. Perdue,* 2017 WL 2264855, at *3 (E.D. Cal. May 24, 2017) ("A plaintiff cannot skirt the administrative record rule by alleging constitutional violations within the administrative review process. This bootstrap argument does not broaden the review from that of the administrative record to evidence outside the record."). Even in the *Grill v. Quinn* case you cite, the Court stated: "However, even where plaintiffs have asserted constitutional claims, 'wide-ranging discovery is not blindly authorized at a stage in which an administrative record is being reviewed.'"

Third, you know from the extensive briefing submitted that Defendants contest that they have a policy or practice that violates the law. To the extent you suggest that Defendants must concede as much to proceed under the APA's record rule, you are incorrect. Plaintiffs' complaint challenges Border Patrol's policies and practices regarding detentive stops, warrantless arrests, and voluntary departure. Border Patrol intends to submit an administrative record on these policies and practices to allow the Court to determine whether those policies and practices, as Plaintiffs' allege, violate the law.

All this being said, in the interest of compromise, Defendants would be open to negotiating supplementation of the administrative record through some limited discovery. We believe that such a negotiation would be best informed by the contents of the administrative record and suggest that Defendants be allowed to produce the record before such negotiation. We also believe our proposal to submit an administrative record first and perhaps conduct some limited discovery thereafter will bring a more prompt and efficient resolution to this case. To the extent the parties disagree on the scope of any extra-record discovery, the Court could easily resolve such a dispute. If you have another proposal that includes Defendants producing the administrative record and conducting some limited extra-record discovery, please let us know.

Given that time is of the essence, we are also open to seeking a short agreed extension of the requirement to conduct a 26(f) in the meantime to allow the parties time to discuss this issue.

Please let us know your thoughts at your earliest convenience as Defendants intend to file their motion today. As of now, our motion states that "Plaintiffs disagree with [Defendants'] position that this case is exempt from Rule 26(f)."

Thank you,
Mary

---

**From:** Zainab O. Ramahi <ZRamahi@keker.com>
**Sent:** Monday, May 12, 2025 10:47 PM
**To:** Kuchins, Olga Y. (CIV) <Olga.Y.Kuchins@usdoj.gov>; Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>; Mayra

Joachin <MJoachin@aclusocal.org>; Franco Muzzio <FMuzzio@keker.com>; Bree Bernwanger <BBernwanger@aclunc.org>; Oliver Ma <oma@aclusocal.org>; Ajay Krishnan <AKrishnan@keker.com>; Minju Cho <mcho@aclunc.org>
**Subject:** RE: [EXTERNAL] RE: United Farm Workers, et al v. Noem, et al., 1:25-cv-00246

Olga,

Since March 19, Plaintiffs have repeatedly requested Defendants' availability for a Rule 26(f) conference. On the eve of the deadline for compliance, Defendants now assert—without basis—that this case is exempt from the requirements of Rule 26. Defendants' refusal to participate in a Rule 26(f) conference, as your proposed motion seems to concede, is in clear violation of Magistrate Judge Baker's Order Setting Mandatory Scheduling Conference, issued on March 10, 2025, and contrary to the express requirements of the Federal Rules of Civil Procedure.

Plaintiffs disagree with your position that this case is exempt from Rule 26(f) and, frankly, we are confused as to the basis for that position. We have two sets of questions.

First, certain of Plaintiffs' claims are constitutional and exist independently of the APA. Plaintiffs are entitled to discovery on these claims. As courts have recognized, "[a] direct constitutional challenge is reviewed independent of the APA," and "[a]s such the court is entitled to look beyond the administrative record" in regard to such a claim. *Grill v. Quinn*, 2012 WL 174873, at *2 (E.D. Cal. Jan. 20, 2012). As you know, Plaintiffs propose three different classes entitled to relief; and for two of those classes (i.e., relating to suspicionless stops and coercive voluntary departures), we have advanced claims directly under the Constitution. Is it Defendants' position that even for these constitutional claims, discovery is not available? If so, please let us know what your authority is for this proposition.

Second, as for those of Plaintiffs' claims that you contend are APA claims, please clarify: do Defendants concede that they maintain a policy, pattern, or practice of conducting warrantless arrests without individualized flight risk assessments? If Defendants are contesting that such a policy, pattern, or practice exists, then (a) it is not clear how you can refuse to provide discovery based solely on what you asserted to be Plaintiffs' contested position; and (b) it is also not clear what administrative record you plan to provide if that is, in fact, your position. It would be helpful for you to clarify your position.

Please let us know the answers to these two sets of questions so that we can properly evaluate Defendants' position.

Regards,
Zainab

---

**Zainab O. Ramahi** (she/her)
Keker, Van Nest & Peters LLP

633 Battery Street
San Francisco, CA 94111-1890
415 962 8898 direct | 415 391 5400 main
zramahi@keker.com | keker.com

---

**From:** Kuchins, Olga Y. (CIV) <Olga.Y.Kuchins@usdoj.gov>
**Sent:** Monday, May 12, 2025 2:50 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Zainab O. Ramahi <ZRamahi@keker.com>
**Cc:** Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; Franco Muzzio <FMuzzio@keker.com>; Bree Bernwanger <BBernwanger@aclunc.org>; Oliver Ma <oma@aclusocal.org>; Ajay Krishnan <AKrishnan@keker.com>; Minju Cho <mcho@aclunc.org>
**Subject:** RE: [EXTERNAL] RE: United Farm Workers, et al v. Noem, et al., 1:25-cv-00246

**[EXTERNAL]**

Good afternoon, Zainab,

Defendants intend to file a motion to vacate the June 4, 2025, scheduling conference and set aside the Joint Scheduling Report and Rule 26 requirements regarding initial disclosures and discovery conference. Can you please provide Plaintiffs' position on this motion by COB?

Thank you,
Olga

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Friday, May 9, 2025 3:00 PM
**To:** Zainab O. Ramahi <ZRamahi@keker.com>
**Cc:** Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Kuchins, Olga Y. (CIV) <Olga.Y.Kuchins@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; Franco Muzzio <FMuzzio@keker.com>; Bree Bernwanger <BBernwanger@aclunc.org>; Oliver Ma <oma@aclusocal.org>; Ajay Krishnan <AKrishnan@keker.com>; Minju Cho <mcho@aclunc.org>
**Subject:** RE: [EXTERNAL] RE: United Farm Workers, et al v. Noem, et al., 1:25-cv-00246

Hi Zainab,

We believe this case is exempt from the Rule 26(f) Conference. Plaintiffs have asserted a waiver of sovereign immunity under the APA and have alleged that USBP has a policy and practice that violates the 4th amendment and 8 USC 1357. Accordingly, this is an APA case and USBP will submit an administrative record.

As such, we intend to move to vacate the scheduling conference, and requirement to conduct a Rule 26(f) conference, to proceed under the local rules governing record review cases.

Given that our answer is not due for some time, we can discuss with USBP as to whether we

can expedite production of the record and resolution of this case.

If you disagree with our position, please let us know.

Best,
Mary

---

**From:** Zainab O. Ramahi <ZRamahi@keker.com>
**Sent:** Friday, May 09, 2025 12:36 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Cc:** Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Kuchins, Olga Y. (CIV) <Olga.Y.Kuchins@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; Franco Muzzio <FMuzzio@keker.com>; Bree Bernwanger <BBernwanger@aclunc.org>; Oliver Ma <oma@aclusocal.org>; Ajay Krishnan <AKrishnan@keker.com>; Minju Cho <mcho@aclunc.org>
**Subject:** RE: [EXTERNAL] RE: United Farm Workers, et al v. Noem, et al., 1:25-cv-00246

Hi Mary,

Could you please provide your availability to hold the mandatory 26(f) conference Monday-Wednesday next week?

Thanks,
Zainab

**Zainab O. Ramahi** (she/her)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
415 962 8898 direct | 415 391 5400 main
zramahi@keker.com | keker.com

---

**From:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>
**Sent:** Friday, May 2, 2025 3:53 PM
**To:** Zainab O. Ramahi <ZRamahi@keker.com>
**Cc:** Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Kuchins, Olga Y. (CIV) <Olga.Y.Kuchins@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; Franco Muzzio <FMuzzio@keker.com>; Bree Bernwanger <BBernwanger@aclunc.org>; Oliver Ma <oma@aclusocal.org>; Ajay Krishnan <AKrishnan@keker.com>; Minju Cho <mcho@aclunc.org>
**Subject:** Re: [EXTERNAL] RE: United Farm Workers, et al v. Noem, et al., 1:25-cv-00246

[EXTERNAL]

Hi Zainab,

We are internally discussing and will get back to you. We have been busy digesting the preliminary injunction and with our caseload. We will get back to you early next week. .

Thanks,
Mary

> On May 1, 2025, at 3:10 PM, Zainab O. Ramahi <ZRamahi@keker.com> wrote:
>
> Counsel,
>
> The May 8 date is mistaken, the correct date is May 14. Per FRCP 26(f)(1), the Parties are required to confer at least 21 days prior to the Mandatory Scheduling Conference, set for June 4, and to submit a Joint Scheduling Report one full week prior to the Scheduling Conference. Please let us know if you are available on May 6 or 7 or, if not, let us know what days and times before the May 14 deadline you are available.
>
> Thanks,
>
> **Zainab O. Ramahi** (she/her)
> Keker, Van Nest & Peters LLP
> 633 Battery Street
> San Francisco, CA 94111-1890
> 415 962 8898 direct | 415 391 5400 main
> zramahi@keker.com | keker.com
>
> **From:** Go, Samuel (CIV) <Samuel.Go@usdoj.gov>
> **Sent:** Thursday, May 1, 2025 11:28 AM
> **To:** Zainab O. Ramahi <ZRamahi@keker.com>; Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Kuchins, Olga Y. (CIV) <Olga.Y.Kuchins@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>
> **Cc:** Mayra Joachin <MJoachin@aclusocal.org>; Franco Muzzio <FMuzzio@keker.com>; Bree Bernwanger <BBernwanger@aclunc.org>; Oliver Ma <oma@aclusocal.org>; Ajay Krishnan <AKrishnan@keker.com>; Minju Cho <mcho@aclunc.org>
> **Subject:** RE: United Farm Workers, et al v. Noem, et al., 1:25-cv-00246
>
> **[EXTERNAL]**
>
> Counsel,

We will discuss internally. Meanwhile, could you please let us know how you calculated the deadline to be May 8?

Best,

**Samuel P. Go**
**Assistant Director**
United States Department of Justice
Office of Immigration Litigation
Post Office Box 878 | Ben Franklin Station | Washington, D.C.  20044
☎ 202-353-9923 | 🖨 202-616-4950 | ✉ samuel.go@usdoj.gov

<image001.jpg>

*This email and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by email or telephone and delete or destroy the original transmission and any copies (electronic or paper).*

---

**From:** Zainab O. Ramahi <ZRamahi@keker.com>
**Sent:** Wednesday, April 30, 2025 2:09 PM
**To:** Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Kuchins, Olga Y. (CIV) <Olga.Y.Kuchins@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>
**Cc:** Mayra Joachin <MJoachin@aclusocal.org>; Franco Muzzio <FMuzzio@keker.com>; Bree Bernwanger <BBernwanger@aclunc.org>; Oliver Ma <oma@aclusocal.org>; Ajay Krishnan <AKrishnan@keker.com>; Minju Cho <mcho@aclunc.org>
**Subject:** [EXTERNAL] RE: United Farm Workers, et al v. Noem, et al., 1:25-cv-00246

Counsel,

In light of the upcoming May 8 deadline to hold the parties' 26(f) conference, please let us know of your availability to meet during the following times:

1. Tuesday, May 6,  1 – 2 pm
2. Wednesday, May 7, 11am – 12 pm

Regards,
Zainab

---

**Zainab O. Ramahi** (she/her)
Keker, Van Nest & Peters LLP
633 Battery Street

San Francisco, CA 94111-1890
415 962 8898 direct | 415 391 5400 main
zramahi@keker.com | keker.com

---

**From:** Zainab O. Ramahi
**Sent:** Thursday, March 27, 2025 11:36 AM
**To:** Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Kuchins, Olga Y. (CIV) <Olga.Y.Kuchins@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>
**Cc:** Mayra Joachin <MJoachin@aclusocal.org>; Franco Muzzio <FMuzzio@keker.com>; Bree Bernwanger <BBernwanger@aclunc.org>; Oliver Ma <oma@aclusocal.org>
**Subject:** RE: United Farm Workers, et al v. Noem, et al., 1:25-cv-00246

Samuel,

Plaintiffs need to initiate discovery as soon as possible given the irreparable harm they are facing. In light of your position, please provide us with times during April 8-11 when you can participate in the Rule 26(f) conference.

Regards,
Zainab

**Zainab O. Ramahi** (she/her)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
415 962 8898 direct | 415 391 5400 main
zramahi@keker.com | keker.com

---

**From:** Go, Samuel (CIV) <Samuel.Go@usdoj.gov>
**Sent:** Friday, March 21, 2025 9:13 PM
**To:** Zainab O. Ramahi <ZRamahi@keker.com>; Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Kuchins, Olga Y. (CIV) <Olga.Y.Kuchins@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>
**Cc:** Mayra Joachin <MJoachin@aclusocal.org>; Franco Muzzio <FMuzzio@keker.com>; Bree Bernwanger <BBernwanger@aclunc.org>; Oliver Ma <oma@aclusocal.org>
**Subject:** RE: United Farm Workers, et al v. Noem, et al., 1:25-cv-00246

**[EXTERNAL]**

Counsel,

Thank you for your email. As Defendants have yet to respond to the complaint and are working on responding to Plaintiffs' preliminary injunction and class certification motions, a conference is not practicable at this time.

Best,

**Samuel P. Go**
**Assistant Director**
United States Department of Justice
Office of Immigration Litigation
Post Office Box 878 | Ben Franklin Station | Washington, D.C.  20044
☎ 202-353-9923 |🖥 202-616-4950 | ✉ samuel.go@usdoj.gov
<image001.jpg>

*This email and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by email or telephone and delete or destroy the original transmission and any copies (electronic or paper).*

---

**From:** Zainab O. Ramahi <ZRamahi@keker.com>
**Sent:** Wednesday, March 19, 2025 1:46 PM
**To:** Flentje, August (CIV) <August.Flentje@usdoj.gov>; MaryL.Larakers@usdoj.gov; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Kuchins, Olga Y. (CIV) <Olga.Y.Kuchins@usdoj.gov>; Ramnitz, Tim (CIV) <Tim.Ramnitz@usdoj.gov>
**Cc:** Mayra Joachin <MJoachin@aclusocal.org>; Franco Muzzio <FMuzzio@keker.com>; Bree Bernwanger <BBernwanger@aclunc.org>; Oliver Ma <oma@aclusocal.org>
**Subject:** [EXTERNAL] United Farm Workers, et al v. Noem, et al., 1:25-cv-00246

Counsel,

Please advise as to your availability next week to hold our Rule 26(f) conference. We are available at the days and times listed below:

1. Wednesday (3/26): 1-2pm PT, after 4pm
2. Thursday (3/27): 10-11am, 12-2pm
3. Friday (3/30): 9am-4pm

Thank you,
Zainab

---

**Zainab O. Ramahi** (she/her)
Keker, Van Nest & Peters LLP

633 Battery Street
San Francisco, CA 94111-1890
415 962 8898 direct | 415 391 5400 main
zramahi@keker.com | keker.com