1  BRETT A. SHUMATE
   Assistant Attorney General
2  Civil Division
   SAMUEL P. GO
3  Assistant Director
   MARY L. LARAKERS
4  Senior Litigation Counsel
   TIM RAMNITZ
5  Senior Litigation Counsel
   CAROLYN D. DILLARD
6  Trial Attorney
   OLGA Y. KUCHINS
7  Trial Attorney
   U.S. Department of Justice
8  Office of Immigration Litigation
   General Litigation and Appeals Section
9  P.O. Box 878, Ben Franklin Station
10 Washington, DC 20044
   771-202-1392
11 Olga.y.kuchins@usdoj.gov
12
13 Attorneys for Defendants

14

15                IN THE UNITED STATES DISTRICT COURT

16                   EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18   UNITED FARM WORKERS, *et al.*, | No. 1:25-cv-00246-JLT-CDB |
| 19         Plaintiffs, | **DEFENDANTS' NOTICE OF APPEAL (PRELIMINARY INJUNCTION)** |
| 20         v. | |
| 21   KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, *et al.*, | Hon. Jennifer L. Thurston, United States District Judge |
| 22         Defendants. | |

24

25

26

27

28

Please take notice that Defendants Kristi Noem, Secretary, Department of Homeland Security; Pete R. Flores, Acting Commissioner of U.S. Border Patrol; Michael W. Banks, Chief of U.S. Border Patrol; and Gregory K. Bovino, Chief Patrol Agent for El Centro Sector of U.S. Border Patrol, in their official capacities, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order entered on April 29, 2025, granting Plaintiffs' motion for a preliminary injunction and motion for class certification. *See* ECF No. 47. This order is an appealable interlocutory order of a district court granting an injunction. 28 U.S.C. § 1292(a)(1); *see* Ninth Cir. R. 3-3(a).

DATED: June 26, 2025                             Respectfully submitted,

                                                 BRETT A. SHUMATE
                                                 Assistant Attorney General
                                                 Civil Division

                                                 SAMUEL P. GO
                                                 Assistant Director

                                                 MARY L. LARAKERS
                                                 Senior Litigation Counsel

                                                 TIM RAMNITZ
                                                 Senior Litigation Counsel

                                                 CAROLYN D. DILLARD
                                                 Trial Attorney

                                                 OLGA Y. KUCHINS
                                                 Trial Attorney
                                                 United States Department of Justice
                                                 Civil Division
                                                 Office of Immigration Litigation, GLA
                                                 P.O. Box 878, Ben Franklin Station
                                                 Washington, DC 20044
                                                 Tel.: (771) 202-1392
                                                 Fax: (202) 305-7000
                                                 Email: Olga.Y.Kuchins@usdoj.gov
                                                 Bar No. 312901
                                                 *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On June 26, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of California, using the electronic case filing system of the Court. I hereby certify that I have served counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                                                  */s/ Olga Y. Kuchins*
                                                                                   OLGA KUCHINS
                                                                                   Trial Attorney