**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721**

**TO:**         **CLERK, U.S. COURT OF APPEALS**

**FROM:**     **CLERK, U.S. DISTRICT COURT**

**SUBJECT:**   **NEW APPEALS DOCKETING INFORMATION**

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **1:25–CV–00246–JLT–CDB** |
| USDC Judge: | **DISTRICT JUDGE JENNIFER L. THURSTON** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **UNITED FARM WORKERS vs. KRISTI NOEM** |
| Type: | **CIVIL** |
| Complaint Filed: | **2/26/2025** |
| Appealed Order/Judgment Filed: | **4/29/2025** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: Waived**

Information prepared by: /s/ **E. Flores , Deputy Clerk**