BRETT A. SHUMATE
Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
MARY L. LARAKERS
Senior Litigation Counsel
OLGA Y. KUCHINS
Trial Attorney
TIM RAMNITZ
Senior Litigation Counsel
CAROLYN D. DILLARD
78090 MI Bar No.
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-7013

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, et al., <br><br> Defendants. | No. 1:25-cv-00246-JLT-CDB <br><br> **DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED THE COURT'S PAGE LIMIT ON ITS MOTION TO DISMISS PURSUANT TO LOCAL RULE 233** |

## MOTION TO EXCEED PAGE LIMIT

Defendants intend to file a Motion to Dismiss Plaintiffs' Complaint on July 14, 2025. This Court's standing order states "[u]nless leave of Court is granted in advance, no moving or opposing briefs or legal memoranda in civil cases, shall exceed 25 pages." Order at 2. Pursuant to Local Rule 233 and this Court's standing order, Defendants respectfully request to exceed the 25-page limit on its Motion to Dismiss by 5 pages and thus request leave to file a 30-page Motion to Dismiss. There is good cause to grant this relief:

1. On February 26, 2025, Plaintiffs filed a complaint for declaratory and injunctive relief alleging that, in an operation conducted between January 7, 2025, and January 9, 2025, USBP violated the Fourth Amendment, the Fifth Amendment, the statutory requirements of 8 U.S.C. § 1357(a)(2), and the regulatory requirements of 8 C.F.R. § 287.8(c)(2)(ii). *See generally* Compl. Plaintiffs' complaint contains 350 allegations and five claims for relief. *Id*.

2. On March 7, 2025, Plaintiffs filed a motion for preliminary injunction and a motion to provisionally certify a Suspicionless Stop Class and a Warrantless Arrest Class, which Defendants opposed. *See* ECF Nos. 14-15, 31-32.

3. On April 29, 2025, this Court entered an order granting Plaintiffs' motions. *See* ECF No. 47.

4. On June 6, 2025, the parties filed a stipulation to extend time for Defendants to file a responsive pleading for 28 days from June 16, 2025, to July 14, 2025. No prior extensions for the responsive pleading deadline have been sought.

5. In order to prepare an adequate Motion to Dismiss, it is necessary for counsel for Defendants to prudently review the factual allegations raised by Plaintiffs and to thoroughly research the important legal issues raised in the complaint. It is also necessary for counsel for Defendants to carefully review the Court's April 29, 2025, Order granting Plaintiffs' motions for a preliminary injunction and to

MOTION TO EXTEND PAGE LIMIT

1

provisionally certify a Suspicionless Stop Class and a Warrantless Arrest Class to the extent the Order may impact the arguments, which will be set forth in the Motion to Dismiss.

6. Counsel for Defendants have worked diligently to prepare a Motion to Dismiss and are making concerted efforts to trim the motion down to 25 pages. However, an additional 5 pages may be needed to incorporate all necessary arguments.

7. Thus, Defendants respectfully request leave to exceed the page limit by 5 pages, which would make Defendants' Motion to Dismiss a total of 30 pages.

8. On July 9, 2025, counsel for Defendants emailed counsel for Plaintiffs and asked their position on the instant motion.

9. On July 10, 2025, counsel for Plaintiffs responded via email and stated that Plaintiffs do not oppose the instant motion.

WHEREFORE, for the foregoing reasons, Defendants respectfully request for the Court to enter an order to allow Defendants to exceed the page limit by 5 pages and allow Defendants to file a 30-page Motion to Dismiss.

Dated: July 10, 2025                          Respectfully submitted

                                              BRETT A. SHUMATE
                                              Assistant Attorney General
                                              Civil Division

                                              SAMUEL P. GO
                                              Assistant Director
                                              United States Department of Justice
                                              Civil Division
                                              Office of Immigration Litigation
                                              P.O. Box 878
                                              Washington, DC 20044
                                              (202) 353-9923
                                              Samuel.go@usdoj.gov

                                              MARY L. LARAKERS
                                              Senior Litigation Counsel
                                              United States Department of Justice

Civil Division
Office of Immigration Litigation
P.O. Box 878
Washington, DC 20044
(202) 353-4419
Mary.l.larakers@usdoj.gov

By:   /s/ *Carolyn D. Dillard*
CAROLYN D. DILLARD
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-7013
Fax: (202) 305-7000
Carolyn.D.Dillard@usdoj.gov

*Attorneys for Defendants*