# EXHIBIT C

**El Centro Sector Muster**

**This Muster provides the underlying legal bases applicable to all aliens processed for Voluntary Return under INA § 240B [8 U.S.C. § 1229c(a)(1)] and 8 C.F.R. § 240.25(c) by El Centro Sector Border Patrol Agents and is to be interpreted consistently with all implementing regulations and controlling Supreme Court and Ninth Circuit case law.**

    A.   Voluntary Return Authority

        Aliens may elect and be granted Voluntary Return if they have not been convicted of an aggravated felony.  INA § 240B(a)(1) [8 U.S.C. § 1229c(a)(1)].  For purposes of this Muster, the terms Voluntary Departure and Voluntary Return are used interchangeably.

        To effectuate Voluntary Returns, El Centro Sector utilizes Form I-826, which contains the Notice of Rights and Advisals.  Form I-826 allows the alien to select one of three options: (1) request a hearing before an immigration judge; (2) claim a fear of persecution upon return to his or her country; or (3) request to be returned to his or her country as soon as arrangements can be made to effect his or her departure.  The election of Voluntary Return on the Form I-826 must be made by the alien after he or she has had an opportunity to read and understand the Notice of Rights and Advisals on the Form.

        Voluntary Return may not be granted unless the alien requests it and agrees to its terms and conditions.  8 C.F.R. § 240.25(c).

    B.   Voluntary Return Consequences

        An alien unlawfully present in the United States for more than 180 days and less than one year and who departs the United States is inadmissible for a period of 3 years; and an alien unlawfully present in the United States for one year or more and who departs or is removed from the United States is inadmissible for a period 10 years.  INA § 212(a)(9)(B)(i)(I)-(II) [8 U.S.C. § 1182(a)(9)(B)(i)(I)-(II)].

C.  Voluntary Return Best Practices

An alien's election of Voluntary Return must be made knowingly, intelligently, and voluntarily.  Agents cannot coerce or pressure an alien into electing Voluntary Return.  Agents should:

- Provide Form I-826 to the alien in a language he or she understands to allow the alien to make an informed decision about electing Voluntary Return;
- When providing Form I-826 to the alien digitally, also provide a physical copy of Form I-826 to assist the alien in reviewing the Form;
- Ensure the alien has an opportunity to review Form I-826 in its entirety, and confirm that the alien understands the rights and advisals contained on the Form;
- Provide the Department of Justice list of free and low-cost legal service providers for the applicable area to the alien when he or she is presented with Form I-826, and provide the alien an opportunity to consult with an attorney or BIA Accredited Representative prior to making an election on Form I-826;
- Fully document the processing of the alien, including the provision of Form I-826 and list of free and low-cost legal service providers, on the Form I-213 pertaining to the alien;
- Allow the alien to cancel his or her election of Voluntary Return up until the alien is repatriated.