# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

UNITED FARM WORKERS, et al.,

  Plaintiffs,

  v.

KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, et al.,

  Defendants.

No. 1:25-cv-00246-JLT-CDB

## DECLARATION OF EDUARDO CANTU

I, Eduardo Cantu, based upon my personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, hereby declare the following:

1. I am the Deputy Chief Patrol Agent ("DCPA") charged with oversight of U.S. Customs and Border Protection's ("CBP") United States Border Patrol Academy, located at the Federal Law Enforcement Training Center (FLETC) in Artesia, New Mexico. I have served in this position since September 2024. I have been employed with CBP's U.S. Border Patrol ("USBP") since 2006. Among other roles, I have served as a Supervisory Border Patrol Agent with oversight of USBP's Tactical Unit ("BORTAC") within the Rio Grande Valley Sector, BORTAC Commander of the Del Rio Sector, and Patrol Agent in Charge of Del Rio Sector's Special Operations Detachment. BORTAC members are specially trained to deploy throughout the United States and abroad when needed in furtherance of USBP's mission. In addition, I have served as Deputy Patrol Agent in Charge of the Rio Grande Valley Sector and as Division Chief of the Operations West Corridor within the Law Enforcement Operations Directorate at USBP Headquarters.

2. As DCPA of the USBP Academy, I have personal knowledge and access to official files and records that demonstrate the training provided to all Border Patrol

1

Agents ("BPAs") during the BPA Basic Training program. I also have personal knowledge of legal training provided to BPAs based on my previous roles.

3. I am familiar with Plaintiffs' complaint in the above-captioned litigation and their claims therein. I submit this declaration in support of the Government's Motion to Dismiss and to explain the legal training new BPAs receive related to Plaintiffs' claims.

4. The actions undertaken by Border Patrol Agents are informed by their experience and the comprehensive training they receive at various stages of their careers.

5. During BPA Basic Training at the USBP Academy in Artesia, New Mexico, trainees receive approximately six months of extensive operational, tactical, and legal training. Trainees learn the technical requirements of their job and demonstrate their ability to employ these skills through numerous interactive scenarios that replicate situations they will routinely encounter in the field. They receive feedback regarding their performance during these scenarios.

6. During their time at the Border Patrol Academy, trainees receive approximately 110 hours of legal training presented by attorneys employed by CBP's Office of Chief Counsel. This training is designed to ensure that BPAs have the framework necessary to recognize violations of the laws they enforce and take appropriate law enforcement actions. Legal topics covered include criminal law, criminal procedure, courtroom testimony, customs law, forfeiture, immigration law, use of force, nationality law, and report writing.

7. During their time at the Border Patrol Academy, trainees receive instruction on the following topics:

    a. The requirements for engaging in warrantless arrests, the scope of their authorities and constraints on their authorities, and best practices in carrying out their authorities, including training on applicable policies such as applicable policies regarding non-discrimination.

      b.    Technical and legal requirements applicable to assignments including linewatch, transportation checks, roving patrols, and city patrols, to include enforcement of the laws that BPAs are authorized to enforce upon individuals in conveyances or on foot.

      c.    The definition of and requirements for consensual encounters, and the actions BPAs may take during lawful consensual encounters.

      d.    The legal definitions of the levels of suspicion and the corresponding law enforcement actions that may be taken at each level of suspicion, including actions that may be taken only based upon reasonable suspicion or probable cause.

      e.    The legal definitions of and requirements for searches and seizures, including investigative detentions of conveyances and individuals on foot, and arrests for violations of the laws that BPAs are authorized to enforce.

      f.    The legal authority and immigration consequences for allowing an alien to voluntarily depart the United States under INA § 240B.

8.    Beyond the comprehensive training delivered during BPA Basic Training, BPAs receive additional on-the-job training and periodic refreshers throughout their careers related to the topics above. Additional training may be provided locally or as a part of national training programs.

9.    BPAs are consistently taught to utilize their law enforcement authority in accordance with applicable statutes, regulations, and case law when conducting any operation, including interior enforcement operations or city patrols.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 11th day of July, 2025.

                                              EDUARDO CANTU *Digitally signed by EDUARDO CANTU Date: 2025.07.11 14:17:55 -06'00'*
                                              EDUARDO CANTU