BRETT A. SHUMATE
Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
MARY L. LARAKERS
Senior Litigation Counsel
OLGA Y. KUCHINS
Trial Attorney
CAROLYN D. DILLARD
Trial Attorney
TIM RAMNITZ
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-616-2686

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al., | No. 1:25-cv-00246-JLT-CDB |
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS, PURSUANT TO LOCAL RULE 144(a)** |
| v. | |
| KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, et al., | |
| Defendants. | |

Pursuant to Local Rule 144(a), the parties stipulate to a 28-day extension, up to and including August 25, 2025, for Defendants to respond to Plaintiffs' first set of requests for production and admissions, served on Defendants on June 27, 2025. Defendants' responses are currently due July 28, 2025.

1.      Shortly after the Parties conducted their Rule 26(f) conference, on June 27, 2025, Plaintiffs served Defendants with 27 (twenty-seven) requests for production and 54 (fifty-four) requests for admissions.

2.      Pursuant to Federal Rule of Civil Procedure Rule 34(b)(2)(A), Defendants must respond to these requests within 30 (thirty) days, here, by July 28, 2025.

3.      Defendants need more time to respond to these requests.

4.      The parties have conferred and hereby stipulate to extend Defendants' time to respond to the discovery Plaintiffs served on June 27, 2025, by 28 (twenty-eight) days, up to and including August 25, 2025.

Dated: July 23, 2025                                    Respectfully submitted

                                                        BRETT A. SHUMATE
                                                        Assistant Attorney General
                                                        United States Department of Justice
                                                        Civil Division

                                                        SAMUEL P. GO
                                                        Assistant Director
                                                        Office of Immigration Litigation

                                                        MARY L. LARAKERS
                                                        Senior Litigation Counsel

                                                        OLGA Y. KUCHINS
                                                        CAROLYN D. DILLARD
                                                        Trial Attorney

STIPULATION TO EXTEND TIME FOR DEFENDANTS'
RESPONSES TO PLAINTIFFS' FIRST SETS OF DISCOVERY
REQUESTS

1

By:     /s/ *Tim Ramnitz*
        TIM RAMNITZ
        Senior Litigation Counsel
        U.S. Department of Justice, Civil Division
        Office of Immigration Litigation
        General Litigation and Appeals Section
        P.O. Box 878, Ben Franklin Station
        Washington, D.C. 20044
        Tel: (202) 616-2686
        tim.ramnitz@usdoj.gov

        *Attorneys for Defendants*

By:

        /s/Julia Greenberg
        JULIA GREENBERG
        AJAY S. KRISHNAN
        FRANCO MUZZIO
        ZAINAB O. RAMAHI
        Keker, Van Nest & Peters LLP
        633 Battery Street
        San Francisco, CA 94111-1809
        Telephone: (415) 391 5400
        Facsimile: (415) 397 7188

        BREE BERNWANGER
        MICHELLE (MINJU) Y. CHO
        LAUREN DAVIS
        SHILPI AGARWAL
        American Civil Liberties Union Foundation
        of Northern California
        39 Drumm Street
        San Francisco, CA 94111
        Telephone: (415) 621-2493

        MAYRA JOACHIN
        EVA BITRAN
        OLIVER MA
        American Civil Liberties Union Foundation
        of Southern California
        1313 West 8th Street
        Los Angeles, CA 90017
        Telephone: (213) 977-5000

        BRISA VELAZQUEZ OATIS
        American Civil Liberties Union Foundation

STIPULATION TO EXTEND TIME FOR DEFENDANTS'
RESPONSES TO PLAINTIFFS' FIRST SETS OF DISCOVERY
REQUESTS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

of San Diego & Imperial Counties
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Attorneys For Plaintiffs*

STIPULATION TO EXTEND TIME FOR DEFENDANTS'
RESPONSES TO PLAINTIFFS' FIRST SETS OF DISCOVERY
REQUESTS

1

2

**<u>CERTIFICATE OF SERVICE</u>**

3
        On July 23, 2025, I electronically submitted the foregoing document with the Clerk of Court for

4
the U.S. District Court, Eastern District of California, using the electronic case filing system of the

5
court.  I hereby certify that I have served counsel of record electronically through the Court's filing

6
system.

7
                                  s/Tim Ramnitz
                                  Tim Ramnitz

8
                                  Senior Litigation Counsel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
STIPULATION TO EXTEND TIME FOR DEFENDANTS'
RESPONSES TO PLAINTIFFS' FIRST SETS OF DISCOVERY
REQUESTS