UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　Defendants. | Case No. 1:25-cv-00246-JLT-CDB<br><br>ORDER ON STIPULATION RE: ELECTRONIC SERVICE OF DISCOVERY MATERIALS<br><br>(Doc. 70) |

　　　　Pending before the Court is the parties' joint stipulated request regarding electronic service of discovery materials, filed on August 11, 2025. (Doc. 70). The parties stipulate that service of any discovery-related materials may be made via email, that such service shall be deemed effective the date the email is sent and shall be treated as equivalent to hand-delivery for purposes of calculating response and other deadlines under the Federal Rules of Civil Procedure, the Local Rules, and any applicable court orders. *Id.* at 2. Each party agrees to accept discovery-related service at the email addresses previously provided for counsel of record unless otherwise designated in writing. *Id.*

　　　　For good cause shown, IT IS HEREBY ORDERED that the parties' stipulated request (Doc. 70) is GRANTED.

IT IS SO ORDERED.

　　Dated:　**August 12, 2025**　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE