BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
MICHELLE (MINJU) Y. CHO - # 321939
mcho@aclunc.org
LAUREN DAVIS - # 357292
ldavis@aclunc.org
SHILPI AGARWAL - # 270749
sagarwal@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

MAYRA JOACHIN - # 306065
mjoachin@aclusocal.org
EVA BITRAN - # 302081
ebitran@aclusocal.org
OLIVER MA - # 354266
oma@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5000

BRISA VELAZQUEZ OATIS - # 339132
bvoatis@aclu-sdic.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
JASON GEORGE - # 307707
jgeorge@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
REAGHAN E. BRAUN - # 340526
rbraun@keker.com
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00246-JLT-CDB<br><br>**PLAINTIFFS' NOTICE OF REQUEST TO SEAL EXHIBITS 5 & 6 OF GREENBERG DECLARATION ISO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**<br><br>Dept.:　　Courtroom 4, 7th Floor<br>Judge:　　Hon. Jennifer L. Thurston<br><br>Date Filed: February 26, 2025<br><br>Trial Date:  None set |

# NOTICE OF REQUEST TO SEAL

**TO THE COURT, PARTIES, AND ALL COUNSEL OF RECORD:**

Please take notice that, pursuant to Local Rule 141, Plaintiffs United Farm Workers, Oscar Morales Cisneros, Wilder Munguia Esquivel, and Yolanda Aguilera Martinez ("Plaintiffs"), by and through the undersigned counsel, hereby submits a Request to Seal Exhibits 5 and 6 to the Declaration of Julia L. Greenberg in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss ("Greenberg Declaration").

Plaintiffs make this request because Defendants have provisionally designated Exhibits 5 and 6 "Confidential" pursuant to the parties' draft Stipulated Protective Order. The parties are continuing to meet and confer over certain terms of the draft Stipulated Protective Order, which they will file for the Court's consideration once the meet and confers have concluded. Plaintiffs take no position as to whether any information designated by Defendants is confidential.

Exhibits 5 and 6 are I-213 forms purportedly describing stops and arrests from the July 17, 2025, raid in Sacramento, California. Given Defendants' designation of the materials as "Confidential," Plaintiffs respectfully request permission to file under seal Exhibits 5 and 6 to the Greenberg Declaration.

Plaintiffs have submitted the following to the Court via e-mail to Judge Thuston's proposed orders e-mail and served by e-mail on counsel of record for Defendants: (1) Request to Seal, (2) Ex. 5 to the Greenberg Declaration, (3) Ex. 6 to the Greenberg Declaration, and (4) [Proposed] Sealing Order.

Respectfully submitted,

Dated:  August 25, 2025

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By:  */s/ Bree Bernwanger* (as authorized on August 25, 2025)
BREE BERNWANGER
MICHELLE (MINJU) Y. CHO
LAUREN DAVIS
SHILPI AGARWAL

| | | |
|---|---|---|
| Dated: August 25, 2025 | By: | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA |
| | | */s/ Mayra Joachin* (as authorized on August 25, 2025) |
| | | MAYRA JOACHIN<br>EVA BITRAN<br>OLIVER MA |
| Dated: August 25, 2025 | By: | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES |
| | | */s/ Brisa Velazquez Oatis* (as authorized on August 25, 2025) |
| | | BRISA VELAZQUEZ OATIS |
| Dated: August 25, 2025 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Ajay S. Krishnan* |
| | | AJAY S. KRISHNAN<br>JASON GEORGE<br>JULIA L. GREENBERG<br>REAGHAN E. BRAUN |
| | | *Attorneys for Plaintiffs* |