| | |
|---|---|
| BREE BERNWANGER - # 331731<br>bbernwanger@aclunc.org<br>MICHELLE (MINJU) Y. CHO - # 321939<br>mcho@aclunc.org<br>LAUREN DAVIS - # 357292<br>ldavis@aclunc.org<br>SHILPI AGARWAL - # 270749<br>sagarwal@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>MAYRA JOACHIN - # 306065<br>mjoachin@aclusocal.org<br>EVA BITRAN - # 302081<br>ebitran@aclusocal.org<br>OLIVER MA - # 354266<br>oma@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN<br>CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5000 | BRISA VELAZQUEZ OATIS - # 339132<br>bvoatis@aclu-sdic.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SAN DIEGO &<br>IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4199<br><br>AJAY S. KRISHNAN - # 222476<br>akrishnan@keker.com<br>JASON GEORGE - # 307707<br>jgeorge@keker.com<br>JULIA L. GREENBERG - # 333864<br>jgreenberg@keker.com<br>REAGHAN E. BRAUN - # 340526<br>rbraun@keker.com<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>        Defendants. | Case No. 1:25-cv-00246-JLT-CDB<br><br>**DECLARATION OF JULIA L. GREENBERG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**<br><br>Dept.:    Courtroom 4, 7th Floor<br>Judge:   Hon. Jennifer L. Thurston<br><br>Date Filed: February 26, 2025<br><br>Trial Date: None set |

I, Julia L. Greenberg, declare as follows:

1. I am an attorney at law duly licensed and entitled to practice in the State of California. I am an associate at Keker, Van Nest and Peters LLP, counsel of record in this action. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Attached to this declaration as **Exhibit 1** is a true and correct copy of an article by Cameron Arcand, dated May 29, 2025, titled "Trump administration sets new goal of 3,000 illegal immigrant arrests daily," available at https://www.foxnews.com/politics/trump-administration-aims-3000-arrests-illegal-immigrants-each-day.

3. On July 11, 2025, Plaintiffs emailed Defendants to identify deficiencies in the "Reasonable Suspicion Muster" and request a meet and confer. On July 17, the parties met and conferred over video conference: Plaintiffs explained the deficiencies in the muster and its failure to accurately describe Fourth Amendment law or provide guidance that would remedy the violations alleged in this case. To date, Defendants have shared no changes to the muster.

4. Attached to this declaration as **Exhibit 2** is a true and correct copy of an article by Rachel Uranga and Brittny Mejia, dated July 17, 2025, titled "Trump immigration raids move north to Sacramento: 'No such thing as a sanctuary state'," available at https://www.latimes.com/california/story/2025-07-17/border-patrol-raids-sacramento-home-depot-potentially-violating-judges-order.

5. Attached to this declaration as **Exhibit 3** is a true and correct copy of an article by Matthew Seedorff, dated July 17, 2025, titled "Border Patrol performs raid in Sacramento, less than a week after judge's ban," available at https://www.foxla.com/news/border-patrol-performs-raid-sacramento-less-than-week-after-judges-ban.

6. Attached to this declaration as **Exhibit 4** is a true and correct copy of Department of Homeland Security Form I-826, titled Notice of Rights and Request for Disposition.

7. On July 18, Plaintiffs requested, pursuant to section 4.d of the preliminary injunction, all documentation describing each stop and arrest conducted on July 17 in and/or

around the Sacramento Home Depot. On July 25, Defendants sent eleven I-213 forms related to the July 17 raid in Sacramento.

8. Attached to this declaration as **Exhibit 5** is a true and correct copy of an I-213 regarding the July 17, 2025 raid in Sacramento, California, which is stamped Preliminary Injunction Order 4(d) 0008 through 0011. This exhibit is provisionally filed under seal.

9. Attached to this declaration as **Exhibit 6** is a true and correct copy of an I-213 regarding the July 17, 2025, raid in Sacramento, which is stamped Preliminary Injunction Order 4(d) 0028 through 0031. This exhibit is provisionally filed under seal.

10. Throughout August 2025, the parties continued to meet and confer over email, regarding the numerous ways Defendants have failed to comply with the Court's preliminary injunction, including by (1) continuing to maintain a deficient "Reasonable Suspicion Muster," (2) conducting an apparent indiscriminate and unlawful raid in Sacramento on July 17, and (3) providing deficient documentation of the stops and arrests in that raid.

11. The parties plan to continue their meet and confer on August 26 via video conference. Plaintiffs intend to move to enforce the preliminary injunction if the issues are not resolved through meet and confers.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 25, 2025, in San Francisco, California.

Julia L. Greenberg