# EXHIBIT 1




**ICE arrests Mexican national over threat against Trump: 'Get what he has coming'**

Border Czar Tom Homan provides an update on the status of Ramon Morales-Reyes' arrest and discusses the arrest of two illegal immigrants in connection to a fatal hit-and-run.

The Trump administration has a new goal of 3,000 arrests of illegal immigrants daily, which was publicly confirmed by White House Deputy Chief of Staff Stephen Miller.



**Newest Affordable Camper Van**

Budget-friendly Camper Vans Ready For Your Next Adventure. Check Them Out.

Camper Vans       Open

"Under President Trump's leadership, we are looking to set a goal of a minimum of 3,000 arrests for ICE every day," Miller told "Hannity" on Wednesday night, saying the number is going to keep getting bumped higher over time.

His response comes after an Axios report that Department of Homeland Security Secretary Kristi Noem and Miller were said to be backing the 3,000 daily figure in a meeting last week at ICE headquarters.

## ICE TOUTS RECORD-BREAKING IMMIGRATION ENFORCEMENT DURING TRUMP'S FIRST 100 DAYS



Tom Homan speaks on stage at Fiserv Forum on Wednesday, Jul.17, 2024, on the third day of the Republican National Convention in downtown Milwaukee, Wis. (Melina Mara/The Washington Post via Getty Images)

On "America's Newsroom" on Thursday morning, border czar Tom Homan reaffirmed his statement, saying that officials are "asking for an increase" in arrests.

"We've gotta increase these arrests and removals," Homan said.

"The numbers are good, but I'm not satisfied. I haven't been satisfied all year long," noting that there's a major "public safety" risk with hundreds of thousands of illegal immigrants still in the country from the Biden administration and earlier. For those that do not already have rap sheets, DHS is encouraging them to self-deport with a covered commercial flight and an $1,000 stipend for exiting.

**TRUMP NABS 30K ILLEGAL IMMIGRANTS, 1,100 GANG MEMBERS IN 100 DAYS: 'CRIME WILL GO DOWN,' EX-FBI AGENT SAYS**



White House Deputy Chief of Staff Stephen Miller speaks during a press briefing at the White House, Thursday, May 1, 2025, in Washington. (AP Photo/Alex Brandon)

During Trump's first 100 days, ICE arrested 66,463 illegal immigrants, and more than 65,000 illegal immigrants were deported. Of that figure, more than 17,000 had criminal convictions or charges for crimes such as driving under the influence, assault, or "weapon offenses," according to ICE.



Newest Affordable Camper Van

Budget-friendly Camper Vans Ready For Your Next Adventure. Check Them Out.

Camper Vans                                                    Open >

**CLICK HERE FOR MORE IMMIGRATION COVERAGE**

The agency deported 17,200 people in April, which is roughly 4,000 higher than the year prior, when former President Joe Biden was in office, according to NBC News.

"Under Secretary Noem, we are delivering on President Trump and the American people's mandate to arrest and deport criminal illegal aliens and make America safe," DHS Assistant Secretary Tricia McLaughlin stated.

**ILLEGAL IMMIGRANT ARRESTS SKYROCKET UNDER TRUMP ICE COMPARED TO BIDEN LEVELS LAST YEAR: 'WORST OF THE WORST'**



Department of Homeland Security Secretary Kristi Noem looks on at the Coast Guard Academy Commencement in New London, Connecticut, on May 21, 2025. (REUTERS/Michelle McLoughlin)



Newest Affordable Camper Van

Budget-friendly Camper Vans Ready For Your Next Adventure. Check Them Out.

Camper Vans                                    Open >

The goal increases as the administration pushes Congress to pass the reconciliation bill, which has just been passed by the House. The bill is expected to ramp up

funding to get 10,000 more ICE agents and tens of thousands more beds for detention facilities.

**CLICK HERE TO GET THE FOX NEWS APP**

"This bill will add infrastructure and technology to make our gains on the borders permanent. It puts more boots on the ground to target cartel activity, alien smuggling, child trafficking and drug smuggling. It will provide the needed funds and manpower to increase the great work of ICE on our deportation operations nationwide," Homan said of the bill after its House passage, according to the White House.

Cameron Arcand is a politics writer at Fox News Digital in Washington D.C. Story tips can be sent to Cameron.Arcand@Fox.com and on Twitter: @cameron_arcand

### Sponsored Stories You May Like



**Kate Middleton Sad News Regarding…**
TipHero



**Travis Kelce Puts Taylor Swift Proposa…**
NFL



**8-Year-Old Indiana Boy Dies Hours After…**
TipHero



**Taylor Swift Gives Travis Kelce Firm Warning Ahead Of Super Bowl,…**
TipHero