# EXHIBIT 3

# Border Patrol performs raid in Sacramento, less than week after judge's ban

By Matthew Seedorff | Published July 17, 2025 10:19pm PDT | Immigration | FOX 11



**ICE raid at a Home Depot in California**

U.S. Customs and Border Protection carried out an immigration raid at a Sacramento Home Depot on Thursday.

## The Brief

- U.S. Customs and Border Protection carried out an immigration raid at a Sacramento Home Depot on Thursday.
- The raid comes less than a week after a judge ordered a pause on immigration raids seemingly based off of people's race.
- Border Patrol detained about eight allegedly undocumented immigrants and one U.S. citizen during the raid.

**SACRAMENTO, Calif.** - Border Patrol carried out an immigration raid outside a Home Depot in Northern California on Thursday, less than a week after a U.S. District Judge ruled similar raids had to be put on pause in Southern California.

**Stream FOX 11 LA on FOX LOCAL**



**Trending**


Serial 'butt sniffer' arrested again in Burbank


Video shows agents being locked out of Lynwood barbershop


Murder-suicide investigation underway at lavish Rolling Hills home after 3 found dead


Ad removed. Details

**What we know:** Exclusive Fox video shows Border Patrol agents Thursday morning chasing people outside a Home Depot in Sacramento.

At least eight non-U.S. citizens were apprehended, including one man, Border Patrol tells FOX is a Mexican national previously convicted of trafficking fentanyl. According to records, they say he's been booked in California jails 67 times.

A U.S. citizen was also apprehended Thursday in Sacramento, accused of slashing tires on a Border Patrol vehicle. The man has since been released.





**LIVE POLICE PURSUITS**
**BIG STORIES & MORE**

**Local News** — View More


Hit-and-run suspect critically injured after 2 crashes in Anaheim


Rapper Lil Nas X charged with 3 felonies after bizarre stroll in LA


Emmanuel Haro: Cadaver dogs used to search for missing California baby boy

**The backstory:** Last week, U.S. District Judge Maame Ewusi-Mensah Frimpong ruled immigration raids without probable cause must be put on pause in Southern California. Border Patrol agents tell Fox News that Thursday's raid in Sacramento was targeted.

**PREVIOUS COVERAGE:** Judge blocks ICE raids in LA, Ventura counties without probable cause

**What they're saying:** 'There's no sanctuary in California," said U.S. Attorney Bill Essayli. "No sanctuary in LA, and there's no sanctuary in Sacramento. I think that was the message sent today by that operation."

Border Patrol's El Centro Sector Chief Gregoy Bovino posted video on X of himself outside California's capitol building. In the video Bovino says, "We're here, and we're not going anywhere."


Hey check out these offers


Think you know good food?
Tacos won't be the best thing you eat in Mexico, but this is...
Think you can't drink in Dubai? Think again.
Grasshoppers are eaten more than you'd expect.





California Governor Gavin Newsom's office fired back, telling Fox that federal agents are "Trying to escape a court order stopping their reprehensible and illegal racial profiling and illegal arrests in LA, Border Patrol came to Sacramento to spread more of their chaos and fear. They should do their jobs – at the border."

"The idea agents are running around picking out people based on their race is not true," said Essayli. "It's not happening. Agents are either doing targeted operations, or they have reasonable suspicion someone is in the country illegally."

Border Patrol posted video to X this week of immigration arrests still happening in Southern California.

**What's next:** The Trump administration is now appealing Judge Frimpong's pause to apprehensions made without probable cause.

"No level of legal lawfare will stop us from deporting illegal immigrants from the United States," said Essayli. "Border Patrol is still here, and Los Angeles is still part of the United States of America."

**The Source:** Information in this story is from U.S. Customs and Border Protection, an X post from USBP Chief Patrol Agent Gregory Bovino, an interview with U.S. Attorney Bill Essayli, comment from California Gov. Gavin Newsom, and previous FOX 11 reports.

Immigration    California





**Local News**    View More

Family of doctor gunned down in Woodland Hills files wrongful death lawsuit 

Hit-and-run suspect critically injured after 2 crashes in Anaheim 

Rapper Lil Nas X charged with 3 felonies after bizarre stroll in LA 



**Latest Videos**

Back-to-school beauty 

Beauty device game changers 

Search for Emmanuel Haro along 60 Freeway