# EXHIBIT 4

**Department of Homeland Security**
Bureau of Customs and Border Protection

**Notice of Rights and Request for Disposition**

File No: _____

Name: _____

## NOTICE OF RIGHTS

You have been arrested because immigration officers believe that you are illegally in the United States. You have the right to a hearing before the Immigration Court to determine whether you may remain in the United States. If you request a hearing, you may be detained in custody or you may be eligible to be released on bond, until your hearing date. In the alternative, you may request to return to your country as soon as possible, without a hearing.

You have the right to contact an attorney or other legal representative to represent you at your hearing, or to answer any questions regarding your legal rights in the United States. Upon your request, the officer who gave you this notice will provide you with a list of legal organizations that may represent you for free or for a small fee. You have the right to communicate with the consular or diplomatic officers from your country. You may use a telephone to call a lawyer, other legal representative, or consular officer at any time prior to your departure from the United States.

## REQUEST FOR DISPOSITION

_____ Initials   ☐ I request a hearing before the Immigration Court to determine whether or not I may remain in the United States

_____ Initials   ☐ I believe I face harm if I return to my country. My case will be referred to the Immigration Court for a hearing.

_____ Initials   ☐ I admit that I am in the United States illegally, and I believe I do not face harm if I return to my country. I give up my right to a hearing before the Immigration Court. I wish to return to my country as soon as arrangements can be made to effect my departure. I understand that I may be held in detention until my departure.

_____                    _____
Signature of Subject                                                                          Date

## CERTIFICATION OF SERVICE

☐ Notice read by subject
☐ Notice read to subject by _____, in the _____ language.

_____                    _____
Name of Service Officer (Print)                                      Name of Interpreter (Print)

_____                    _____
Signature of Officer                                                          Date and Time of Service

Form I-826 (4-1-97)N

**Department of Homeland Security**
Bureau of Customs and Border Protection

**Notificación de Derechos y Solicitud de Resolución**

App. Zone: _____   Entry Zone: _____   POB: _____   DOB: ____/____/____   A# _____

Nombre: _____   Father: _____   Mother: _____

## NOTIFICACION DE DERECHOS

Usted ha sido detenido porque el Servicio de Inmigración opina que se encuentra en los Estados Unidos ilegalmente. Tiene derecho a una audiencia ante el Tribunal de Inmigración, con el fin de decidir si puede permanecer en los Estados Unidos. En el caso de que Usted solicite esa audiencia, pudiera quedar detenido o tener derecho a la libertad bajo fianza hasta la fecha de la audiencia. Tiene la opción de solicitar el regreso a su país a la brevedad posible, sin que se celebre la audiencia.

Usted tiene derecho a comunicarse con un abogado u otro representante legal para que lo represente en la audiencia, o para responder a cualquier pregunta acerca de sus derechos conforme a la ley en los Estados Unidos. Si Usted se lo pide, el funcionario que le haya entregado esta Notificación le dará una lista de las asociaciones jurídicas que podrían representarlo gratuitamente o a poco costo. Tiene derecho a comunicarse con el servicio consular o diplomático de su país. Puede usar el teléfono para llamar a un abogado, o a otro representante legal, o a un funcionario consular en cualquier momento anterior a su salida de los Estados Unidos.

## SOLICITUD DE RESOLICION

_____ Iniciales  ☐ Solicito una audiencia ante el Tribunal de Inmigración que resuelva si puedo o no permanecer en los Estados Unidos.

_____ Iniciales  ☐ Considero que estaría en peligro si regreso a mi país. Mi caso se trasladará al Tribunal de Inmigración para la celebración de una audiencia.

_____ Iniciales  ☐ Admito que estoy ilegalmente en los Estados Unidos, y no considera que estaría en peligro si regreso a mi país. Renuncio a mi derecho a una audiencia ante el Tribunal de Inmigración. Deseo regresar a mi país en cuanto se pueda disponer mi salida. Entiendo que pudiera permanecer detenido hasta mi salida.

_____        ____/____/____
Firma del sujeto                                      Fecha

## CERTIFICATION OF SERVICE

☐ Notice read by subject
☐ Notice read to subject by _____, in the   Spanish   language.

_____        _____
Name of Service Officer (Print)        Name of Interpreter (Print)

_____        ____/____/____ hrs.
Signature of Officer                  Date and Time of Service

Form I-826 (4-1-97)N