# EXHIBIT 5

**(DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY PURSUANT TO LOCAL RULE 141)**