# EXHIBIT 6

## (DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY PURSUANT TO LOCAL RULE 141)