1  BREE BERNWANGER - # 331731
   bbernwanger@aclunc.org
2  MICHELLE (MINJU) Y. CHO - # 321939
   mcho@aclunc.org
3  LAUREN DAVIS - # 357292
   ldavis@aclunc.org
4  SHILPI AGARWAL - # 270749
   sagarwal@aclunc.org
5  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN
6  CALIFORNIA
   39 Drumm Street
7  San Francisco, CA 94111
   Telephone: (415) 621-2493
8
   MAYRA JOACHIN - # 306065
9  mjoachin@aclusocal.org
   EVA BITRAN - # 302081
10 ebitran@aclusocal.org
   OLIVER MA - # 354266
11 oma@aclusocal.org
   AMERICAN CIVIL LIBERTIES UNION
12 FOUNDATION OF SOUTHERN
   CALIFORNIA
13 1313 West 8th Street
   Los Angeles, CA 90017
14 Telephone: (213) 977-5000

   BRISA VELAZQUEZ OATIS - # 339132
   bvoatis@aclu-sdic.org
   AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
   P.O. Box 87131
   San Diego, CA 92138-7131
   Telephone: (619) 398-4199


   AJAY S. KRISHNAN - # 222476
   akrishnan@keker.com
   JASON GEORGE - # 307707
   jgeorge@keker.com
   JULIA GREENBERG - # 333864
   jgreenberg@keker.com
   REAGHAN E. BRAUN - # 340526
   rbraun@keker.com
   Keker, Van Nest & Peters LLP
   633 Battery Street
   San Francisco, CA 94111-1809
   Telephone:    415 391 5400
   Facsimile:    415 397 7188

   *Attorneys for Plaintiffs*

15

16                    UNITED STATES DISTRICT COURT

17                  EASTERN DISTRICT OF CALIFORNIA

                            FRESNO DIVISION
18

19 | UNITED FARM WORKERS, et al., | Case No.  1:25-cv-00246-JLT-CDB |
   | | |
   | Plaintiffs, | **DECLARATION OF ISAEL LOPEZ MAZARIEGOS** |
20 | | |
   | v. | Dept.:    Courtroom 4, 7th Floor |
21 | | Judge:    Hon. Jennifer L. Thurston |
   | KRISTI NOEM, IN HER OFFICIAL | |
22 | CAPACITY AS SECRETARY OF THE | Date Filed: February 26, 2025 |
   | DEPARTMENT OF HOMELAND | |
23 | SECURITY; et al., | Trial Date:  None set |
   | | |
24 | Defendants. | |

25

26

27

28

I, Isael Lopez Mazariegos, declare:

1.    I am 50 years old and lived in Sacramento for 12 years before I was arrested by U.S. Customs and Border Protection. I lived in Sacramento while my two adult children live in Louisiana. My oldest son is 28 years old, and my oldest daughter is 23 years old. My daughter has a son, and he is about to turn a year old.

2.    I worked in the Sacramento area as a construction worker for 12 years.

3.    On July 17, 2025, I was walking towards a coffee and donut shop on Florin Road in Sacramento. My boss was supposed to pick me up at the coffee shop around 8:30am. As I passed by the Home Depot on Florin Road on my way to the coffee shop, I stopped to buy a champurrado from a street vendor. Then, I saw an acquaintance of mine sitting on the curb, near a group of day laborers who were waiting for work at the entrance to the Home Dept. I stopped to chat with him while I drank my champurrado. I spoke with him for about five or ten minutes. Suddenly, I felt a man grab my arm and push me hard trying to knock me down. I thought I was being assaulted. I looked around and saw two masked men. I had no idea who they were, and I was struggling to get away. I managed to keep my balance but then two more men grabbed my other arm. I asked, "what are you doing?" I looked at them to figure out who they were, but I could not identify them. Then, I saw that there were several vans parked nearby and more masked men who were grabbing the day laborers. It was very chaotic and confusing. They didn't identify themselves or say why they were grabbing me or questioning me. They wouldn't respond to my questions either. One man asked me for my identification. I responded and asked, "why are you asking me for my ID?" He responded with "well then you must be an immigrant." I remained quiet.

4.    Again, I asked, "who are you?" and "did I do something wrong?" The men held my arms tightly and bent them in a way to the point I thought they were going to break. They didn't explain anything to me. They never showed me an arrest warrant or their badges. They took my wallet out of my pocket without my permission. They handcuffed me and moved me closer to an unmarked white van. They kneed the back of my knees until they buckled and forced me inside the van. There was no way I could have fled because they snuck up on me and grabbed

1

1    me in a violent way. The agents never asked me questions about my time living in Sacramento or

2    my work history or my family. They only asked for my ID and that was it, and they had grabbed

3    me before they knew anything about me at all.

4         5.    Once I was inside the van, I got a better look at the men who assaulted me. I saw

5    around 12 different agents in civilian clothing. Some had black vests on while others wore green

6    vests. Some only wore a T-shirt and jeans. They were all armed with handguns on the side of

7    their vests. The vests had the word "police" on them and each agent had their face covered. I also

8    noticed a couple of other white vans and multiple unmarked vehicles located near the van I was

9    in. It was hard to tell who they were. I thought they were from some type of immigration agency,

10   but they did not say that they were, and I couldn't be sure. I saw them arresting other people and

11   they began putting them inside the white van I was in. Once the van was full, the agents began

12   driving us away from Home Depot. They did not tell us where they were taking us. We were in

13   the van for about an hour before we arrived at some kind of facility. I later learned they took us to

14   Stockton.

15        6.    The agents took us out of the van and placed us inside a cell inside of the facility.

16   They called us one by one. They asked me for my name and my immigration history. They also

17   took my photo and my fingerprints. The processing was somewhat quick, and I was placed back

18   into a different cell. I waited there for hours. I asked if I could make a call to my family, but I was

19   told no. I was at the Stockton holding facility for a few hours before I was transferred to several

20   other detention centers over the next few days. The agents never told me where they were taking

21   me. I was put on a plane three different times before I arrived at a detention center in Louisiana.

22   The days were a blur, and it was difficult not being able to speak with my family. I ultimately

23   decided to sign for a voluntary departure because I did not want to be in immigration detention.

24        7.    This arrest really impacted me. I could not believe they arrested me when I did

25   nothing wrong. I think my arrest was unjust and I think my rights were violated. I came here to

26   work hard for my family and to be arrested in this manner is not okay.

27        8.    This declaration was read to me in full English and Spanish on August 25, 2025,

28   by Emilia Garcia. I completely understand the content of this declaration.

DECLARATION OF ISAEL LOPEZ MAZARIEGOS
Case No. 1:25-cv-00246-JLT-CDB

3038128

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on August 25, 2025 at Tajumulco, San Marcos, Guatemala.

3

4    _____
     Isael Lopez Mazariegos

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF ISAEL LOPEZ MAZARIEGOS
Case No. 1:25-cv-00246-JLT-CDB

3038128

1

**CERTIFICATE OF INTERPRETATION**

2    I, Emilia Garcia, certify that I am fluent in Spanish and English and that I am competent to

3  interpret between these languages. I further certify that I have read the foregoing to Isael Lopez

4  Mazariegos in Spanish. I further declare that I am competent to render this interpretation and that

5  I would testify to the same under the penalty of perjury if I were called upon to do so.

6

7   Date: August 25, 2025

   Emilia Garcia

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28