| | |
|---|---|
| BREE BERNWANGER - # 331731<br>bbernwanger@aclunc.org<br>MICHELLE (MINJU) Y. CHO - # 321939<br>mcho@aclunc.org<br>LAUREN DAVIS - # 357292<br>ldavis@aclunc.org<br>SHILPI AGARWAL - # 270749<br>sagarwal@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>MAYRA JOACHIN - # 306065<br>mjoachin@aclusocal.org<br>EVA BITRAN - # 302081<br>ebitran@aclusocal.org<br>OLIVER MA - # 354266<br>oma@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SOUTHERN<br>CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5000 | BRISA VELAZQUEZ OATIS - # 339132<br>bvoatis@aclu-sdic.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF SAN DIEGO &<br>IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4199<br><br>AJAY S. KRISHNAN - # 222476<br>akrishnan@keker.com<br>JASON GEORGE - # 307707<br>jgeorge@keker.com<br>JULIA L. GREENBERG - # 333864<br>jgreenberg@keker.com<br>REAGHAN E. BRAUN - # 340526<br>rbraun@keker.com<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>      Defendants. | Case No. 1:25-cv-00246-JLT-CDB<br><br>**DECLARATION OF FILIBERTO DE JESUS RIVERA-MOLINA**<br><br>Dept.:    Courtroom 4, 7th Floor<br>Judge:   Hon. Jennifer L. Thurston<br><br>Date Filed: February 26, 2025<br><br>Trial Date: None set |

I, Filiberto de Jesus Rivera-Molina, declare:

1. I am 47 years old, and I've lived in Sacramento for the past eight years. I have several close relatives in the Sacramento area. I have worked in a variety of different areas while living in Sacramento, including as a construction worker, a handy man, a landscaper, and a day laborer. I identify as Latino.

2. My daily routine was to go to the Home Depot on Florin Rd in Sacramento to find work as a day laborer. On July 17, 2025, I arrived at the entrance of the Home Depot parking lot at around 6:00 am and stood there with other day laborers as we waited for work. Around two hours later, around 10 unmarked vehicles showed up. At first, I thought they were contractors because the unmarked vehicles were like what contractors drive. They had unmarked Ford trucks with toolboxes in the bed of the truck, they had white vans, and they had mini-SUVs like what families drive. Suddenly, close to 20 agents in vests with their faces covered got out of the unmarked vehicles and swarmed us. They surrounded us and corralled us with their vehicles. I could see they had guns on their waists. They yelled at us in Spanish saying they were "migra" and that we could not move anywhere. I was shocked and could not run or walk away anywhere I did not feel free to leave. The agents began asking every day laborer if they had papers. Two or three day laborers were able to show the agents their legal documents. The agents reviewed them and allowed those men to walk away. Two of the agents then approached me and grabbed me. The agents asked if I had papers. I said no, so they arrested me and tied my wrists. Once I was arrested, the two agents placed me in a white van along with the other people they arrested.

3. The agents said they were from immigration, and they told me they had orders to do raids at Home Depot stores, at Walmart stores, and that they could go to any other area where there were people without papers to arrest them. When I was inside the van, I could see the agents were wearing green pants, green vests, used handheld radios, and were armed with handguns. When they agents came back inside the van after arresting more day laborers, the agents told us in English and in Spanish they were border patrol agents. The agents never showed me an arrest warrant and before they arrested me, they didn't ask me for my name or my work history or

family or about my time in Sacramento. They only asked me if I had papers. They didn't ask me anything else and then I was arrested. They took us to a detention center in Stockton.

4.     When we arrived in Stockton, I was placed in a cell with the other day laborers. I was taken out by an officer and was asked questions about my background, immigration history, my criminal history, and my family history. I told them this was the first time I had ever been arrested. I've never committed a crime in my life. They asked if I wanted to sign for immediate deportation, but I said no. I wanted to fight my case. After they took my photo and fingerprints, they sent me back to the cell and I waited there until nighttime.

5.     After several hours, the agents transported us to a jail in Downtown Sacramento. The agents did not tell us why we were being sent there. Once we arrived inside, they placed me and three other men in a cold room. They made us sleep on the floor on a thin rug and aluminum blankets. They gave us mini burritos to eat. I was taken out of the room by an agent and was asked if I wanted to sign for my immediate deportation. I again said no, and I wanted to fight my case. He eventually sent me back to the room where the other three men were. I remained at the jail for three days and they wouldn't tell us why we were being held there.

6.     The agents took us from the room late Sunday night on July 20 and placed us in a van. Our wrists were handcuffed, and our ankles were shackled. They told us we're going to a detention center near San Diego. We drove throughout the night and arrived at the Imperial Regional Detention Facility in the early morning on Monday, July 21.

7.     I don't know why the agents arrested me. I have no criminal history. I think the agents arrested me because I was looking for work in front of Home Depot. I think it was because of racism, because I appear Latino.

8.     It has been very hard to be detained. I can't sleep because the lights are on all night. I would like to fight my immigration case, but I feel hopeless. I have never committed any crime, my only goal has been to work and earn an honest living and support my family.

9.     This declaration was read to me in full in Spanish on August 15, 2025 by Maricela Sanchez. I completely understand the content of this declaration.

//

2
DECLARATION OF FILIBERTO DE JESUS RIVERA-MOLINA
Case No. 1:25-cv-00246-JLT-CDB

3038137

1  //

2  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on August 21, 2025 at Calexico, California.

4  /s/ Filiberto de Jesus Rivera-Molina

5  Filiberto de Jesus Rivera-Molina

DECLARATION OF FILIBERTO DE JESUS RIVERA-MOLINA 4 Case No._____

**CERTIFICATE OF INTERPRETATION**

I, Maricela Sanchez, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to Filiberto de Jesus Rivera-Molina in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: August 13, 2025

Maricela Sanchez