BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
MICHELLE (MINJU) Y. CHO - # 321939
mcho@aclunc.org
LAUREN DAVIS - # 357292
ldavis@aclunc.org
SHILPI AGARWAL - # 270749
sagarwal@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

MAYRA JOACHIN - # 306065
mjoachin@aclusocal.org
EVA BITRAN - # 302081
ebitran@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5000

BRISA VELAZQUEZ OATIS - # 339132
bvoatis@aclu-sdic.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
JASON GEORGE - # 307707
jgeorge@keker.com
JULIA GREENBERG - # 333864
jgreenberg@keker.com
REAGHAN E. BRAUN - # 340526
rbraun@keker.com
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al., | Case No. 1:25-cv-00246-JLT-CDB |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION TO ENFORCE PRELIMINARY INJUNCTION** |
| v. | |
| KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al., | Date:     October 7, 2025<br>Time:     9:00 a.m.<br>Dept.:    Courtroom 4, 7th Floor<br>Judge:    Hon. Jennifer L. Thurston |
| Defendants. | Date Filed: February 26, 2025 |
| | Trial Date: None set |

**NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 7, 2025 at 9:00 a.m., or as soon as this matter may be heard, in the Courtroom of Honorable Jennifer L. Thurston at Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California 93721, Plaintiffs United Farm Workers, Oscar Morales Cisneros, Wilder Munguia Esquivel, and Yolanda Aguilera Martinez (collectively "Plaintiffs") will, and hereby do, move this Court to enforce the preliminary injunction issued on April 29, 2025 at Docket 47 because (1) Defendants have issued guidance to Border Patrol agents regarding reasonable suspicion that fails to accurately reflect the reasonable suspicion analysis in the Eastern District of California and does not remedy the violations at issue in this case; (2) on July 17, 2025, Border Patrol detained people without reasonable suspicion and arrested them without probable cause of flight risk in a raid conducted in a Home Depot parking lot in Sacramento; and (3) Border Patrol's documentation of the Home Depot raid was inadequate has failed to adequately documents stops and arrests in the Eastern District of California.

Defendants seek an order from the Court finding that the preliminary injunction has been violated and:

- Requiring Defendants to issue a new Muster or directive to Border Patrol agents, subject to review and objection by Plaintiffs, regarding the standard for reasonable suspicion in the Eastern District of California that accurately reflects the required analysis and provides guidance how to correct the violations at issue in this case;
- Requiring Defendants to train or re-train Border Patrol agents who have or will conduct operations in this District on the requirements for reasonable suspicion, with training materials served and subject to objection by Plaintiffs in advance;
- Requiring Defendants to serve training materials they have used regarding warrantless arrests and, if the Court sustains objections to such materials, requiring Defendants to train or re-train Border Patrol agents using corrected training materials;
- Barring Border Patrol personnel who were involved in planning and executing the July 17, 2025 Sacramento Home Depot raid at Florin Road from conducting operations, including

detentive stops and warrantless arrests, until they have been trained or re-trained on the above materials;

- Barring Border Patrol agents who perform detentive stops or warrantless arrests in this district from using boilerplate, copy-and-pasted language when describing the individualized basis for their reasonable suspicion and the individualized assessment of flight risk;
- Requiring documentation and service of that documentation for all Border Patrol stops and arrests in this District regardless of whether Defendants contend an "immigration violation" was at issue; and
- Requiring the documentation to be provided to Plaintiffs on request within four days of the request, rather than seven days.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed supporting declarations of Jason George, Selvin Osbeli Mejia-Diaz, and Francisca Delfina Mejia Castanon, the previously filed declarations of Isael Lopez Mazariegos (Dkt. 74-8) and Filiberto de Jesus Rivera-Molina (Dkt. 74-9), the Proposed Order filed herewith, the Court's preliminary injunction and preliminary class certification order (Dkt. 47), the concurrently filed Notice of a request for sealing, the Request for sealing and accompanying declaration, proposed order, and exhibits submitted under seal, the prior briefing and record on Plaintiffs' motions for preliminary injunction and for preliminary class certification (Dkt. 14, 15, 31, 32, 37, 38), the papers, evidence and records on file in this action, and any other written or oral evidence or argument as may be presented at or before the time this motion is heard by the Court.

In accord with Local Rule 231(d)(3), Plaintiffs hereby inform the Court that they respectfully request the opportunity to present oral argument at a hearing on this Motion. Plaintiffs anticipate that 30 minutes will be required for oral argument at this hearing. Plaintiffs do not intend to present live testimony at a hearing or believe such testimony is necessary for the resolution of this Motion, but they are prepared to provide any testimonial evidence deemed helpful as ordered by the Court.

1  Pursuant to the Court's Standing Order, counsel for Plaintiffs and Defendants met and conferred on August 26, 2025, in advance of filing this motion. During the meet and confer, Plaintiffs' counsel stated the basis for this motion and the relief requested, and after the parties discussed the motion and its bases, the parties were unable to resolve the dispute. Plaintiffs thus certify that meet and confer efforts have been exhausted in advance of filing the motion. Plaintiffs respectfully now move to enforce the Court's preliminary injunction.

Dated: August 29, 2025

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By: */s/ Bree Bernwanger* (as authorized August 29, 2025)
BREE BERNWANGER
MICHELLE (MINJU) Y. CHO
LAUREN DAVIS
SHILPI AGARWAL

Dated: August 29, 2025

By: AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA

*/s/ Mayra Joachin* (as authorized August 29, 2025)
MAYRA JOACHIN
EVA BITRAN

Dated: August 29, 2025

By: AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

*/s/ Brisa Velazquez Oatis* (as authorized August 29, 2025)
BRISA VELAZQUEZ OATIS

Attorneys for Plaintiffs

Dated: August 29, 2025

KEKER, VAN NEST & PETERS LLP

By: /s/ Ajay S. Krishnan
AJAY S. KRISHNAN
JASON GEORGE
JULIA GREENBERG
REAGHAN E. BRAUN

Attorneys for Plaintiffs