BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
MICHELLE (MINJU) Y. CHO - # 321939
mcho@aclunc.org
LAUREN DAVIS - # 357292
ldavis@aclunc.org
SHILPI AGARWAL - # 270749
sagarwal@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

MAYRA JOACHIN - # 306065
mjoachin@aclusocal.org
EVA BITRAN - # 302081
ebitran@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5000

BRISA VELAZQUEZ OATIS - # 339132
bvoatis@aclu-sdic.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
JASON GEORGE - # 307707
jgeorge@keker.com
JULIA GREENBERG - # 333864
jgreenberg@keker.com
REAGHAN E. BRAUN - # 340526
rbraun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al., | Case No. 1:25-cv-00246-JLT-CDB |
| Plaintiffs, | **DECLARATION OF FRANCISCA DELFINA MEJIA CASTANON** |
| v. | |
| KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al., | Judge:     Hon. Jennifer L. Thurston |
| | Date Filed: February 26, 2025 |
| Defendants. | Trial Date:  None set |

I, Francisca Delfina Mejia Castanon, declare:

1.      I am 42 years old and I live in Sacramento. I've lived in the US with my husband since 2006. We have five children together and my nephew, Selvin Mejia Diaz, also lives with us. We've lived in the Sacramento area for 3 years. Two of my children and Selvin go to school within the Sacramento City Unified School District. I am a lawful permanent resident and my husband, and our five children are all U.S. citizens. My youngest is a year and a half old, and my oldest is 22 years old. I also care for my infant granddaughter of three months, who lives with us as well.

2.      My nephew, Selvin, came to the United States in June of 2024 as an unaccompanied minor at the age of 16. He was seeking asylum due to violence he experienced in Guatemala.

3.      Selvin was processed by Border Patrol agents at the border near Ciudad Juarez, who issued him a Notice to Appear in immigration court. Selvin then spent some time at an Office of Refugee Resettlement facility for minors seeking asylum. After 60 days, immigration officials approved me as his sponsor and allowed him to move in with me and my family. He has lived with us since then.

4.      Selvin has always been committed to complying with the requirements in the immigration process, and my family has helped him do that. Even though we did not have the assistance of an attorney, I was able to help Selvin file a pro se motion to move his immigration court case to the immigration court here in Sacramento.

5.      Selvin is a student at Valley High School who finished his junior year this May. He was looking forward to starting his senior year this August. Selvin enjoys going to school, spending time with his cousins, and he loves going to church with our family. Selvin does not work, and his focus has always been his studies. He would come home from school and would focus on his homework. Selvin has never worked as a day laborer. Selvin spent his summer break here at home with family. My children have become very attached to Selvin. He would always accompany us and play with the children. My 8 year old son especially loves playing soccer with Selvin.

6.      On Wednesday night, July 16, 2025, Selvin asked me for $40 so he could go to the store the following morning to buy a shirt for a family party we had coming up. I gave him $40, said good night, and went to bed. On Thursday, July 17, I woke up at around 11:00 am. By this time, Selvin had

already left our home to go shopping. A few hours had passed by and we hadn't heard from Selvin, so my oldest son went out to look for him. It was unlike him to be gone for a long time without checking in with us, so I was shocked that he had not come home. I was worried about his safety. We looked everywhere for him that day and could not find him or get a hold of him. We called him several times and sent several text messages, and he would not pick up. Since we had heard about the border patrol arrests in Sacramento earlier that day, my son decided to check the ICE detainee locator to see if Selvin had been detained. At around midnight, my son learned through the ICE detainee locator that Selvin was in ICE custody. I was devastated. Selvin is only 18 years old. He's still in high school and he's never done anything wrong. He doesn't hang out with bad crowds. He has never been arrested and doesn't have a criminal record. He has complied with all of the requirements of his immigration case. I don't know why they arrested him.

7.      I didn't hear from Selvin for about three days. Finally, he called and he told me that he was grabbed off the street on his way to Ross. He was crying and worried about what would happen. I told him that we would do everything we could to get him released and to trust in God.

8.      Attached is a true and correct copy of Selvin's registration for 12th grade at Valley High School in the Sacramento Unified School District. I have redacted personally identifying information such as addresses and phone numbers.

9.      Attached is a true and correct copy of a certificate from our church, issued to Selvin earlier this year in recognition of his completion of Pentecostal leadership courses, and a certified English translation of the certificate.

10.      This declaration was read to me in full in Spanish on August 21, 2025, by Emilia Garcia. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2025 at Sacramento, California.

_____

Francisca Delfina Mejia Castanon

**CERTIFICATE OF INTERPRETATION**

I, Emilia Garcia, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to Francisca Delfina Mejia Castanon in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: August 21, 2025

*Emilia Garcia*

Emilia Garcia