# Exhibit A

# (Public Redacted Version of Document Proposed to Be Filed Under Seal Pursuant to Rule 141)

# Valley High School
## Student Profile

Mejia Diaz, Selvin Osbeli — Homeroom: T10

Report: STU201

### General Information

**Student Name:** Mejia Diaz, Selvin Osbeli
**Last Name:** Mejia Diaz
**Perm ID:** [redacted]
**Gender:** M
**Grade:** 12
**Nick Name:**
**State ID:** [redacted]
**Birth Date:** [redacted]
**Birth City:**
**Leave Date:**
**Enter Date:** 08/14/2025
**Phone:**
**2-Home Language:** Spanish
**Resolved Race/Ethnicity:** Hispanic
**Home Address:** [redacted], Sacramento, CA 95823
**Mailing Address:** [redacted], Sacramento, CA 95823

**Bus Routes:**
- AM Bus:
- PM Bus:
- AM K bus to home:
- PM K bus to school:
- Day Care:

### Custodial Information

**Aunt:** Mejia Castanon, Francisca D.

- ☑ Lives With
- ☑ Contact Allowed
- ☑ Mailings Allowed
- ☑ Has Custody
- ☑ Ed. Rights
- ☑ Release To
- ☑ Enrolling Parent
- ☐

**Address:** [redacted], Sacramento, CA 95823
**E-Mail:** [redacted]
**Phone Type:** Cell
**Phone:** [redacted]
**Extension:**

- ☑ Primary
- ☑ Contact Phone
- ☐ Not Listed

### Health Conditions

### IN CASE OF EMERGENCY: Names of persons who can assume temporary responsibility

| Name | Relationship | Home Phone | Work Phone | Other Phone |
|---|---|---|---|---|
| * Francisca Mejia | Aunt | | | [redacted] |
| [redacted] | Social Worker (County) | | | [redacted] |
| [redacted] | Uncle | | | [redacted] |

\* = Release To Emergency Contact

Valley High School
6300 Ehrhardt Ave.
Sacramento, CA 95823

Elk Grove Unified School District

08/07/2025 11:34 AM