# Exhibit B



Iglesia De Dios Pentecostal Movimiento Internacional
North Highlands, California

certificamos que

# Selvin Mejía Díaz

Ha aprobado satisfactoriamente los niveles I, II, III, IV y V de la academia de liderazgo Pentecostal en reconocimiento a lo cual se le Otorga este

## Certificado De Aprobación

"Solamente esfuérzate y se muy valiente, para cuidar de hacer conforme a toda la ley que mi siervo Moisés te mandó; no te apartes de ella ni a siniestra, para que seas prosperado en todas las cosas que emprendas."
Josué 1:7

Otorgado en North Highlands, California Hoy 30 de Marzo del 2025

Rev. Roy Hernandez

Joel Aguilar

International Pentecostal Movement Church of God

North Highlands, California

we certify that

# Selvin Mejía Diaz

has satisfactorily completed levels I, II, III, IV and V of the Pentecostal leadership academy in recognition of which, to whom is issued this:

## Certificate of Completion

Only be strong and very courageous, being careful to do according to all the law that Moses my servant commanded you. Do not turn from it to the right hand or to the left, that you may have good success wherever you go.

Joshua 1:7

Issued in North Highlands, California this day March 30, 2025.


[signature]                                                                                             [signature]

Rev. Roy Hernandez                                                                      Joel Aguilar

CERTIFICATE OF TRANSLATION

I, Emilia Garcia, certify that I am fluent in English and Spanish and that the above translation of the attached Certificate of Completion is true and accurate to the best of my ability. I further declare that I am competent to render this translation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: August 27, 2025

Emilia Garcia