BRETT A. SHUMATE
Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
MARY L. LARAKERS
Senior Litigation Counsel
TIM RAMNITZ
Senior Litigation Counsel
CAROLYN D. DILLARD
Trial Attorney
OLGA Y. KUCHINS
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
771-202-1392
Olga.y.kuchins@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, et al.,<br><br>Defendants. | No. 1:25-cv-00246-JLT-CDB<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' REQUESTS TO SEAL,** ECF Nos. 79, 80<br><br>Judge: Hon. Jennifer L. Thurston |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSE**

Pursuant to Local Rules 144 and 233, Defendants, by and through undersigned counsel, hereby respectfully request a two-day extension of their current September 2, 2025, deadline to file their response to Plaintiffs' motions to seal, ECF Nos. 79, 80. *See* L.R. 141. Defendants have good cause for this relief as follows:

1. On February 26, 2025, Plaintiffs filed a complaint for declaratory and injunctive relief alleging that, in an operation conducted between January 7, 2025, and January 9, 2025, U.S. Border Patrol ("USBP") violated the Fourth Amendment, the Fifth Amendment, the statutory requirements of 8 U.S.C. § 1357(a)(2), and the regulatory requirements of 8 C.F.R. § 287.8(c)(2)(ii). *See generally* ECF No. 1.

2. On March 7, 2025, Plaintiffs moved for a preliminary injunction, seeking to enjoin USBP from conducting unlawful stops and warrantless arrests in this District, and to certify two provisional classes, the "Suspicionless Stop Class" and the "Warrantless Arrest Class." ECF Nos. 14, 15.

3. The Court granted Plaintiffs' motions on April 29, 2025. *See* ECF No. 47.

4. On July 15, 2025, Defendants moved to dismiss Plaintiffs' complaint. ECF No. 64.

5. On July 25, 2025, subject to the agreed terms of the parties' draft proposed protective order and pursuant to the preliminary injunction in this case, Defendants provided Plaintiffs several Forms I-213, Record of Deportable/Inadmissible Alien ("Forms I-213"), documenting "the facts and circumstances surrounding the warrantless arrest" and the "specific, particularized facts supporting the conclusion that the [individual] was likely to escape before a warrant could be obtained." ECF No. 47 at 87.

6. Plaintiffs have sought to file these Forms I-213 in support of their opposition to Defendants' motion to dismiss, and in support of their motion to enforce the preliminary injunction. ECF Nos. 73, 74, 79, 81. They have also moved to seal portions of these documents. ECF Nos. 73, 79, 80.

7. After meeting and conferring, the parties could not agree regarding the scope of information in these Forms I-213 that should be filed under seal. Accordingly, Defendants intend to file a

DEFS.' MOTION TO EXTEND RESPONSE

1

response to Plaintiffs' motions to seal, ECF No. 79, 80, and propose additional redactions to the Forms I-213 Plaintiffs seek to file on the public docket.

8. Defendants' current deadline to file their response to Plaintiffs' motions is September 2, 2025—the day after Labor Day. *See* L.R. 141.

9. Defendants require additional time to prepare their response to Plaintiffs' motions, which will include obtaining a declaration from USBP.

10. Accordingly, Defendants respectfully request a two-day extension of time, up to and including September 4, 2025, to respond to Plaintiffs' motions.

11. Plaintiffs do not oppose this request for an extension.

WHEREFORE, Defendants respectfully request that this Court enter an order to extend Defendants' time to file their response to Plaintiffs' motions to seal up to and including September 4, 2025.

Dated: August 30, 2025                   Respectfully submitted

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878
Washington, DC 20044
(202) 353-9923
Samuel.go@usdoj.gov

MARY L. LARAKERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878
Washington, DC 20044
(202) 353-4419

DEFS.' MOTION TO EXTEND RESPONSE

2

Mary.l.larakers@usdoj.gov

By:    /s/ *Olga Y. Kuchins*
OLGA Y. KUCHINS
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (771) 202-1392
Fax: (202) 305-7000
Olga. Y. Kuchins@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On August 30, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of California, using the electronic case filing system of the court. I hereby certify that I have served counsel of record electronically through the Court's filing system.

/s/ *Olga Y. Kuchins*
Olga Y. Kuchins
Trial Attorney