BRETT A. SHUMATE
Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
MARY L. LARAKERS
Senior Litigation Counsel
TIM RAMNITZ
Senior Litigation Counsel
CAROLYN D. DILLARD
Trial Attorney
OLGA Y. KUCHINS
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
771-202-1392
Olga.y.kuchins@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of the United States Department of Homeland Security, et al., <br><br> Defendants. | No. 1:25-cv-00246-JLT-CDB <br><br> **DEFENDANTS' NOTICE OF REQUEST TO SEAL AND FILE REDACTED DOCUMENTS IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION** <br><br> Date: None <br> Time: N/A <br> Place: Courtroom 4, 7th Floor <br> Judge: Hon. Jennifer L. Thurston |

PLEASE TAKE NOTICE that Defendants, Kristi Noem, Secretary of the Department of Homeland Security, Rodney S. Scott, in his official capacity as Commissioner of U.S. Customs and Border Protection, Micheal W. Banks, Chief of U.S. Border Patrol, and Gregory K. Bovino, Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol, hereby move for an order sealing portions of the Forms I-213 pursuant to 5 U.S.C. § 552a, Federal Rule of Civil Procedure 5.2, and Local Rules 140 and 141. Portions of the Forms I-213—which are being filed in support of Defendants' opposition to Plaintiffs' motion to enforce, ECF No. 81—contain private and sensitive information, including personally identifiable information of parties and individuals not parties to this lawsuit and law enforcement sensitive information.[1] After meeting and conferring, the parties could not reach agreement on the redactions to Forms I-213.

Defendants have submitted the Request to Seal and Redact Documents, a proposed order, and the documents via electronic mail in accordance with Local Rule 141(b). The Request and the Proposed Order will be served on all parties via email on the date the Request is submitted with the Court, and a redacted version of these documents will be filed on the public docket upon the Court's permission. *See* J. Thurston Standing Order. Plaintiffs have been provided an unredacted copy of the documents, subject to the agreed terms of parties' draft protective order.

DATED: September 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

MARY L. LARAKERS
Senior Litigation Counsel

OLGA Y. KUCHINS
Trial Attorney

---

[1] Plaintiffs filed these same documents with their sealing requests. *See* Plaintiffs' Renewed Request to Seal Portions of Exhibits 5 & 6 to the Greenberg Declaration ISO Plaintiffs' Opposition to Motion to Dismiss ("Pls.' Renewed Sealing Request ISO Oppo."); Plaintiffs' Request to Seal Portions of Exhibit E to the George Declaration and Exhibit A to the Castanon Declaration Re Motion to Enforce Preliminary Injunction ("Pls.' Sealing Request ISO Mot. to Enforce").

Notice of Request to Seal and Redact Documents

1

United States Department of Justice
Civil Division
Office of Immigration Litigation, GLA
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel.: (771) 202-1392
Fax: (202) 305-7000
Email: Olga.Y.Kuchins@usdoj.gov
Bar No. 312901

*Attorneys for Defendants*

Notice of Request to Seal and Redact Documents

2