BRETT A. SHUMATE
Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
MARY L. LARAKERS
Senior Litigation Counsel
OLGA Y. KUCHINS
Trial Attorney
CAROLYN D. DILLARD
Trial Attorney
TIM RAMNITZ
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-616-2686

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al., | No. 1:25-cv-00246-JLT-CDB |
| Plaintiffs, | **MOTION FOR STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** |
| v. | |
| KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, et al., | Next Hearing: October 27, 2025, before Hon. Jennifer L. Thurston |
| Defendants. | Date Filed: October 1, 2025 |

The United States of America hereby moves for a stay in the above-captioned case, to include discovery and briefing on Plaintiffs' motion to enforce the preliminary injunction.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Alternatively, should this Court deny Defendants' motion, Defendants request that this Court extend Defendants' deadline to respond to Plaintiffs' motion to enforce (ECF No. 81) until three days after the Court denies Defendants' motion. There is good cause for this request because counsel for Defendants are presently precluded from working on their opposition to the motion due Friday, October 3, 2025.

6. Defendants' counsel emailed Plaintiffs' counsel on October 1, 2025, to obtain their position on the motion for stay and, alternatively, Defendants' request for three-day extension of time to respond to Plaintiffs' motion to enforce should the Court deny the stay request. Plaintiffs oppose the motion for stay, but do not oppose Defendants' alternative request for a three-day extension of time to respond to Plaintiffs' motion to enforce should the Court deny the stay request.

MOTION FOR STAY IN LIGHT OF LAPSE OF
APPROPRIATIONS

1

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay in this case, to include discovery and briefing on Plaintiffs' motion to enforce the preliminary injunction, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

    Respectfully submitted

    BRETT A. SHUMATE
    Assistant Attorney General Civil Division

    ANTHONY NICASTRO
    Acting Director
    Office of Immigration Litigation

    SAMUEL P. GO
    Assistant Director
    United States Department of Justice Civil Division
    Office of Immigration Litigation
    P.O. Box 878
    Washington, DC 20044
    (202) 353-9923
    Samuel.go@usdoj.gov

    MARY L. LARAKERS
    Senior Litigation Counsel
    United States Department of Justice Civil Division
    Office of Immigration Litigation
    P.O. Box 878
    Washington, DC 20044
    (202) 353-4419
    Mary.l.larakers@usdoj.gov

    /s/ Tim Ramnitz
    TIM RAMNITZ
    Senior Litigation Counsel
    United States Department of Justice Civil Division
    Office of Immigration Litigation
    P.O. Box 878
    Washington, DC 20044
    (202) 616-2686
    Tim.ramnitz@usdoj.gov

MOTION FOR STAY IN LIGHT OF LAPSE OF APPROPRIATIONS

Dated: October 1, 2025

Attorneys for Defendants

### CERTIFICATE OF SERVICE

On October 1, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of California, using the electronic case filing system of the Court. I hereby certify that I have served counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Tim Ramnitz*
TIM RAMNITZ
Senior Litigation Counsel

MOTION FOR STAY IN LIGHT OF LAPSE OF
APPROPRIATIONS

3