BRETT A. SHUMATE
Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
MARY L. LARAKERS
Senior Litigation Counsel
TIM RAMNITZ
Senior Litigation Counsel
CAROLYN D. DILLARD
Trial Attorney
OLGA Y. KUCHINS
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
707-202-1392
California Bar No. 312901

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, et al., <br><br> Defendants. | No. 1:25-cv-00246-JLT-CDB <br><br> **DEFENDANTS' MOTION FOR CLARIFICATION OF THE COURT'S OCTOBER 6, 2025 MINUTE ORDER (ECF No. 106) DENYING REQUEST FOR STAY** <br><br> Next Hearing: December 1, 2025 <br> Time: 1:30 p.m. <br> Place: Courtroom 4, 7th Floor <br> Judge: Hon. Jennifer L. Thurston |

**NOTICE OF MOTION AND MOTION FOR CLARIFICATION**

PLEASE TAKE NOTICE that, on Wednesday, November 12, 2025, at 9:00 a.m., in the Courtroom of the Honorable Jennifer L. Thurston, Defendants, Kristi Noem, Secretary of the Department of Homeland Security, Rodney S. Scott, in his official capacity as Commissioner of U.S. Customs and Border Protection, Micheal W. Banks, Chief of U.S. Border Patrol, and Gregory K. Bovino, Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol, will respectfully move this Court for an order clarifying the Court's October 6, 2025 Minute Order denying Defendants' Motion to Stay this matter during the lapse in appropriations.

This motion is made upon this Notice, the attached Memorandum of Points and Authorities, and all pleadings, records, and other documents on file with the Court in this action, and upon such oral argument as may be presented at the hearing of this motion. Defendants also make this motion after counsel for the parties conferred via email pursuant to this Court's Standing Order on October 6, 2025. Plaintiffs' counsel confirmed that Plaintiffs would oppose Defendants' Motion.

DATED:   October 7, 2025                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

MARY L. LARAKERS
Senior Litigation Counsel

*/s/ Olga Y. Kuchins*
OLGA Y. KUCHINS
Trial Attorney (California Bar No. 312901)
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel. 771-202-1392
Fax: 202-305-7000
Email: Olga.Y.Kuchins@usdoj.gov
*Attorneys for Defendants*

DEFENDANTS' MOTION TO CLARIFY

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants, by and through undersigned counsel, hereby request that the Court clarify the October 6, 2025 Minute Order denying Defendants' Motion to Stay this matter during the lapse in appropriations. On October 1, 2025, Defendants moved to stay this matter, including discovery and briefing on Plaintiffs' motion to enforce the preliminary injunction. ECF No. 103. Plaintiffs opposed. ECF No. 105. On October 6, 2025, the Court denied Defendants' Motion to Stay and ordered Defendants to file their opposition to Plaintiffs' motion to enforce by October 10, 2025, "[b]ecause the funding lapse will not interrupt the enforcement operations Plaintiffs are challenging in this lawsuit." ECF No. 106.

Defendants are requesting clarification of the Court's Order for purposes of discovery negotiations. "A court may clarify its order for any reason." *Mohammed v. City of Morgan Hill*, No. 5:10-cv-05630-EJD, 2011 WL 5085497, at *1 (N.D. Cal. Oct. 25, 2011) (quotation omitted). A request for clarification "invite[s] interpretation, which trial courts are often asked to supply, for the guidance of the parties." *Bordallo v. Reyes*, 763 F.2d 1098, 1102 (9th Cir. 1985).

Although the Court denied Defendants' Motion to Stay and ordered Defendants to file their opposition to Plaintiffs' motion to enforce, it is unclear whether this Court intended discovery—a nonemergent issue—to continue. As stated in the Motion to Stay, absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Discovery negotiations—not an issue of "emergenc[y] involving the safety of human life or the protection of property," 31 U.S.C. § 1342—would require multiple Department of Justice attorneys to be deemed excepted during the lapse in funding. Moreover, the lapse in appropriations adversely affects undersigned counsel's ability to consult with other Department of Justice attorneys who assist litigation teams with e-discovery and who are likewise prohibited from working.

Defendants will continue to comply with the Court's deadlines as ordered, as well as preliminary injunction compliance reporting. However, Defendants request that the Court clarify

DEFENDANTS' MOTION TO CLARIFY

2

whether discovery negotiations shall continue during the lapse in funding. Indeed, while Plaintiffs objected to this case being stayed, they did not identify any prejudice they would suffer if *discovery* was stayed.[1] *See* ECF No. 105.

Defendants' counsel emailed Plaintiffs' counsel on October 6, 2025, to obtain their position on the instant motion. Plaintiffs oppose this motion.

For the foregoing reasons, Defendants respectfully request the Court clarify its Order, specifically whether discovery shall continue during the lapse in appropriations.

DATED:    October 7, 2025        Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

MARY L. LARAKERS
Senior Litigation Counsel

*/s/ Olga Y. Kuchins*
OLGA Y. KUCHINS
Trial Attorney (California Bar No. 312901)
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel. 771-202-1392
Fax: 202-305-7000
Email: Olga.Y.Kuchins@usdoj.gov
*Attorneys for Defendants*

---

[1] In their Opposition, Plaintiffs accuse Defendants of "trying to have it both ways" by not "mov[ing] to stay their Ninth Circuit appeal in this matter." ECF No. 105. Contrary to Plaintiffs' meritless assertion, the Ninth Circuit has issued an Order staying filing deadlines for federal attorneys during the shutdown. https://cdn.ca9.uscourts.gov/datastore/announcements/Final-Order.pdf ("If you are a federal or CJA-funded attorney with a deadline during the shutdown (excluding oral argument scheduling), your filing deadline is stayed, and your due date will be reset by further order of the Court."). Notwithstanding, Defendants did not need to move for a stay at this time because Defendants do not have any deadlines in the appeal as Defendants just recently filed their opening brief and Plaintiffs have moved for an unopposed 60-day extension.

DEFENDANTS' MOTION TO CLARIFY

3

## CERTIFICATE OF SERVICE

On October 7, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of California, using the electronic case filing system of the Court. I hereby certify that I have served counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                        */s/ Olga Y. Kuchins*
                                        OLGA Y. KUCHINS
                                        Trial Attorney

DEFENDANTS' MOTION TO CLARIFY

4