# EXHIBIT B

Case 1:25-cv-00246-JLT-CDB    Document 112-2    Filed 10/10/25    Page 1 of 4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 25-cv-00246-JLT-CDB <br><br> **DECLARATION OF MANUEL MOLINA JR.** |

I, Manuel Molina Jr., pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby declare as follows:

1. I am employed by U.S. Border Patrol (USBP), an operational component of U.S. Customs and Border Protection (CBP) within the Department of Homeland Security (DHS). CBP is charged with enforcing the nation's immigration laws in order to protect national security and uphold the integrity of the immigration system. As part of this mission, U.S. Border Patrol Agents are responsible for preventing the unlawful entry of individuals into the United States and apprehending those who attempt to enter illegally or who have violated the immigration laws in accordance with the Constitution and other applicable laws. Through these activities, CBP seeks to secure the border, disrupt human smuggling and trafficking networks, and ensure consistent enforcement of the immigration laws of the United States. For this mission to be accomplished, U.S. Border Patrol Agents (BPAs) are responsible for conducting a variety of investigative activities including maintaining surveillance of both persons and property and following up on leads and intelligence reports.

2. In my permanent position, I am the Patrol Agent in Charge of the Indio Station within El Centro Sector and have been in this position since March 13, 2022. In this role, I am

responsible for managing U.S. Border Patrol operations and administrative functions within the Indio Station. Prior to this role, I was the Deputy Patrol Agent in Charge of the Calexico Station from February 2, 2020 to March 12, 2022. I first joined USBP as a Border Patrol Agent on February 1, 1998.

3. I am familiar with Plaintiffs' complaint and their claims therein. I am also familiar with the Preliminary Injunction issued by this Court on April 29, 2025. I respectfully reserve the right to supplement this declaration in response to any additional requests for information.

4. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Enforce the Preliminary Injunction and to describe the circumstances of the arrests associated with the USBP operation in Sacramento, California on July 17, 2025.

5. In the days prior to the operation in Sacramento, California on July 17, 2025, BPAs conducted on-the-ground reconnaissance during which several individuals with immigration violations were identified as likely to be found at the Home Depot located near Florin Rd. and Bowling Dr. in Sacramento, California. I understand that the BPAs who took part in the operation either directly participated in these reconnaissance efforts or were briefed on the results.

6. I was present during USBP's enforcement operation at the Home Depot located near Florin Rd. and Bowling Dr. in Sacramento, California, on July 17, 2025. I observed the operation unfold via a live video feed that captured the Home Depot parking lot. I observed groups of individuals clustered in areas of the parking lot who, based on my experience as a BPA, did not appear to be customers of the store but rather individuals seeking cash employment as day laborers. There was more than one group of such individuals located in different areas of the parking lot. I watched as BPAs in unmarked vehicles entered the parking lot, exited their vehicles, and approached these groups of individuals. The BPAs were wearing agency-issued ballistic body armor with Border Patrol identifiers, badge, and clear police markings on the front and back. Agents did not surround, corral, block-in, or run towards these individuals, but rather parked a distance away and walked towards the individuals on

foot. For example, in one area of the parking lot, a single agent on foot walked towards a group of about four individuals. As BPAs approached the groups, the individuals in these groups immediately ran away from the BPAs in all directions. BPAs at that point began running in order to detain these individuals for further investigation. In all, eleven aliens were arrested during the operation based on probable cause of an immigration violation.

7. I have reviewed the I-213 reports associated with this operation. The reports are consistent with the behavior of the individuals I observed. Namely, the reports accurately describe individuals fleeing once BPAs exited their vehicles to approach them. The fact that the reports describe the same or similar behavior of the individuals who were arrested is consistent with the events on the ground as I observed them.

8. I am aware that a U.S. citizen was arrested during the course of this operation. The U.S. citizen was arrested for a non-immigration related criminal offense, for which he has been charged in federal district court. Specifically, the individual was arrested based on probable cause that he slashed the tire of a Border Patrol vehicle during this operation, and the individual has been criminally charged under 18 U.S.C. § 1361 in the United States District Court for the Eastern District of California.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2025.

MANUEL MOLINA JR
Digitally signed by MANUEL MOLINA JR
Date: 2025.10.10 11:08:16 -07'00'

Manuel Molina Jr.
Patrol Agent in Charge
El Centro Sector
U.S. Border Patrol