BRETT A. SHUMATE
Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
MARY L. LARAKERS
Senior Litigation Counsel
TIM RAMNITZ
Senior Litigation Counsel
CAROLYN D. DILLARD
Trial Attorney
OLGA Y. KUCHINS
Trial Attorney
AYSHA T. IQBAL
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-451-7672
Aysha.T.Iqbal@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security, et al.,<br><br>Defendants. | No. 1:25-cv-00246-JLT-CDB<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' MOTION TO STAY LITIGATION PENDING APPEAL**<br><br>Judge: Hon. Jennifer L. Thurston |

1    Having read and considered Defendants' Motion to Stay Litigation Pending Appeal, and finding good cause therefore,

The Court grants a stay of litigation pending the appeal.

IT IS HEREBY ORDERED.

Dated: _____

_____
HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE