BRETT A. SHUMATE
Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
MARY L. LARAKERS
Senior Litigation Counsel
TIM RAMNITZ
Senior Litigation Counsel
AYSHA IQBAL
Trial Attorney
OLGA Y. KUCHINS
Trial Attorney
CAROLYN D. DILLARD
78090 MI Bar No.
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-7013

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, et al.,<br><br>Defendants. | No. 1:25-cv-00246-JLT-CDB<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FOR DEFENDANTS TO APPEAR REMOTELY FOR THE DECEMBER 1, 2025, HEARING OR ALTERNATIVELY TO CONTINUE THE HEARING TO A DATE AND TIME TO BE DETERMINED BY THE COURT.** |

**DEFENDANTS' UNOPPOSED MOTION FOR DEFENDANTS TO APPEAR REMOTELY FOR THE DECEMBER 1, 2025, HEARING OR ALTERNATIVELY TO CONTINUE THE HEARING TO A DATE AND TIME TO BE DETERMINED BY THE COURT.**

Pursuant to Local Rules 144 and 233, Defendants, by and through counsel, hereby respectfully request to appear by teleconference on December 1, 2025, for the hearings on Defendants' Motion to Dismiss (ECF No. 64), Plaintiffs' Motion to Enforce (ECF No. 81), and Defendants' Motion to Stay litigation pending appeal of this Court's preliminary injunction ("Defendants' Stay Motion" ECF No. 115).[1] Alternatively, Defendants request to continue the December 1, 2025, hearing on all matters to another date at the Court's convenience on which counsel for both parties are available. In support of this motion, Defendants state as follows:

1. On October 6, 2025, this Court set the hearing for the motion to dismiss and the motion to enforce to take place on December 1, 2025. *See* ECF No. 106.

2. On October 17, 2025, Defendants filed a motion to stay litigation pending appeal of this Court's PI. *See* ECF Nos. 47, 115. Briefing on Defendants' Stay Motion is currently scheduled to be completed by November 10, 2025. *See* L.R. 230 (c)-(d). Defendants noticed this motion for a hearing on December 1, 2025. *See* ECF No. 115.

3. Good cause exists to have Defendants' counsel appear remotely for Defendants' Motion to Dismiss, Plaintiffs' Motion to Enforce, and Defendants' Motion to Stay hearing on December 1, 2025, or, alternatively, for this Court to continue the hearing to a later date. Furthermore, this Court's standing order states telephonic appearances are encouraged. *See* Order at 4.

---

[1] Defendants believe that their Motion to Stay (ECF No. 115) is appropriate for resolution upon the record and briefs on file. *See* L.R. 230(g). On October 31, 2025, Plaintiffs' counsel stated via email, "whether the motion [to stay at ECF No. 115] is suitable for determination on the papers is one Plaintiffs will leave to the Court's discretion."

MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR
REMOTELY FOR DECEMBER 1, 2025 HEARING OR TO
CONTINUE HEARING.

1

4.      December 1, 2025, is the Monday after the Thanksgiving holiday over which Defendants' counsel will be traveling or taking leave. Appearing in person on December 1, 2025, would require Defendants' counsel to travel on the holiday weekend and conflict with counsel's previously scheduled plans for the Thanksgiving holiday.

5.      Alternatively, should this Court require Defendants' counsel to appear in person, Defendants respectfully request that this Court continue the December 1, 2025, hearing to another date in December other than December 8-12, 15, and 29-31. Undersigned counsel, Tim Ramnitz, who co-authored Defendants' opposition to the Motion to Enforce and Motion to Dismiss, is unavailable on these dates due to previously scheduled personal travel, planned personal holiday leave, and due to a hearing in New York on December 12, 2025, in *Mena v. Bondi*, No. 24-3309 (2d Cir.). Additionally, Plaintiffs' counsel is unavailable on December 16-19 and 22-26 due to case conflicts and previously scheduled holiday travel.

6.      On October 30, 2025, counsel for Defendants emailed counsel for Plaintiffs regarding the instant motion. On October 31, 2025, Plaintiffs' counsel stated via email that they do not oppose the relief requested in this motion. Specifically, they do not oppose Defendants' counsel appearing remotely for Defendants' Motion to Dismiss, Plaintiffs' Motion to Enforce, and Defendants' Motion to Stay on December 1, 2025.[2] They do not oppose having the December 1, 2025, hearing on the Motion to Dismiss, Motion to Enforce, and Motion to Stay continued to a date to be determined by the Court where counsel for both parties are available as outlined above. *See Supra* at ¶5 (stating the availability for counsel of both parties).

---

[2] Plaintiffs stated they will appear in person should the hearing take place on December 1, 2025.

MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR
REMOTELY FOR DECEMER 1, 2025 HEARING OR TO
CONTINUE HEARING.

2

1 **WHEREFORE**, Defendants request for Defendants to appear remotely for the December 1, 2025,

2 hearing on Defendants' Motion to Dismiss, Plaintiffs' Motion to Enforce, and Defendants' Motion to Stay

3 or alternatively that this Court continue the December 1, 2025, hearing to a date and time to be set by the

4 Court and to a date and time where all counsel are available.

Dated: November 3, 2025

Respectfully submitted

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

MARY L. LARAKERS
Senior Litigation Counsel

By:   /s/ *Carolyn D. Dillard*
CAROLYN D. DILLARD
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-7013
Fax: (202) 305-7000
Carolyn.D.Dillard@usdoj.gov

/s/ *Tim Ramnitz*
TIM RAMNITZ
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2686
Tim.ramnitz@usdoj.gov

*Attorneys for Defendants*

MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR
REMOTELY FOR DECEMBER 1, 2025 HEARING OR TO
CONTINUE HEARING.

3