BRETT A. SHUMATE
Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
MARY L. LARAKERS
Senior Litigation Counsel
TIM RAMNITZ
Senior Litigation Counsel
AYSHA IQBAL
Trial Attorney
OLGA Y. KUCHINS
Trial Attorney
CAROLYN D. DILLARD
78090 MI Bar No.
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-7013

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED FARM WORKERS, et al., | No. 1:25-cv-00246-JLT-CDB |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER RE: DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FOR DEFENDANTS TO APPEAR REMOTELY FOR THE DECEMBER 1, 2025, HEARING OR ALTERNATIVELY TO CONTINUE THE HEARING TO A DATE AND TIME TO BE DETERMINED BY THE COURT.** |
| v. | |
| KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, et al., | |
| Defendants. | Judge: Hon. Jennifer L. Thurston |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having read and considered Defendants' motion for administrative relief for Defendants to appear remotely for the December 1, 2025, hearing or alternatively to continue the hearing to date and time to be determined by the Court, and finding good cause therefore,

IT IS HEREBY ORDERED that Defendants' motion is granted. Defendants' counsel shall appear remotely for the December 1, 2025, hearing on Defendants' Motion to Dismiss, Plaintiffs' Motion to Enforce, and Defendants' Motion to Stay.

Dated: _____

_____
HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE