BRETT A. SHUMATE
Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
MARY L. LARAKERS
Senior Litigation Counsel
TIM RAMNITZ
Senior Litigation Counsel
AYSHA IQBAL
Trial Attorney
OLGA Y. KUCHINS
Trial Attorney
CAROLYN D. DILLARD
78090 MI Bar No.
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-7013

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, et al., <br><br> Defendants. | No. 1:25-cv-00246-JLT-CDB <br><br> **DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE THE JOINT SCHEDULING REPORT DEADLINE AND THE RULE 16(b) SCHEDULING CONFERENCE TO A DATE AND TIME TO BE DETERMINED BY THE COURT.** |

# DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THE JOINT SCHEDULING REPORT DEADLINE AND THE RULE 16(b) SCHEDULING CONFERENCE

Pursuant to Local Rules 144 and 233, Defendants, by and through counsel, hereby respectfully request a continuance of the Joint Scheduling Report ("JSR") currently due on November 14, 2025, and a continuance of the corresponding Federal Rule of Civil Procedure 16(b) scheduling conference ("Rule 16(b) Conference") currently scheduled for November 21, 2025. Defendants request continuances for these matters to a date and time to be determined by the Court after the Court rules on Defendants' motion to stay this litigation pending appeal ("Defendants' Stay Motion" or "Defs' Stay Mot."). *See* ECF No. 115; *see also* L.R. 230(c[1]). In support of this motion, Defendants state as follows:

1. On February 26, 2025, Plaintiffs filed a complaint for declaratory and injunctive relief alleging that, in an operation conducted between January 7, 2025, and January 9, 2025, USBP violated the Fourth Amendment, the Fifth Amendment, the statutory requirements of 8 U.S.C. § 1357(a)(2), and the regulatory requirements of 8 C.F.R. § 287.8(c)(2)(ii).

2. On March 7, 2025, Plaintiffs filed a motion for a preliminary injunction ("PI"). *See* ECF No. 15. And on April 29, 2025, this Court issued a memorandum opinion and order granting Plaintiffs' motion for the PI. ECF No. 47; *United Farm Workers v. Noem*, ___F. Supp. 3d__,2025 WL 1235525 (E.D. Cal. 2025).

---

[1] Defendants have moved to stay this litigation under *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023) in which the Supreme Court recognized, where the issue on appeal is whether the case belongs in district court at all, "the entire case is essentially 'involved in the appeal.'" *Coinbase, Inc.*, 599 U.S. at 741 (citing *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 57 (1982).

MOTION TO CONTINUE THE JOINT SCHEDULING REPORT DEADLINE AND THE RULE 16(b) CONFERENCE.

1

3.     On June 6, 2025, the parties filed a stipulation to extend time for Defendants to file a responsive pleading to plaintiffs' complaint by 28 days from June 16, 2025, to July 14, 2025. No prior extensions for the responsive pleading deadline had been sought at that time. *See* ECF No. 57.

4.     On July 14, 2025, Defendants filed a Motion to Dismiss Plaintiffs' complaint. *See* ECF No. 64. On August 25, 2025, Plaintiffs filed their Response in opposition to Defendants' motion to Dismiss. *See* ECF No. 74. On August 26, 2025, Defendants filed an unopposed motion to extend time to file a Reply in support of its Motion to Dismiss. *See* ECF No.76. The Court granted Defendants' motion. *See* ECF No. 77.

5.     On August 29, 2025, Plaintiffs filed a Motion to Enforce the PI and a Request to Seal Documents. *See* ECF No. 79-81.[2] On August 30, 2025, Defendants filed a motion for a two-day extension of time to file a response to Plaintiffs' Request to Seal. *See* ECF No. 82. The Court granted Defendants' motion and ordered Defendants to Respond to Plaintiffs' Request to Seal by September 4, 2025. *See* ECF No. 83.

6.     On September 8, 2025, Defendants filed an unopposed motion for a 21-day extension of time to file a response to Plaintiffs' Motion to Enforce. *See* ECF No. 88. The Court granted Defendants' request. *See* ECF No. 89.

7.     On September 25, 2025, Defendants filed their reply in support of their motion to dismiss. *See* ECF No. 102.

8.     On October 3, 2025, Defendants filed a motion to stay due to the lapse of appropriations, which the Court subsequently denied. *See* ECF Nos. 103-07, 109-10, 113.

9.     On October 6, 2025, this Court set the hearing for the motion to dismiss and the motion to enforce to take place on December 1, 2025. *See* ECF No. 106.

---

[2] Plaintiffs previously filed a Request to Seal Documents on August 25, 2025, which the Court denied without prejudice. *See* ECF Nos. 73, 75.

MOTION TO CONTINUE THE JOINT SCHEDULING REPORT
DEADLINE AND THE RULE 16(b) CONFERENCE.

2

10. On October 17, 2025, Defendants filed a motion to stay litigation pending appeal of this Court's PI. *See* ECF Nos. 47, 115. Briefing on Defendants' Stay Motion is currently scheduled to be completed by November 10, 2025. *See* L.R. 230 (c)-(d). Defendants noticed this motion for a hearing on December 1, 2025. *See* ECF No. 115.[3]

11. On October 30, 2025, counsel for Defendants emailed counsel for Plaintiffs regarding the instant motion. On October 31, 2025, and on November 3, 2025, Plaintiffs emailed counsel for Defendants and stated they do not oppose the Government's request on the instant motion.[4]

Good cause exists to continue the November 14, 2025, JSR deadline and the November 21, 2025, Rule 16(b) Conference to a date and time after the Court rules on Defendants' Stay Motion to stay. Under Federal Rule of Civil Procedure 6(b)(1)(A), this Court has the discretion to extend deadlines for "good cause," provided that such request comes before the deadline expires. *See e.g.*, *Kose v. Siez,* No. 1:23-CV-00557-KES-CDB, 2024 WL 4957631, at *1 (E.D. Cal. Nov. 14, 2024). As noted above, on October 17, 2025, Defendants filed a motion to stay litigation pending appeal of this Court's PI. *See* ECF No. 115. Plaintiffs' response to Defendants' Stay Motion is currently due on October 31, 2025. *See* L.R. 230(c). The reply in support of Defendants' Stay Motion is currently due on November 10, 2025. *See* L.R. 230(d). Judge Thurson's standing order states, "[d]ue to the ongoing lack of judicial resources and until further notice, the parties should expect that all civil motions will be submitted for decision on the papers

---

[3] Defendants have (or will) separately file a motion to continue the December 1, 2025, hearing to a date and time to be determined by the Court, for reasons unrelated to the instant motion.

[4] While Plaintiffs ultimately do not oppose the relief requested in this motion, on November 3, 2025, counsel for Plaintiffs stated via email: "Plaintiffs disagree that the motion to stay litigation pending appeal of the preliminary injunction merits a continuance of the upcoming conference. However, in light of the numerous pending motions, *see* Dkt. Nos. 64, 81, 115, and in the interest of preserving judicial resources given the Court's significant workload, *see, e.g.*, Dkt. No. 106, Plaintiffs do not oppose a request to continue the November 14, 2025, Joint Scheduling Report deadline to January 15, 2025, and the November 21, 2025, Rule 16(b) Conference to January 22, 2025 (or to similar dates convenient for the Court). This would allow the Court to hear argument on all of the pending motions before the conference."

MOTION TO CONTINUE THE JOINT SCHEDULING REPORT
DEADLINE AND THE RULE 16(b) CONFERENCE.

3

without oral argument." *See* Order at 1. Thus, although Defendants' Stay Motion is noticed for a hearing to take place on December 1, 2025, the Court could rule on Defendants' Stay Motion immediately following the filing of Defendants' reply in support if its motion. The Court's standing order also states, "[t]here may be occasions where the court will keep a motion hearing on calendar or reset that motion for oral argument." Thus, it is also possible that this Court may not rule on Defendants' Stay Motion until on or after December 1, 2025, or after oral argument takes place on Defendants' Stay Motion.

In either scenario, it would preserve both the Court's resources and the parties' resources to continue the November 14, 2025, JSR deadline and the November 21, 2025, Rule 16(b) Conference to a date and time after the Court rules on Defendants' Stay Motion to stay this litigation. *Narayan v. Cnty. of Sacramento*, No. 219CV0466TLNCKDPS, 2021 WL 4819441, at *4 (E.D. Cal. Oct. 15, 2021) ("Courts have inherent power to control their dockets to promote judicial efficiency."). The Rule 16(b) Conference will require significant time from both the parties and this Court. Indeed, "[i]t may be necessary for counsel to spend as much as 45 minutes in this [Rule 16(b)] Conference." *See* ECF No. 24 at 2. In the event this Court grants Defendants' Stay Motion to stay, the Rule 16(b) Conference would be moot and a waste of the Court's as well as the parties' resources. For these reasons Defendants request that this Court continue the November 14, 2025, Joint Scheduling Report deadline and the November 21, 2025, Rule 16(b) Conference to a date and time after the Court rules on Defendants' Stay Motion.

**WHEREFORE**, Defendants respectfully request that this Court enter an order continuing the November 14, 2025, Joint Scheduling Report deadline and the November 21, 2025, Rule 16(b) Conference to a date and time after the Court rules on Defendants' Stay Motion.

Dated: November 3, 2025                     Respectfully submitted

                                            BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            SAMUEL P. GO

MOTION TO CONTINUE THE JOINT SCHEDULING REPORT
DEADLINE AND THE RULE 16(b) CONFERENCE.

4

|   |   |   |
|---|---|---|
|   |   | Assistant Director |
|   |   | MARY L. LARAKERS<br>Senior Litigation Counsel |
|   | By: | /s/ *Carolyn D. Dillard*<br>CAROLYN D. DILLARD<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 878, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 514-7013<br>Fax: (202) 305-7000<br>Carolyn.D.Dillard@usdoj.gov |
|   |   | *Attorneys for Defendants* |

MOTION TO CONTINUE THE JOINT SCHEDULING REPORT
DEADLINE AND THE RULE 16(b) CONFERENCE.

5