BRETT A. SHUMATE
Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
MARY L. LARAKERS
Senior Litigation Counsel
TIM RAMNITZ
Senior Litigation Counsel
AYSHA IQBAL
Trial Attorney
OLGA Y. KUCHINS
Trial Attorney
CAROLYN D. DILLARD
78090 MI Bar No.
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-7013

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, et al.,<br><br>Defendants. | No. 1:25-cv-00246-JLT-CDB<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE THE JOINT SCHEDULING REPORT DEADLINE AND THE RULE 16(b) SCHEDULING CONFERENCE TO A DATE AND TIME TO BE DETERMINED BY THE COURT.**<br><br><br>Judge: Hon. Christopher D. Baker |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having read and considered Defendants' motion for administrative relief to continue the Joint Scheduling Report Deadline and the Rule 16(b) Conference, and finding good cause therefore,

IT IS HEREBY ORDERED that Defendants' motion is granted. The Joint Scheduling Report is now due on [TBD BY THE COURT] and the Rule 16(b) Conference is now scheduled for [TBD BY THE COURT].

Dated: _____

_____
HONORABLE CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE

MOTION TO CONTINUE THE JOINT SCHEDULING REPORT DEADLINE AND THE RULE 16(b) CONFERENCE.

1