# EXHIBIT B

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, *et al.*,<br><br>     Plaintiffs,<br><br>        v.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*,<br><br>     Defendants. | Case No. 25-cv-00246-JLT-CDB<br><br>**DECLARATION OF<br>MICHELE M. JAMES** |

11

12

I, Michele M. James, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby declare as follows:

13

14

15

16

17

18

19

20

21

22

23

24

1. I am employed by the Office of Professional Responsibility (OPR), an operational component of U.S. Customs and Border Protection (CBP) within the Department of Homeland Security (DHS). CBP is charged with keeping terrorists and their weapons out of the U.S. while facilitating lawful international travel and trade, and with more than 67,000 employees is one of the world's largest law enforcement organizations. OPR supports CBP's mission by ensuring compliance with agency-wide programs and policies relating to corruption, investigating criminal and serious misconduct or mismanagement allegations, and executing CBP's internal security and integrity awareness programs. OPR's work includes identifying suspicious activity through data analysis, investigating criminal or serious misconduct allegations, ensuring employees maintain the highest standards of integrity and professionalism, and taking measures to protect CBP employees, facilities, and sensitive information from security threats.

25

26

27

2. I am a career member of the Senior Executive Service (SES) and serve in the position of Deputy Assistant Commissioner, OPR. I currently act in the role of Assistant Commissioner, OPR. In this role, I am responsible for administering and ensuring

28

1

compliance with all CBP-wide programs and policies relating to corruption, misconduct, or mismanagement, and overseeing the physical, information, industrial, and operations security programs, and executing the CBP integrity program. I previously served as the SES Director, Field Operations, Seattle, from October 2007 until January 2018. I joined the U.S. Customs Service in 1992 as an Inspector under the Outstanding Scholar Program and began my career in Government in 1989 as a Special Agent for the Naval Criminal Investigative Service. I am a graduate of Central Washington University with a Bachelor's degree in Law and Justice. I am a graduate of the Kennedy School of Government Executive Fellowship Program, Harvard University.

3.  I am familiar with Plaintiffs' complaint and their claims therein. I respectfully reserve the right to supplement this declaration in response to any additional requests for information.

4.  I submit this declaration in support of Defendants' proposed Protective Order and to describe documented threats against CBP personnel.

5.  CBP and OPR have received a marked increase in reports of threats against law enforcement agents and officers and other CBP employees in recent months associated with their perceived involvement in ongoing DHS enforcement initiatives such as Operation At Large and other interior enforcement operations. Publicly available data shows that there has been a significant increase in reported assaults on officers and agents within the past fiscal year, with 290 reported assaults on officers and agents in FY2025 compared to 76 assaults in FY2024.[1] Threats against CBP employees have also increasingly taken the form of posts and messages on social media, in group chats, and elsewhere that reveal personally identifiable information (PII) of CBP employees such as home addresses and personal phone numbers. This public disclosure of PII, known as doxing, itself constitutes a threat to employee safety and is often coupled with language conveying express or implied threats of harm to that employee or their family. Doxing can

---

[1] CBP Assault and Use of Force Dashboards, available at: https://www.cbp.gov/newsroom/stats/assaults-use-force (last viewed November 20, 2025).

2

lead to harassment, intimidation, and real harm, and is considered a serious violation of privacy, particularly when targeting government employees.

6. Modern technology and the current political environment have made it easier for bad actors to find and widely distribute personal information about officers, agents, and other CBP employees conducting their assigned duties, using this information or encouraging others to use it to target CBP employees. These actors seek to intimidate CBP employees and interfere with their ability to carry out CBP's mission. According to U.S. Border Patrol (USBP) agents operating in Los Angeles, individuals wait outside the secure location where USBP operates, seeking to identify agents and, at times, following their vehicles. I am aware that, across the country, there are social media sites that post pictures of USBP agents seeking to identify them and obtain personal information about them. Likewise, I am aware through both media and agency reporting that CBP employees have had their photos posted online without their consent, some accompanied by the employees' PII including names or license plate numbers. Photos and information of CBP personnel have been posted to websites like ICEList.is.

7. In an effort to address the serious safety concerns posed by these threats, and in particular threats posed by the doxing of CBP employees, CBP has conducted an internal analysis on how to best protect its workforce, issued messaging on cyber hygiene, and realigned resources to address an exponential uptick in doxing and other threat-related incidents.

8. CBP and OPR are aware of numerous doxing incidents within and outside of California that support the need to protect CBP employee identities at all levels from disclosure, particularly where these employees are involved in DHS enforcement initiatives such as interior operations. For example, since January 2025, OPR's central clearing house for reporting, CBP Intake, has received reports of 15 instances of doxing targeting employees, with 10 warranting further review. Of these, OPR accepted one case for criminal investigation, with other cases accepted for criminal investigation by our federal law enforcement partners. Other entities within CBP, including both operational and non-

operational components, and the CBP Watch, have also received additional reports that their personnel have been doxed or otherwise subjected to targeted online harassment, further underscoring the diversity and gravity of these threats. Examples of substantiated doxing events from across CBP include the following:

a.  In January 2025, an off-duty agent received a chat application message containing a photo of his own home accompanied by the following threatening message: "Ese ya agarró la mayoría le toca Descanso" (which roughly translates to "He already got the majority, it's his turn to rest").

b.  In June 2025, a USBP agent supporting the Los Angeles-based Operation At Large had his personal phone number, current address, and his parents' address published online, and his family received several threats alluding to his official position. Text messages sent to the agent included: "I'm going to kill you when I see you bitch" and "Your family and everyone is gonna be targeted ! Be ready [*sic*]".

c.  In June 2025, an unknown individual posted the social media profile of an Office of Public Affairs (OPA) employee to the online forum "Reddit," under the caption, "Agent Identified." Subsequent commentors replied, "Is that his phone number next to his name? Where are his videos?" and "Bastard!". The employee subsequently received an email from an anonymous email account to his official CBP email address with the subject, "You're a piece of shit." In October 2025, the OPA employee's information was added to the website ICElist.is. The OPA employee is not a law enforcement officer and has not been deployed in support of DHS's interior enforcement operations.

d.  In July 2025, an individual posted a picture of a Chief Patrol Agent (CPA) to social media accompanied by the statement "Assignment time: What can we find out about this mfr?", to which another individual responded with the CPA's home address. Replies included, "Gonna end up like your boy on the news" and "Who's car are we taking??????".  In response to these and other threats, OPR assigned

and has maintained a personal security detail for the CPA. Additionally, since July, USBP has maintained a 24-hour security presence for the CPA due to the extent of the threats.

    e.  In October 2025, the online hacking group known as "SCATTERED LAPSUS$ HUNTERS" released the personal information of 680 DHS employees (including 212 current or former CBP employees), 190 Department of Justice employees, and the emails of 170 FBI employees. The release included names, office locations, email addresses, phone numbers, and, in some cases, home addresses or personal phone numbers. Following the release, members posted on the group's Telegram channel derogatory comments such as "I want my MONEY MEXICO" and "Mexican Cartels hmu [hit me up] we dropping all the doxes wheres my 1m [1 million dollars]", referring to widely reported instances of criminal organizations offering bounties for the release of personal information of, or escalating attacks on, DHS personnel.

    f.  In November 2025, CBP became aware of a website "ICElist.is" that claims to be "an open journalistic project … aimed at collecting and sharing information that can hold ICE members legally accountable." The website is hosted overseas on foreign servers, and it refers to authorized law enforcement activity as "kidnapping" and "racist abduction". The website's publication of personal information about DHS law enforcement officials can facilitate follow-on doxing, harassment, threats, and possible violence.

9.  Other incidents across the nation have created an atmosphere of fear and uncertainty for officers and agents performing their assigned duties. Examples include the following:

    a.  In May 2025, in Jacksonville, Florida, a USBP agent received harassing calls from a woman who found his cell phone number online after a video of the agent identifying himself was shared widely online.

b.  In June 2025, outside of Los Angeles, California, an individual posted on Instagram the address of a hotel where USBP agents were staying, prompting another user to respond: "Burn them" and another to reply, "Got a match".

c.  In July 2025, USBP's Miami Sector reported that an agent was surrounded by six to eight civilians while assisting with a vehicle stop. The agent asked the civilians to step back and all but one did. The subject shouted the agent's name and threatened to dox him. After he was arrested and while in transit, the subject made statements indicating his familiarity with the agent's schedule and mentioned the names and personal interests of other agents.

d.  In August 2025, an Instagram page posted photos of a USBP agent operating in Los Angeles with the bold heading: "WARNING: SUSPECTED KIDNAPPER/TERRORIST" and personal details about the agent, including his full name, and the purported town of his residence and his hometown. In October 2025, in similar fashion, the same Instagram page posted several images of a USBP agent working in California—including pictures of his face when conducting his official duties, his nameplate, and his purported town of residence and hometown, again with the bold header: "WARNING: SUSPECTED KIDNAPPER/TERRORIST".

e.  In October 2025, at the Chicago Broadview Processing Center, CBP personnel have reported individuals photographing their license plates as they entered and exited the facility.

f.  In October 2025, in Houlton, Maine, a Border Patrol Acting Division Chief's service vehicle was photographed and the photo was posted on Facebook with the caption: "UNMARKED ICE VEHICLE, Be on the lookout for this unmarked car or personal vehicle of this ICE agent" with the license plate number included.

10. In addition to the above, DHS has reported that it has credible intelligence indicating that criminal organizations have placed targeted bounties on ICE and CBP personnel in a tiered

6

bounty system. Cartels are offering payouts to criminals based on rank of the targeted personnel and action taken: $2,000 for gathering intelligence or doxing officers/agents (including photos and family details), $5,000–$10,000 for kidnapping or non-lethal assaults on standard ICE/CBP officers/agents; and up to $50,000 for the assassination of high-ranking officials, including a CPA.

11. In sum, CBP employees are facing significant and pervasive threats as they work to accomplish their assigned duties. While CBP has taken, and continues to take, concrete steps to mitigate these threats, a critical element to avoiding harm to CBP employees is to ensure their identities are protected from public release—particularly in the context of ongoing enforcement operations that are the subject of controversy among members of the public. It has been my experience that the marked increase in doxing events, which have exponentially increased during 2025, are tied to the identities of agency personnel becoming associated with specific operations and events. While there is risk in the identity of any agency employee becoming known in this time of heightened enmity, it is in the context of CBP's current operational posture that my office has seen this increase in real threats including doxing and assaults. It is important to note that threats have been directed towards all levels of CBP employees, to include the level of CPA.

12. Accordingly, disclosing the identities of CBP employees, particularly in relation to a specific operation, arrest, or communication, will significantly increase the potential for threats to be directed against them.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 25, 2025.

MICHELE M JAMES
Digitally signed by MICHELE M JAMES
Date: 2025.11.25 13:07:39 -05'00'

Michele M. James
Acting Assistant Commissioner
Office of Professional Responsibility
U.S. Customs and Border Protection