| | |
|---|---|
| BREE BERNWANGER - # 331731<br>bbernwanger@aclunc.org<br>MICHELLE (MINJU) Y. CHO - # 321939<br>mcho@aclunc.org<br>LAUREN DAVIS - # 357292<br>ldavis@aclunc.org<br>SHILPI AGARWAL - # 270749<br>sagarwal@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>MAYRA JOACHIN - # 306065<br>mjoachin@aclusocal.org<br>EVA BITRAN - # 302081<br>ebitran@aclusocal.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: (213) 977-5000<br><br>BRISA VELAZQUEZ OATIS - # 339132<br>bvoatis@aclu-sdic.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4199<br><br>*Attorneys for Plaintiffs* | JASON GEORGE - # 307707<br>jgeorge@keker.com<br>JULIA GREENBERG - # 333864<br>jgreenberg@keker.com<br>REAGHAN E. BRAUN - # 340526<br>rbraun@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:   415 397 7188<br><br>*Attorneys for Plaintiffs*<br><br>MARIO MARTINEZ - # 200721<br>mmartinez@farmworkerlaw.com<br>EDGAR IVÁN AGUILASOCHO - # 285567<br>eaguilasocho@farmworkerlaw.com<br>MARTINEZ AGUILASOCHO LAW, INC.<br>900 Truxtun Avenue, Suite 300<br>Bakersfield, CA 93301<br>Telephone: (661) 859-1174<br>Facsimile: (661) 840-6154<br><br>*Attorneys for Plaintiff United Farm Workers* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>          Defendants. | Case No. 1:25-cv-00246-JLT-CDB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AJAY S. KRISHNAN**<br><br>Dept.:     Courtroom 4, 7th Floor<br>Judge:    Hon. Jennifer L. Thurston<br><br>Date Filed: February 26, 2025<br><br>Trial Date:  None set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Ajay S. Krishnan is no longer associated with Keker, Van Nest & Peters LLP and hereby withdraws as counsel for Plaintiffs in the above-referenced case and requests to be removed as counsel of record.  The above-listed counsel from Keker, Van Nest & Peters LLP will continue to serve as counsel of record for Plaintiffs.

Dated:  January 12, 2026                                      KEKER, VAN NEST & PETERS LLP

                                                              By:   */s/ Ajay S. Krishnan*
                                                                    AJAY S. KRISHNAN
                                                                    JASON GEORGE
                                                                    JULIA GREENBERG
                                                                    REAGHAN E. BRAUN

                                                                    Attorneys for Plaintiffs