BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
MICHELLE (MINJU) Y. CHO - # 321939
mcho@aclunc.org
LAUREN DAVIS - # 357292
ldavis@aclunc.org
SHILPI AGARWAL - # 270749
sagarwal@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

MAYRA JOACHIN - # 306065
mjoachin@aclusocal.org
EVA BITRAN - # 302081
ebitran@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5000

BRISA VELAZQUEZ OATIS - # 339132
bvoatis@aclu-sdic.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Attorneys for Plaintiffs*

JASON GEORGE - # 307707
jgeorge@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
REAGHAN E. BRAUN - # 340526
rbraun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

*Attorneys for Plaintiffs*

MARIO MARTINEZ - # 200721
mmartinez@farmworkerlaw.com
EDGAR IVÁN AGUILASOCHO - # 285567
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Avenue, Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174
Facsimile: (661) 840-6154

*Attorneys for Plaintiff United Farm Workers*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al., <br><br> Defendants. | Case No. 1:25-cv-00246-JLT-CDB <br><br> **PLAINTIFFS' UPDATED STATUS REPORT IN ADVANCE OF FEBRUARY 5, 2026 HEARING** <br><br> Date:    February 5, 2026 <br> Time:    9:00 a.m. <br> Dept.:   Courtroom 4, 7th Floor <br> Judge:   Hon. Jennifer L. Thurston <br><br> Date Filed: February 26, 2025 <br><br> Trial Date:  None set |

Plaintiffs submit this Updated Status Report concerning the upcoming February 5, 2026, hearing on Plaintiffs' motion to enforce the preliminary injunction, ECF No. 81, and Defendants' motion to dismiss, ECF No. 64.

Plaintiffs' counsel has now reviewed Defendants' purported video footage of the July 17, 2025 Border Patrol operation at a Home Depot parking lot in Sacramento, California. To ensure that Plaintiffs' motion to enforce the preliminary injunction can be resolved as soon as possible, Plaintiffs do not intend to call witnesses at the February 5 hearing. Plaintiffs' position is that the existing record supports granting the motion to enforce in its entirety.

Plaintiffs' decision to proceed without witness testimony on February 5 is informed by the need to resolve the motion as soon as possible to prevent further harm to class members in this district and Defendants' failure to produce *any discovery* concerning the July 17, 2025 operation in Sacramento to date aside from the video footage discussed above.[1] Indeed, despite Plaintiffs propounding discovery requests in June 2025, Defendants have to date failed to produce *any documents* concerning their detentive stop and arrest practices in this district aside from their self-selected administrative record.

To the extent that, after hearing the parties' arguments, the Court determines that live testimony is necessary to fully resolve Plaintiffs' motion, Plaintiffs request the opportunity to discuss at the February 5 hearing a schedule for expedited discovery concerning the July 17, 2025 operation, including document production and depositions of relevant witnesses.

Dated: January 12, 2026

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA

By: */s/ Bree Bernwanger*
BREE BERNWANGER
MICHELLE (MINJU) Y. CHO
LAUREN DAVIS
SHILPI AGARWAL

---

[1] As required by this Court's preliminary injunction, Defendants also produced the 1-213s for the individuals arrested in the Sacramento raid.

| | | | |
|---|---|---|---|
| Dated: January 12, 2026 | | By: | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA |
| | | | */s/ Mayra Joachin*<br>MAYRA JOACHIN<br>EVA BITRAN |
| Dated: January 12, 2026 | | By: | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES |
| | | | */s/ Brisa Velazquez Oatis*<br>BRISA VELAZQUEZ OATIS |
| | | | Attorneys for Plaintiffs |
| Dated: January 12, 2026 | | | KEKER, VAN NEST & PETERS LLP |
| | | By: | */s/ Jason George*<br>JASON GEORGE<br>JULIA L. GREENBERG<br>REAGHAN E. BRAUN |
| | | | Attorneys for Plaintiffs |
| Dated: January 12, 2026 | | By: | MARTINEZ AGUILASOCHO LAW, INC. |
| | | | */s/ Mario Martinez*<br>MARIO MARTINEZ<br>EDGAR IVÁN AGUILASOCHO |
| | | | Attorneys for Plaintiff United Farm Workers |