BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIANIS N. PEREZ
Assistant Director
TIM RAMNITZ
Senior Litigation Counsel
AYSHA IQBAL
Trial Attorney
OLGA Y. KUCHINS
Trial Attorney
CAROLYN D. DILLARD
78090 MI Bar No.
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-7013

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al., | No. 1:25-cv-00246-JLT-CDB |
| Plaintiffs, | **DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR REMOTELY FOR THE FEBRUARY 5, 2026 HEARING** |
| v. | |
| KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, et al., | |
| Defendants. | |

## DEFENDANTS' MOTION TO APPEAR REMOTELY FOR THE JANUARY 5, 2026 HEARING

Pursuant to Local Rule 233, Defendants, by and through counsel, respectfully move to appear remotely for the February 5, 2026 hearing on Defendants' Motion to Dismiss (ECF No. 64) and Plaintiffs' Motion to Enforce (ECF No. 81). Good cause exists to grant this motion. Defendants' counsel are located in the Washington, D.C., area and weather conditions have made travel next week potentially hazardous. For example, the Fourth Circuit Court of Appeals, responding to weather conditions in the DC area, cancelled all in-person oral arguments for the dates January 27 to January 30 and made all hearings remote. *See* https://www.ca4.uscourts.gov/news-announcements/2026/01/22/notice-regarding-remote-oral-arguments-and-availability-of-live-audio-feed. Vehicular ingress and egress to neighborhoods in the DC area is limited, particularly in counsels' neighborhoods. Flights have been, and continue to be, cancelled for the DC airports. *See* https://www.fox5dc.com/news/flight-cancellations-delays-continue-after-weekend-winter-storm. And conditions are not expected to improve in the DC area in the immediate future and, on the contrary, conditions are expected to continue or materially worsen with another significant winter storm possible over the weekend of January 31 to February 1. *See* https://www.fox5dc.com/weather/winter-storm-next-week-washington-dc. Accordingly, Defendants' respectfully request to appear remotely for the February 5, 2026 hearing

On January 28, 2026, Defendants' counsel emailed Plaintiffs' counsel and requested their position on the instant motion. On January 28, 2026, Plaintiffs' counsel emailed Defendants' counsel and stated they take no position on this motion and plan to appear in person.

**WHEREFORE**, Defendants respectfully request that this Court grant Defendants' motion to appear remotely for the February 5, 2026 hearing.

MOTION TO APPEAR REMOTLEY
.
1

Dated: January 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIANIS N. PEREZ
Assistant Director

By: /s/ *Carolyn D. Dillard*
CAROLYN D. DILLARD
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-7013
Fax: (202) 305-7000
Carolyn.D.Dillard@usdoj.gov

/s/ *Tim Ramnitz*
TIM RAMNITZ
Senior Litigation Counsel
United States Department of Justice Civil Division
Office of Immigration Litigation
P.O. Box 878
Washington, DC 20044
(202) 616-2686
Tim.ramnitz@usdoj.gov

*Attorneys for Defendants*

MOTION TO APPEAR REMOTLEY
.

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　Defendants. | No. 1:25-cv-00246-JLT-BAM<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR REMOTELY FOR THE FEBRUARY 5, 2026 HEARING**<br><br>Hon. Jennifer L. Thurston |

　　Having reviewed and considered Defendants' Motion for Administrative Relief to Appear Remotely at the February 5, 2026 Hearing, and finding good cause therefor,

　　IT IS HEREBY ORDERED that Defendants' motion is GRANTED and Defendants' counsel is permitted to appear remotely at the February 5, 2026 hearing.

Dated:_____　　_____

　　　　　　　　　　　　　　　　　　JENNIFER L. THURSTON
　　　　　　　　　　　　　　　　　　UNITED STATES JUDGE