BRETT A. SHUMATE
Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
MARY L. LARAKERS
Senior Litigation Counsel
TIM RAMNITZ
Senior Litigation Counsel
AYSHA IQBAL
Trial Attorney
OLGA Y. KUCHINS
Trial Attorney
CAROLYN D. DILLARD
78090 MI Bar No.
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-7013

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al., | No. 1:25-cv-00246-JLT-CDB |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, et al., | |
| Defendants. | |

# NOTICE OF WITHDRAWAL OF COUNSEL

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Carolyn D. Dillard hereby withdraws as counsel for Defendants in the above-referenced case and requests to be removed as counsel of record. The above-listed counsel from the U.S. Department of Justice, Office of Immigration Litigation will continue to serve as counsel of record for Defendants.

Dated: February 12, 2026

Respectfully submitted

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

MARY L. LARAKERS
Senior Litigation Counsel

By: /s/ *Carolyn D. Dillard*
CAROLYN D. DILLARD
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-7013
Fax: (202) 305-7000
Carolyn.D.Dillard@usdoj.gov

*Attorneys for Defendants*