BRETT A. SHUMATE
Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
MARY L. LARAKERS
Senior Litigation Counsel
AYSHA IQBAL
Trial Attorney
OLGA Y. KUCHINS
Trial Attorney
TIM RAMNITZ
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-616-2686

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al., | No. 1:25-cv-00246-JLT-CDB |
| Plaintiffs, | **DEFENDANTS' STATUS UPDATE AND NOTICE OF ERRATA** |
| v. | |
| KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, et al., | |
| Defendants. | |

In a filing on February 13, 2026, Defendants stated they were investigating whether the Form I-213 at ECF No. 87-7, 0032-0036, is a complete and accurate record of a stop recorded in a video (from approximately 15:30 to 21:50) provided to the Court and would file a follow up with the Court by February 20, 2026.  *See* ECF No. 144.  On February 17, 2026, the Court issued an order directing Defendants to also examine and explain two figures that appear at minute 20:20 of the video.  *See* ECF No. 145.  On February 20, 2026, Defendants submitted a second status update requesting additional time to complete these investigations.  On February 27, 2026, Defendants submitted a status update stating they had completed the investigation but, because of declarant unavailability and pursuing redactions, would submit their results following resolution of these issues.  On March 2, 2026, the Court ordered Defendants to submit their investigative results no later than March 9, 2026, if at all.  On March 5, 2026, Defendants moved to seal and redact their declarations and exhibits reporting their results.  On March 5, 2026, the Court granted the motion.

The individual in the video at 15:30 is the subject of the Form I-213 at ECF No. 87-7, 0032-36.  However, on July 25, 2025, and for compliance with the preliminary injunction, Defendants inadvertently provided Plaintiffs with an earlier version of the Form, prior to its tailoring for the particular facts in this individual's case.  Status Report and Notice of Errata Exhibit II Redacted ("Ex. II") at 13-14.  This earlier version of the Form I-213 was generated on July 17, 2025, the day of the subject's stop and arrest.  Ex. II at 12-14.  On July 18, 2025, the Form I-213 was tailored to include the particular circumstances of this individual's stop and arrest, as they differed from the stops and arrests of other individuals originating in the Home Depot parking lot.  Ex. II at 12-14; *see also* Ex. at 3, 6, 15-18.  The July 18, 2025 and the July 21, 2025 versions of the Form I-213 reflect the circumstances of the stop seen at 15:30-21:54 of the video.  Ex. II at 65-77.

The video at 20:20 shows the pursuit of the individual subject of the Form I-213 at ECF No. 87-7, 0016-20.  The arresting agent believed he sufficiently described, in writing, that in pursuit of an individual

DEFENDANTS' STATUS UPDATE AND NOTICE OF ERRATA

1

who fled into the nearby neighborhood he encountered another individual whom he stopped.  Ex. II at 8-9, 58-63.  The supervising agent reviewing the narrative, however, assumed the agent's written narrative described a stop and arrest the same as the stops and arrest of other individuals originating in the Home Depot parking lot, and revised it accordingly.  Ex. II at 4, 54-57.  The arresting agent, when reviewing the supervisor's revisions, believed the revisions did not describe a stop different than what he conducted.  Ex. II at 8-9, 54-57.  In sum, written misinterpretations between the arresting agent and the supervisory agent resulted in this Form I-213 describing the stop and arrest the same as the stops and arrests of other individuals originating in the Home Depot parking lot, rather than as a stop originating in the neighborhood.   Ex. II at 3-4, 8-9.

Dated: March 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

MARY L. LARAKERS
Senior Litigation Counsel

By:

/s/ *Tim Ramnitz*
TIM RAMNITZ
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-2686
Tim.ramnitz@usdoj.gov

*Attorneys for Defendants*

DEFENDANTS' STATUS UPDATE AND NOTICE OF ERRATA