# Exhibit II – Redacted

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED FARM WORKERS, *et al.*, | Case No. 25-cv-00246-JLT-CDB |
| Plaintiffs, | **DECLARATION OF** |
| | **PII** |
| v. | |
| KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*, | |
| Defendants. | |

I, ⎡ **PII** ⎤ pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby declare as follows:

1. I am employed by U.S. Border Patrol (USBP), an operational component of U.S. Customs and Border Protection (CBP) within the Department of Homeland Security (DHS). CBP is charged with enforcing the nation's immigration laws in order to protect national security and uphold the integrity of the immigration system. CBP seeks to secure the border, disrupt human smuggling and trafficking networks, and ensure consistent enforcement of the immigration laws of the United States. For this mission to be accomplished, U.S. Border Patrol Agents (BPAs) are responsible for conducting a variety of investigative activities including maintaining surveillance of both persons and property and following up on leads and intelligence reports.

2. I am a Supervisory Border Patrol Agent within the El Centro Sector (ELC) Intelligence Unit and have been in this position since January 2019. In this role, I am responsible for providing operational, tactical, and actionable intelligence in support of ELC operations and intelligence collection plans. I am also responsible for preventing the unlawful entry of individuals into the United States and apprehending those who attempt to enter illegally or who have violated the immigration laws in accordance with the Constitution and other

1

applicable laws.  Prior to this role, I was a BPA from May 2009 to January 2019. I first joined USBP as a Border Patrol Agent in May 2009.

3.  I am familiar with the Preliminary Injunction issued by this Court on April 29, 2025. I am also familiar with the order of this Court issued February 17, 2026, pertaining to identification of two figures depicted in a video of the USBP operation in Sacramento, California on July 17, 2025. I respectfully reserve the right to supplement this declaration in response to any additional requests for information.

4.  I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Enforce the Preliminary Injunction. I further submit this declaration to describe my role in transmitting the arrest narratives associated with the USBP operation in Sacramento, California on July 17, 2025, from CBP to Immigration and Customs Enforcement (ICE).

5.  I was present during USBP's enforcement operation at the Home Depot located near Florin Rd. and Bowling Dr. in Sacramento, California, on July 17, 2025. In the course of this operation I pursued an individual later identified as [PII] who fled from the Home Depot parking lot and, as I later learned, was eventually apprehended in a nearby neighborhood. While in pursuit of [PII], I and BPA [PII] encountered another individual later identified as [PII] [PII] was stopped and ultimately arrested by BPA [PII] as accurately captured in BPA Donahue's narrative description of the encounter which I transmitted to ICE on July 18, 2025. BPA [PII] narrative is attached as Exhibit A.

6.  Following the operation on July 17, 2025, I was responsible for collecting and reviewing all narratives generated by BPAs who made stops or arrests during the operation and transmitting these narratives to ICE for inclusion in the Forms I-213 pertaining to each subject. It is common practice for non-supervisory BPAs to submit arrest reports and other documents to a supervisor for input and recommendations prior to being finalized. Supervisory review typically includes ensuring that the report is easily read and understood, that relevant facts are included, and that the sequence of events is correct. Here,

once the narratives were finalized, I provided each narrative to ICE via emails sent on July 17 and 18, 2025. In total, I reviewed and transmitted eleven narratives to ICE pertaining to the aliens arrested during the July 17, 2025 operation. The emails I sent transmitting these eleven narratives to ICE are attached as Exhibits A through K. In at least one instance that I recall, pertaining to the arrest of [ PII ], I subsequently contacted ICE to supplement the narrative with additional information. To my knowledge, every stop or arrest that took place during this operation is documented in these eleven narratives, with the sole exception of the arrest of a U.S. citizen based on probable cause that he slashed the tire of a Border Patrol vehicle.

7. My review of the eleven narratives associated with the July 17, 2025 operation included review of a draft narrative submitted to me by BPA [ PII ] on July 17, 2025, describing the stop and arrest of [ PII ]. This draft narrative is attached as Exhibit L. Knowing that the operation centered on the Home Depot, I was under the impression that [ PII ] had been encountered in the Home Depot parking lot, fled, and was stopped a short distance away, consistent with the other encounters. I edited the draft narrative in an effort to improve its accuracy based on this assumption. I provided this narrative, with my edits, to ICE via email on July 18, 2025. The narrative I provided to ICE is attached as Exhibit K. The only subjects I was aware of at the time who were not stopped in the vicinity of the Home Depot parking lot were [ PII ] and [ PII ] [ PII ] Following the Court's order of February 17, 2026, I learned that [ PII ] was in fact stopped by BPA [ PII ] in a nearby neighborhood.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 2, 2026.

[ PII ]   Digitally signed by [ PII ]
Date: 2026.03.02 17:26:44 -06'00'

[ PII ]
Supervisory Border Patrol Agent
El Centro Sector
U.S. Border Patrol

3

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

UNITED FARM WORKERS, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*,

Defendants.

Case No. 25-cv-00246-JLT-CDB

**DECLARATION OF**
PII

I, PII, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby declare as follows:

1. I am employed by U.S. Border Patrol (USBP), an operational component of U.S. Customs and Border Protection (CBP) within the Department of Homeland Security (DHS). CBP is charged with enforcing the nation's immigration laws in order to protect national security and uphold the integrity of the immigration system. CBP seeks to secure the border, disrupt human smuggling and trafficking networks, and ensure consistent enforcement of the immigration laws of the United States. For this mission to be accomplished, U.S. Border Patrol Agents (BPAs) are responsible for conducting a variety of investigative activities including maintaining surveillance of both persons and property and following up on leads and intelligence reports.

2. I am a Border Patrol Agent within the El Centro Sector (ELC) Calexico Station and have been in this position since August 2020. In this role, I am responsible for preventing the unlawful entry of individuals into the United States and apprehending those who attempt to enter illegally or who have violated the immigration laws in accordance with the Constitution and other applicable laws. I first joined USBP as a Border Patrol Agent on April 29, 2019. Prior to this role, I was paramedic in Cleveland, Ohio from 2014 to 2019.

1

3. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Enforce the Preliminary Injunction.

4. I am familiar with the Preliminary Injunction issued by this Court on April 29, 2025. I respectfully reserve the right to supplement this declaration in response to any additional requests for information.

5. I was present during USBP's enforcement operation at the Home Depot located near Florin Rd. and Bowling Dr. in Sacramento, California, on July 17, 2025. In the course of this operation I pursued an individual who fled from the Home Depot parking lot. While in pursuit of this individual, I and Supervisory BPA (SBPA) [ PII ] encountered another individual later identified as [ PII ]. I stopped and ultimately arrested [ PII ] as described in a narrative of the encounter which I drafted and subsequently provided to SBPA [ PII ] for transmission to ICE. The narrative of this encounter is attached as Exhibit A. I have reviewed the Form I-213 for [ PII ] [ PII ] dated July 21, 2025, and it accurately contains this narrative.

6. I have recently received and reviewed the Form I-213, dated July 17, 2025, issued by ICE pertaining to my arrest of [ PII ] and learned that this Form I-213 does not capture the details I included in my narrative. I am not aware why this Form I-213 does not contain the details I provided in the narrative that SBPA [ PII ] transmitted to ICE.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 3, 2026.



Border Patrol Agent
El Centro Sector
U.S. Border Patrol

2

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED FARM WORKERS, *et al.*, | Case No. 25-cv-00246-JLT-CDB |
| Plaintiffs, | **DECLARATION OF** |
| | PII |
| v. | |
| KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*, | |
| Defendants. | |

I, PII , pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby declare as follows:

1.  I am employed by U.S. Border Patrol (USBP), an operational component of U.S. Customs and Border Protection (CBP) within the Department of Homeland Security (DHS). CBP is charged with enforcing the nation's immigration laws in order to protect national security and uphold the integrity of the immigration system. CBP seeks to secure the border, disrupt human smuggling and trafficking networks, and ensure consistent enforcement of the immigration laws of the United States. For this mission to be accomplished, U.S. Border Patrol Agents (BPAs) are responsible for conducting a variety of investigative activities including maintaining surveillance of both persons and property and following up on leads and intelligence reports.

2.  I am a Border Patrol Agent assigned to El Paso Sector and have been in this position since November 2018. In this role, I am responsible for preventing the unlawful entry of individuals into the United States and apprehending those who attempt to enter illegally or who have violated the immigration laws in accordance with the Constitution and other applicable laws. Prior to this role, I was a BPA at Big Bend Sector from May 2017 to November 2018. I first joined USBP as a Border Patrol Agent in February 2017.

3. I am familiar with the Preliminary Injunction issued by this Court on April 29, 2025. I am also familiar with the order of this court issued February 17, 2026, pertaining to identification of two figures depicted in a video of the USBP operation in Sacramento, California on July 17, 2025. I respectfully reserve the right to supplement this declaration in response to any additional requests for information.

4. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Enforce the Preliminary Injunction. I further submit this declaration to describe my role in stopping and arresting [PII] on July 17, 2025.

5. I was present during USBP's enforcement operation at the Home Depot located near Florin Rd. and Bowling Dr. in Sacramento, California, on July 17, 2025. During this operation I learned that an individual had fled from the Home Depot parking lot and possibly entered a nearby neighborhood across Florin Road. I and my BPA partner drove into this neighborhood in order to assist in the pursuit of this individual.

6. During our pursuit of the individual reported to have fled the Home Depot parking lot, I observed an individual running on the side of the roadway near the intersection of Center Parkway and A Parkway where a bridge crosses a canal. I suspected that this individual had fled from the Home Depot parking lot. The individual was wearing a hooded sweatshirt with the hood over his head. The individual suddenly slowed to walk in what appeared to me to be an attempt to avoid my suspicion. However, as I exited my vehicle with the intention of speaking with this individual, he took off running again and I was able to stop him after a short foot pursuit.[1] The individual was later identified as [PII] Prior to handcuffing and arresting [PII] I performed a field immigration interview. I questioned [PII] as to his citizenship and he admitted to being a citizen and national of Guatemala and to being in the United States illegally. During my pre-arrest questioning, [PII] claimed to have an immigration petition pending but was

[1] My draft narrative, attached as Exhibit M, describes my approach as a "consensual encounter" because my intention was to talk with the individual at the time he was simply walking. However, he ran, and I conducted a stop.

unable to provide any evidence for his claim. After I informed him that he was under arrest, [PII] ignored multiple commands to turn around in order to be placed in handcuffs and physically resisted my efforts to place him into handcuffs by stiffening and tensing his body. As a result of [PII] resistance to my efforts to arrest him, I and my BPA partner took [PII] to the ground in order to place him in handcuffs. I then transported [PII] to an ICE facility for processing.

7. On July 17, 2025, I prepared a draft narrative describing the stop and arrest of [PII] [PII] I then sent this draft narrative to SBPA [PII] for review. This draft narrative and the email transmitting it are attached as Exhibit M. SBPA [PII] later copied me on an email in which he transmitted an edited version of my narrative to ICE. This email is attached as Exhibit K. The narrative at the time appeared to me to be accurate. Namely, the version transmitted to ICE accurately included the fact that I apprehended [PII] after a short foot pursuit. However, I now see that the version of the narrative transmitted to ICE can be read to imply that I encountered [PII] in the vicinity of the Home Depot parking lot, when in fact I encountered him in a residential area across Florin Road. For example, while my draft narrative references the fact that "[m]ultiple subjects ran across Florin Road into a residence area[,]" this fact was omitted from the final narrative that was provided to ICE.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 2, 2026.

**PII**

Digitally signed by
[PII]
Date: 2026.03.02
17:47:22 -07'00'

[PII]
Border Patrol Agent
El Paso Sector
U.S. Border Patrol

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
SAMUEL P. GO
Assistant Director
MARY LARAKERS
Senior Litigation Counsel
AYSHA IQBAL
Trial Attorney
TIM RAMNITZ
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 2004
202-616-2686

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED FARM WORKERS, *et al.*, | Case No. 1:25-cv-00246-JLT-CDB |
|---|---|
| Plaintiffs | |
| vs. | **DECLARATION OF** ▆▆▆▆▆ |
| KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

I, ▆▆▆▆▆, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1

1. I am a Supervisory Detention and Deportation Officer ("SDDO") with the U.S. Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO") in the Sacramento sub-office of the ERO San Francisco Field Office. I have been employed by DHS since May 23, 2005, when I was hired as an Immigration Enforcement Agent. On November 11, 2007, I was promoted to the position of Deportation Officer ("DO") with ERO. On June 19, 2011, I was promoted to SDDO. I am currently an SDDO overseeing operations within the jurisdiction of the ERO Sacramento sub-office.

2. This declaration is based on my personal knowledge, training, and experience as a law enforcement officer, and information provided to me in my official capacity. I provide this declaration in response to the Court's order requesting information regarding the I-213, Report of Deportable/Inadmissible Alien, completed for ███ ██████████████, Alien No. ████████, ("████████").

3. ERO Sacramento was instructed to assist with the processing of individuals arrested by U.S. Border Patrol ("BP") in Sacramento on July 17, 2025.  ERO officers were not physically present during the arrests of any of the aliens apprehended by BP at 4641 Florin Road, Sacramento, CA 95823. Instead, BP transported eleven subjects to the ERO Stockton located at 603 San Juan Ave., Stockton, CA, 95203 for processing by ERO. The understanding at the time was that ERO would process the

2

aliens for removal proceedings or, if they had a final order of removal, to execute that removal order.

4. Generally, processing of the aliens consists of collecting biographical information, including collecting fingerprints and photographs of the individual. ERO would also interview the individual, asking for information such as, but not limited to, whether the individual claims to be a U.S. citizen, whether the alien has any pending or approved immigration benefits, whether the alien has any fear of persecution or torture if removed to their country of citizenship, whether the alien has any known health concerns. ERO would also prepare and serve relevant documents related to their immigration case. In the case of ████████, the I-213 was completed by a Deportation Officer (DO) and a fellow DO reviewed as the "examining officer."

5. During processing of these individuals arrested by BP on July 17, 2025, ERO officers generated the I-213s for the aliens. BP provided ERO officers with an encounter narrative template (i.e., narrative related to the circumstances around the arrest) to use for the eleven aliens, including ██████. The encounter narrative template was provided via email.

6. ERO officers copied the encounter narrative template, which had been minimally edited to reflect third-person point of view and removing other templated encounter descriptions not relevant to arrests at Florin Road, into the narrative section of the I-213. ERO also adjusted the name, date of birth, and country of citizenship of the alien in the encounter narrative. In the case of ███████, the encounter narrative

3

template began with "The United States Border Patrol…" and ended with "At approximately 07:55 AM, Border Patrol Agents official placed ███████ under arrest for his illegal presence in the United States. Border Patrol Agents made transportation arrangement for ███████ to be processed by Immigration and Customs Enforcement." The remainder of the narrative portion of the I-213 was generated by ERO during processing based on review of ███████' criminal and immigration history.

7. ERO determined ███████ had previously been ordered removed from the United States on April 25, 1997. He was removed from the United States on March 10, 2016, but subsequently re-entered without being inspected, admitted, or paroled by an immigration official. Based on this information, ERO decided to reinstate ███████' prior removal order under INA 241(a)(5). On July 17, 2025, ERO issued ███████ a Form I-871, Notice of Intent/Decision to Reinstate Prior Order. ███████ was removed from the United States on July 22, 2025.

8. Using the encounter narrative template and information provided directly from ███████, ERO Sacramento completed the I-213 on July 17, 2025 (First I-213, ECF No. 87-7, 0032-0036). ERO Sacramento was not aware of the circumstances surrounding ███████' arrest; ERO Sacramento was not aware the information contained in the encounter template narrative was not accurate as it related to ███████ on July 17, 2025.

4

9. On July 18, 2025, ERO received a tailored narrative from BP describing █████████ stop and arrest. ERO promptly updated the I-213 with the tailored narrative (Second I-213).

10. On July 21, 2025, at 11:59 AM, ERO provided a copy of the Second I-213 to BP. Ex. N at 8-14.

11. On July 21, 2025, at 4:55 PM, ERO received a second updated narrative from BP. ERO generated a Third I-213. Ex. N at 1-7.

12. On July 22, 2025, BP requested copies of all amended I-213s for the individuals arrested on July 17, 2025.

13. On July 24, 2025, ERO provided copies of the I-213s to BP, however the email inadvertently contained the First I-213 for █████████ .

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 4th day of March, 2026

████████████████
████████              _____
Supervisory Detention and Deportation Officer
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

5

Message

| From: | PII | LEP | | | | |
|-------|-----|-----|--|--|--|--|
| Sent: | 7/18/2025 2:29:10 PM | | | | | |
| To: | PII | LEP | PII | LEP | | PII |
| | | LEP | | | | |
| CC: | PII | LEP | PII | | LEP | |
| | PII | LEP | | PII | | LEP |
| Subject: | Narrative for | PII | PII | ) | | |

The United States Border Patrol (USBP) is the nation's preeminent expert at conducting roving patrol operations for the purpose of Title 8 enforcement. The United States Border Patrol has been conducting law enforcement operations for over one hundred years, across the United States. The United States Border Patrol is one of the most capable federal agencies for carrying out effective interior enforcement operations, thanks to its extensive expertise and institutional knowledge. Under the Immigration and Naturalization Service, the United States Border Patrol was previously responsible for all interior enforcement prior to the creation of Immigration and Customs Enforcement (ICE) in 2003.

In the era prior to 2003, Border Patrol used specialized expertise, operational flexibility, intelligence integration, experience in terrain and movement patterns of aliens traversing and settling in the interior, and coordination with other law enforcement partners to enhance their reach and impact throughout the United States. This generational knowledge has been passed on throughout the years to thousands of Agents, thanks to the United States Border Patrol's robust training curriculum and "Espirit de corps".

In the post 9/11 era, ICE is restricted by several factors which may limit their effectiveness in interior operations. These factors include resource and geographical limitations (manpower and field office locations), local jurisdictions and cooperation/sanctuary policies, alien integration in the communities, and operational priorities. Once Border Patrol collaborates with ICE for interior enforcement, an interagency coordinated effort will undoubtedly have a lasting impact on the safety and security of interior cities away from the Border.

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On Thursday, July 17th, 2025, I, Border Patrol Agent (BPA) [PII], was assigned to enforcement operations in Sacramento, California area assisting with Operation: At Large. During this operation, I was sitting in the passenger seat of an unmarked Border Patrol vehicle driven by SBPA-I [PII]. I have over 6 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations.

I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed many illegal aliens. During these interviews, the majority of illegal aliens have told me that their final destination was California.

Sacramento, California has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. The entire state of California has been designated as a sanctuary for illegal aliens. Sanctuary cities within the sanctuary state have established illegal alien populations and support networks.

Nonprofit organizations, immigrant advocacy groups, and anti-immigration enforcement coalitions coordinate access for illegal aliens to gain employment, secure certain educational, health, social, and legal defense services. These groups and the availability to benefits entice illegal aliens to come to California, often in defiance of federal laws and regulations.

SBPA [PII] and I, BPA [PII], were working in civilian attire. Agent [PII] and I were both wearing agency issued ballistic body armor with Border Patrol identifiers, badge, and clear police markings on front and back. We were operating an unmarked Border Patrol service vehicle to blend in with the regular public and to avoid bringing attention to ourselves. The location of today's operation was the Home Depot located near Florin Rd. and Bowling Dr., Sacramento, California.

Prior to arriving at this location, Supervisory Border Patrol Agent-Intelligence [PII] shared an intelligence bulletin with me (dated July 16, 2025) regarding this location and other pertinent facts that supported our targeted enforcement operation in the city of Sacramento. Some of the points in this bulletin covered the following:

-Since June 7, 2025, United States Border Patrol and allied partners supporting Immigration and Customs Enforcement (ICE) Operation at Large arrested 1278 illegal aliens and 41 United States citizens for impeding or assaulting federal agents during their duties. Arrest locations include Home Depot and other business known to hire illegal aliens.

# LES



- On July 15, 2025, El Centro Sector Border Patrol Agents conducted surveillance at a Home Depot located at 4641 Florin Road, Sacramento, CA 95823. During surveillance, agents observed the following: At approximately 7:43 hours, approximately 20-day laborers were observed gathering in the parking lot. Utilizing CBP databases, agents identified an illegal alien previously convicted for 8 USC 1325 in the group of laborers. This illegal alien was convicted and served 60 days in a detention facility. At approximately 1115 hours, agents observed another illegal alien with a prior removal order in the group.

-During surveillance, a truck parked in the Home Depot parking lot with day laborers nearby was observed. This truck is registered to an illegal alien. Research on this license plate and individual revealed that this illegal alien is residing in Sacraments and has been removed from the United States on several occasions. Law enforcement databases showed that this illegal alien was previously apprehended attempting to enter the United States without authorization in the El Centro Sector.

It is common knowledge to Border Patrol Agents that illegal aliens congregate at locations such as Home Depot to solicit cash paying day labor jobs. Illegal aliens work these jobs because they lack documentation allowing them to gain steady and lawful employment. Illegal aliens also work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I arrived at the Home Depot at approximately 7:25 AM, and I parked in a public access area. I intended to search for the illegal aliens identified during prior surveillance operations. I also intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect. They moved in a relaxed manner with an identified purpose. By contrast, groups of other individuals, scattered throughout the parking lot, behaved differently than people shopping at Home Depot. They were loitering in stationary locations and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work.

As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people looking furtively in my direction and ran away from me and other Border Patrol Agents. Their actions were far different than customers entering and exiting the store. I know from experience that the mere presence of a Border Patrol Agent can induce panic in aliens who are unlawfully present, for fear of arrest and deportation.

One of the fleeing individuals became combative with Agent [PII] and was able to elude initial apprehension. The subject had fled the parking lot area and entered a nearby canal, concealing himself beneath a bridge. A small, unmanned aircraft (drone) guided Agent [PII] and I to the man's last known location. Upon my arrival, I walked into the river bottom to search for the fleeing suspect. As Agent [PII] and I walked down the embankment, I observed another individual begin fleeing through the waterway. This unprovoked flight from law enforcement led me to believe that the man was involved in an active crime or was likely present in the United States without authorization. Based on my training and experience, I believed the man was likely an illegal alien. I gave chase while loudly announcing, "U.S. Border Patrol". The subject continued running through the creek before I closed distance and physically detained him.

Upon contact, the subject falsely identified himself and initially claimed U.S. citizenship, claiming to be born in San Diego, CA. The man had no identification and gave a name and date of birth, and when asked to repeat the same information to verify his identity, the man gave a different name. The subject was detained to verify his identity and escorted to our government vehicle. During follow-up questioning by Agent [PII] the subject ultimately admitted to being a citizen and national of [PII] who is unlawfully present in the United States. He was later identified as [PII], DOB [PII].

[PII] conducted record checks in law enforcement databases and confirmed [PII] is a

**PII**

[PII] the subject qualifies as an aggravated felon under INA § 101(a)(43) and is amenable to reinstatement of removal under INA § 241(a)(5).

[PII] made no claims to owning a home, other assets, or having a steady and legal income. [PII] was located in California, which is a sanctuary state. Sanctuary states shield the identity of illegal aliens from Immigration Officials. Agents believed that if [PII] was released, it would be impossible to locate him later.

[PII] fled from law enforcement to avoid arrest. [PII] is considered a flight risk due to his illegal presence in the United States, his willful disregard for the United States immigration and criminal laws, his ability to disappear into the millions of people living in the Sacramento County area, his multiple removals from the United States, his flight from law enforcement to avoid arrest, and Agents' collective belief (based on training and experience) that he would abscond if released.

At approximately 7:50 AM, [PII] was officially placed under arrest for immigration Title 8 violation and transported to a nearby Immigration and Customs Enforcement facility for processing and removal.

Status Report Ex. A 000004



Message

From: [PII] [LEP]
Sent: 7/18/2025 4:21:46 AM
To: [PII] [LEP] [PII] [LEP] [PII] [LEP]
CC: [PII] [LEP] [PII] [LEP] [PII] [LEP] [PII] [LEP]
Subject: Narrative for [PII] [PII]

The United States Border Patrol (USBP) is the nation's preeminent expert at conducting roving patrol operations for the purpose of Title 8 enforcement. The United States Border Patrol has been conducting law enforcement operations for over one hundred years, across the United States. The United States Border Patrol is one of the most capable federal agencies for carrying out effective interior enforcement operations, thanks to its extensive expertise and institutional knowledge. Under the Immigration and Naturalization Service, the United States Border Patrol was previously responsible for all interior enforcement prior to the creation of Immigration and Customs Enforcement (ICE) in 2003.

In the era prior to 2003, Border Patrol used specialized expertise, operational flexibility, intelligence integration, experience in terrain and movement patterns of aliens traversing and settling in the interior, and coordination with other law enforcement partners to enhance their reach and impact throughout the United States. This generational knowledge has been passed on throughout the years to thousands of Agents, thanks to the United States Border Patrol's robust training curriculum and "Espirit de corps".

In the post 9/11 era, ICE is restricted by several factors which may limit their effectiveness in interior operations. These factors include resource and geographical limitations (manpower and field office locations), local jurisdictions and cooperation/sanctuary policies, alien integration in the communities, and operational priorities. Once Border Patrol collaborates with ICE for interior enforcement, an interagency coordinated effort will undoubtedly have a lasting impact on the safety and security of interior cities away from the Border.

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On Thursday, July 17th, 2025, I, Border Patrol Agent (BPA)[____PII____] was assigned to enforcement operations in Sacramento, California area assisting with Operation: At Large. During this operation, I was sitting in the driver seat of an unmarked Border Patrol vehicle, with my partners BPA[____PII____] and BPA[__PII__] sitting in the back seat, while working in conjunction with unmarked Border Patrol vehicles assigned to SBPA-I[__PII__] BPA-I[__PII__] and BPA[__PII__] BPA[__PII__] BPA[__PII__] and BPA[__PII__] I was dressed in civilian attire while wearing Border Patrol ballistic body armor. I have been employed as a United States Border Patrol Agent since 2020.  It should be noted that my Border Patrol ballistic body armor displayed clear agency insignia and a badge, identifying me as a Border Patrol Agent.


I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations, and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed many illegal aliens. During these interviews, the majority of illegal aliens have told me that their final destination was California.

Sacramento, California has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. The entire state of California has been designated as a sanctuary for illegal aliens. Sanctuary cities within the sanctuary state have established illegal alien populations and support networks.

Nonprofit organizations, immigrant advocacy groups, and anti-immigration enforcement coalitions coordinate access for illegal aliens to gain employment, secure certain educational, health, social, and legal defense services. These groups and the availability to benefits entice illegal aliens to come to California, often in defiance of federal laws and regulations.


The location of today's operation was the Home Depot located near Florin Rd. and Bowling Dr., Sacramento, California. Prior to arriving at this location, Supervisory Border Patrol Agent-Intelligence[__PII__] shared an intelligence bulletin with me (dated July 16, 2025) regarding this location and other pertinent facts that supported our targeted enforcement operation in the city of Sacramento. Some of the points in this bulletin covered the following:

-Since June 7, 2025, United States Border Patrol and allied partners supporting Immigration and Customs Enforcement (ICE) Operation at Large arrested 1278 illegal aliens and 41 United States citizens for impeding or assaulting federal agents during their duties. Arrest locations include Home Depot and other business known to hire illegal aliens.

# LES

- On July 15, 2025, El Centro Sector Border Patrol Agents conducted surveillance at a Home Depot located at 4641 Florin Road, Sacramento, CA 95823. During surveillance, agents observed the following:  At

approximately 7:43 hours, approximately 20-day laborers were observed gathering in the parking lot. Utilizing CBP databases, agents identified an illegal alien previously convicted for 8 USC 1325 in the group of laborers. This illegal alien was convicted and served 60 days in a detention facility. At approximately 1115 hours, agents observed another illegal alien with a prior removal order in the group.

-During surveillance, a truck parked in the Home Depot parking lot with day laborers nearby was observed. This truck is registered to an illegal alien. Research on this license plate and individual revealed that this illegal alien is residing in Sacraments and has been removed from the United States on several occasions. Law enforcement databases showed that this illegal alien was previously apprehended attempting to enter the United States without authorization in the El Centro Sector.

It is common knowledge to Border Patrol Agents that illegal aliens congregate at locations such as Home Depot to solicit cash paying day labor jobs. Illegal aliens work these jobs because they lack documentation allowing them to gain steady and lawful employment. Illegal aliens also work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I arrived at the Home Depot at approximately 7:25 AM, and I parked in a public access area. I intended to search for the illegal aliens identified during prior surveillance operations. I also intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect. They moved in a relaxed manner with an identified purpose. By contrast, groups of other individuals, scattered throughout the parking lot, behaved differently than people shopping at Home Depot. They were loitering in stationary locations and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work.

As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people looking furtively in my direction and ran away from me and other Border Patrol Agents. Their actions were far different than customers entering and exiting the store. I know from experience that the mere presence of a Border Patrol Agent can induce panic in aliens who are unlawfully present, for fear of arrest and deportation.

One of the fleeing individuals was later identified as **PII** (DOB **PII** ). I verbally identified myself as a U.S. Border Patrol Agent while wearing official Border Patrol Agent identifiers and ordered **PII** to stop. **PII** ignored my lawful orders to stop and continued running away from me. After a short foot pursuit, I was able to catch him, stop him and detain him in order to perform a brief immigration inspection on him, as I firmly believed that he was an illegal alien at this point.

I performed a field immigration interview on **PII** During the interview I determined **PII** was illegally present in the United States. **PII** was determined to be a citizen of **PII** with no legal documents to be in the United States. Furthermore, **PII** stated he was a citizen of **PII** with no legal documents to be in the United States. Record checks in Department of Homeland Security databases showed that he was never placed in removal proceeding, despite knowingly being illegally present in the United States.

**PII** is considered a flight risk due to his illegal presence in the United States, his willful disregard for the United States immigration and criminal laws, his ability to disappear into the millions of people living in the Sacramento County area, his failure to register as an alien within the United States, his flight from law enforcement to avoid arrest, and Agents' collective belief (based on training and experience) that he would abscond if released. At Approximately 7:30 AM, **PII** was officially placed under arrest for

immigration Title 8 violation and transported to a nearby Immigration and Customs Enforcement facility for processing and removal.

Status Report Ex. B 000004



The United States Border Patrol (USBP) is the nation's preeminent expert at conducting roving patrol operations for the purpose of Title 8 enforcement. The United States Border Patrol has been conducting law enforcement operations for over one hundred years, across the United States. The United States Border Patrol is one of the most capable federal agencies for carrying out effective interior enforcement operations, thanks to its extensive expertise and institutional knowledge. Under the Immigration and Naturalization Service, the United States Border Patrol was previously responsible for all interior enforcement prior to the creation of Immigration and Customs Enforcement (ICE) in 2003.

In the era prior to 2003, Border Patrol used specialized expertise, operational flexibility, intelligence integration, experience in terrain and movement patterns of aliens traversing and settling in the interior, and coordination with other law enforcement partners to enhance their reach and impact throughout the United States. This generational knowledge has been passed on throughout the years to thousands of Agents, thanks to the United States Border Patrol's robust training curriculum and "Espirit de corps".

In the post 9/11 era, ICE is restricted by several factors which may limit their effectiveness in interior operations. These factors include resource and geographical limitations (manpower and field office locations), local jurisdictions and cooperation/sanctuary policies, alien integration in the communities, and operational priorities. Once Border Patrol collaborates with ICE for interior enforcement, an interagency coordinated effort will undoubtedly have a lasting impact on the safety and security of interior cities away from the Border.

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On July 17, 2025, I, Border Patrol Agent [PII], out of the El Centro Border Patrol Sector, was working in support of Immigration and Customs Enforcement's Operation At Large in the Sacramento

California area. I have over 5 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations.

I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed many illegal aliens. During these interviews, the majority of illegal aliens have told me that their final destination was California.

Sacramento, California has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. The entire state of California has been designated as a sanctuary for illegal aliens. Sanctuary cities within the sanctuary state have established illegal alien populations and support networks.

Nonprofit organizations, immigrant advocacy groups, and anti-immigration enforcement coalitions coordinate access for illegal aliens to gain employment, secure certain educational, health, social, and legal defense services. These groups and the availability to benefits entice illegal aliens to come to California, often in defiance of federal laws and regulations.

On July 17, 2025, I, Border Patrol Agent (BPA) [PII] along with BPA-I [PII], were conducting anti-smuggling operations in the unmarked Sacramento, CA in support of Operation At Large. Sacramento has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States.

BPA-I [PII] and I, [PII], were working in civilian attire. Agent [PII] and I were both wearing agency issued ballistic body armor with Border Patrol identifiers, badge, and clear police markings on front and back. We were operating an unmarked Border Patrol service vehicle to blend in with the regular public and to avoid bringing attention to ourselves. The location of today's operation was the Home Depot located near Florin Rd. and Bowling Dr., Sacramento, California.

Prior to arriving at this location, Supervisory Border Patrol Agent-Intelligence [PII] shared an intelligence bulletin with me (dated July 16, 2025) regarding this location and other pertinent facts that supported our targeted enforcement operation in the city of Sacramento. Some of the points in this bulletin covered the following:

-Since June 7, 2025, United States Border Patrol and allied partners supporting Immigration and Customs Enforcement (ICE) Operation at Large arrested 1278 illegal aliens and 41 United States citizens for impeding or assaulting federal agents during their duties. Arrest locations include Home Depot and other business known to hire illegal aliens.

**LES**

# LES

- On July 15, 2025, El Centro Sector Border Patrol Agents conducted surveillance at a Home Depot located at 4641 Florin Road, Sacramento, CA 95823. During surveillance, agents observed the following: At approximately 7:43 hours, approximately 20-day laborers were observed gathering in the parking lot. Utilizing CBP databases, agents identified an illegal alien previously convicted for 8 USC 1325 in the group of laborers. This illegal alien was convicted and served 60 days in a detention facility. At approximately 1115 hours, agents observed another illegal alien with a prior removal order in the group.

-During surveillance, a truck parked in the Home Depot parking lot with day laborers nearby was observed. This truck is registered to an illegal alien. Research on this license plate and individual revealed that this illegal alien is residing in Sacraments and has been removed from the United States on several occasions. Law enforcement databases showed that this illegal alien was previously apprehended attempting to enter the United States without authorization in the El Centro Sector.

It is common knowledge to Border Patrol Agents that illegal aliens congregate at locations such as Home Depot to solicit cash paying day labor jobs. Illegal aliens work these jobs because they lack documentation allowing them to gain steady and lawful employment. Illegal aliens also work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I arrived at the Home Depot at approximately 7:25 AM, and I parked in a public access area. I intended to search for the illegal aliens identified during prior surveillance operations. I also intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect. They moved in a relaxed manner with an identified purpose. By contrast, groups of other individuals, scattered throughout the parking lot, behaved differently than people shopping at Home Depot. They were loitering in stationary locations and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work.

As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people looking furtively in my direction and ran away from me and other Border Patrol Agents. Their actions were far different than customers entering and exiting the store. I know from experience that the mere presence of a Border Patrol Agent can induce panic in aliens who are unlawfully present, for fear of arrest and deportation.

One of the fleeing individuals was later identified as [PII] (DOB [PII] ). I verbally identified myself as a U.S. Border Patrol Agent while wearing official Border Patrol Agent identifiers and ordered [PII] to stop. [PII] ignored my lawful orders to stop and continued running away from me. After a short foot pursuit, I was able to catch him, stop him and detain him in order to perform a brief immigration inspection on him, as I firmly believed that he was an illegal alien at this point.

I performed a field immigration interview on [PII] During the interview I determined [PII] [PII] was illegally present in the United States [PII] was determined to be a citizen of [PII] with no legal documents to be in the United States. Furthermore, [PII] stated he was a citizen of [PII] with no legal documents to be in the United States. Record checks in Department of Homeland Security databases showed that he was never placed in removal proceeding, despite knowingly being illegally present in the United States.

[PII] made no claims to being domiciled, owning a home, or having a steady and legal income. [PII] is considered a flight risk due to his illegal presence in the United States, his willful disregard for the United States immigration and criminal laws, his ability to disappear into the millions of people living in the Sacramento County area, his failure to register as an alien within the United States, his flight from law enforcement to avoid arrest, and Agents' collective belief (based on training and experience) that he would abscond if released. At Approximately 7:30 AM, a was officially placed under arrest for immigration Title 8 violation and transported to a nearby Immigration and Customs Enforcement facility for processing and removal.

Status Report Ex. C 000004

Message

| From: | PII | LEP | | |
|---|---|---|---|---|
| Sent: | 7/18/2025 5:04:14 PM | | | |
| To: | PII | LEP | PII | LEP | PII |
| | LEP | | | |
| CC: | PII | LEP | PII | LEP |
| | PII | LEP | PII | LEP |
| Subject: | Narrative for PII | PII | | |

The United States Border Patrol (USBP) is the nation's preeminent expert at conducting roving patrol operations for the purpose of Title 8 enforcement. The United States Border Patrol has been conducting law enforcement operations for over one hundred years, across the United States. The United States Border Patrol is one of the most capable federal agencies for carrying out effective interior enforcement operations, thanks to its extensive expertise and institutional knowledge. Under the Immigration and Naturalization Service, the United States Border Patrol was previously responsible for all interior enforcement prior to the creation of Immigration and Customs Enforcement (ICE) in 2003.

In the era prior to 2003, Border Patrol used specialized expertise, operational flexibility, intelligence integration, experience in terrain and movement patterns of aliens traversing and settling in the interior, and coordination with other law enforcement partners to enhance their reach and impact throughout the United States. This generational knowledge has been passed on throughout the years to thousands of Agents, thanks to the United States Border Patrol's robust training curriculum and "Espirit de corps".

In the post 9/11 era, ICE is restricted by several factors which may limit their effectiveness in interior operations. These factors include resource and geographical limitations (manpower and field office locations), local jurisdictions and cooperation/sanctuary policies, alien integration in the communities, and operational priorities. Once Border Patrol collaborates with ICE for interior enforcement, an interagency coordinated effort will undoubtedly have a lasting impact on the safety and security of interior cities away from the Border.

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On Thursday, July 17th, 2025, I, Border Patrol Agent (BPA) [ PII ] was assigned to enforcement operations in Sacramento, California area assisting with Operation: At Large. During this operation, I was operating an unmarked Border Patrol vehicle. I have over 4 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations. I am also a special operator assigned to El Paso (BORTAC) Border Patrol Tactical Unit.

I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed many illegal aliens. During these interviews, the majority of illegal aliens have told me that their final destination was California.

Sacramento, California has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. The entire state of California has been designated as a sanctuary for illegal aliens. Sanctuary cities within the sanctuary state have established illegal alien populations and support networks.

Nonprofit organizations, immigrant advocacy groups, and anti-immigration enforcement coalitions coordinate access for illegal aliens to gain employment, secure certain educational, health, social, and legal defense services. These groups and the availability to benefits entice illegal aliens to come to California, often in defiance of federal laws and regulations.

On today's date, I was dressed in full Border Patrol multicam duty uniform and wearing agency issued ballistic body armor with Border Patrol identifiers, badge, and clear police markings on front and back. The location of today's operation was the Home Depot located near Florin Rd. and Bowling Dr., Sacramento, California.

Prior to arriving at this location, Supervisory Border Patrol Agent-Intelligence [ PII ] shared an intelligence bulletin with me (dated July 16, 2025) regarding this location and other pertinent facts that supported our targeted enforcement operation in the city of Sacramento. Some of the points in this bulletin covered the following:

-Since June 7, 2025, United States Border Patrol and allied partners supporting Immigration and Customs Enforcement (ICE) Operation at Large arrested 1278 illegal aliens and 41 United States citizens for impeding or assaulting federal agents during their duties. Arrest locations include Home Depot and other business known to hire illegal aliens.

# LES

- On July 15, 2025, El Centro Sector Border Patrol Agents conducted surveillance at a Home Depot located at 4641 Florin Road, Sacramento, CA 95823. During surveillance, agents observed the following:  At approximately 7:43 hours, approximately 20-day laborers were observed gathering in the parking lot. Utilizing CBP databases, agents identified an illegal alien previously convicted for 8 USC 1325 in the group of laborers. This illegal alien was convicted and served 60 days in a detention facility. At approximately 1115 hours, agents observed another illegal alien with a prior removal order in the group.

-During surveillance, a truck parked in the Home Depot parking lot with day laborers nearby was observed. This truck is registered to an illegal alien. Research on this license plate and individual revealed that this illegal alien is residing in Sacraments and has been removed from the United States on several occasions. Law enforcement databases showed that this illegal alien was previously apprehended attempting to enter the United States without authorization in the El Centro Sector.

It is common knowledge to Border Patrol Agents that illegal aliens congregate at locations such as Home Depot to solicit cash paying day labor jobs. Illegal aliens work these jobs because they lack documentation allowing them to gain steady and lawful employment. Illegal aliens also work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I arrived at the Home Depot at approximately 7:25 AM, and I parked in a public access area. I intended to search for the illegal aliens identified during prior surveillance operations. I also intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect. They moved in a relaxed manner with an identified purpose. By contrast, groups of other individuals, scattered throughout the parking lot, behaved differently than people shopping at Home Depot. They were loitering in stationary locations and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work.

As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people looking furtively in my direction and ran away from me and other Border Patrol Agents. Their actions were far different than customers entering and exiting the store. I know from experience that the mere presence of a Border Patrol Agent can induce panic in aliens who are unlawfully present, for fear of arrest and deportation. This unprovoked flight from law enforcement led me to believe that these individuals were involved in an active crime or were likely present in the United States without authorization.

While several subjects were actively running from other Border Patrol Agents, at approximately 7:50 a.m., Supervisory Border Patrol Agent-Intelligence [ PII ] requested assistance via handheld radio for a subject continuing to flee from him. Agent [ PII ] pursued the man into a river bottom and the man traversed the river bottom towards a nearby neighborhood. I observed the subject from my vehicle, and I drove and parked near the location of the subject's last known direction of travel. The subject noticed me park my vehicle and he jumped a chain link fence and continued fleeing on foot. I jumped the same chain link fence to have better visual of the fleeing subject.

The subject then ran a street corner leading into a residential area. I followed the subject around the street corner, and I witnessed the subject jump into the backyard of a house. The approximate address to what I saw happened was located at [ PII ] The fleeing subject jumped a wooden fence that was

taller than me [I am 6'2 in height]. I didn't jump the fence into the backyard. I waited in the front yard to see if I could hear the subject jumping other back fences. I heard the subject through the front yard fence trying to tuck himself away and conceal his position. At that point, one male occupant came out the front door of the house while I was listening for the fleeing subject through the front yard fence. The concerned citizen pointed to the backyard, indicating to me that the subject was on his property.

Another male occupant who happened to be the owner of the home waved me in by hand to come inside to get the subject. I asked the homeowner if he was giving me consent to step onto the property and he said yes, and he gave me another hand gesture to come forth inside. I asked him to open the back door so I could get to the backyard in the corner where I had heard the intruder tuck away. I approached and encountered the fleeing subject who identified himself as [PII] (DOB [PII]). The man was later positively identified as [PII] (DOB: [PII]). I identified myself to [PII] as a U.S. Border Patrol Agent. I conducted a filed interview on [PII] to determine his citizenship. During the interview, [PII] acknowledged that I was a United States Border Patrol Agent, and he told me he had proper documentation to be in the United States. I asked for proof and [PII] said he dropped it while running. I explained to [PII] that if he had proper documentation, then he had nothing to be concerned about, and we would verify the claim.

I then asked [PII] why he ran, if he had proper documentation and he looked around and gave me indication he was about to flee again. I asked him again why he fled, and he said his documentation was at home now. I displayed my handcuffs and told [PII] that he had to come with me so we could determine his citizenship. [PII] declined and actively resisted apprehension by not allowing me to cuff his wrists. He moved his body away from me as I tried to place my hands on his wrists. [PII] resisted my efforts and absconded into the area of the back door of the residence [PII] then noticed the occupant of the home that had initially told me of his whereabouts, and he was speaking Spanish to the occupant. [PII] asked him for help so he could team up on me and get away. I heard the word "ayudame," which means, "help me" in Spanish. And I heard the word "vamos" which means "leave" in Spanish. The occupant declined his request and assisted me instead of him.

I guided [PII] to the entry of the back door, and he began actively resisting my efforts to conduct a lawful arrest again. [PII] then began mechanically resisting by holding onto the back door, so that I couldn't get him inside. The occupant of the house called the homeowner by name, so that he could help us cuff [PII] The homeowner came to assist with controlling [PII] into handcuffs. The owner appeared to of an elder age, so [PII] had a physical advantage over him. [PII] was grunting with effort, released the door, and grabbed the owner of the house around his head with two hands with the intent to cause physical harm. [PII] and the homeowner fell onto the floor into the house. The homeowner wrestled [PII] to the ground and [PII] began striking the homeowner in his with his hands.

I, Agent [PII], put one cuff on the wrist of [PII] and told him to stop. The homeowner then walked off into another room in the house. I was able to control and hold [PII] and he continued to actively resist my attempts to arrest him. After a few moments I noticed [PII] started to tire out before giving up and allowing me to cuff the other wrist. Both hands were cuffed in front of his body and not behind his back. I then used the radio to call for transport. I didn't know the exact location and asked the occupants of the house, but they didn't reply. I noticed a woman, possibly the neighbor, using her phone to record the encounter through the front door. The occupants left the front door opened, so she was able to see inside the house. I overheard her talking on the phone to an emergency line, and she asked me who I was. I told her that I was United States Border Patrol, and my call sign was EZ-20.

Agent [PII] conducted record checks in law enforcement databases and confirmed [PII] is a [PII] [PII] [PII]

[PII] the subject qualifies as an aggravated felon under INA § 101(a)(43) and is amenable to reinstatement of removal under INA § 241(a)(5).

[PII] made no claims to owning a home, other assets, or having a steady and legal income. [PII] was located in California, which is a sanctuary state. Sanctuary states shield the identity of illegal aliens from Immigration Officials. Agents believed that if [PII] was released, it would be impossible to locate him later.

[PII] fled from law enforcement to avoid arrest. [PII] is considered a flight risk due to his illegal presence in the United States, his willful disregard for the United States immigration and criminal laws, his ability to disappear into the millions of people living in the Sacramento County area, his prior removals from the United States, his status as a sex offender, his flight from law enforcement to avoid arrest, and Agents' collective belief (based on training and experience) that he would abscond if released.

At approximately 8:00 AM, [PII] was officially placed under arrest for immigration Title 8 violation and transported to a nearby Immigration and Customs Enforcement facility for processing and removal.

Message

| From: | PII | LEP | | |
|---|---|---|---|---|
| Sent: | 7/18/2025 4:44:23 AM | | | |
| To: | PII | LEP | PII | LEP | PII |
| | LEP | | | |
| CC: | PII | LEP | PII | LEP |
| | PII | LEP | PII | LEP |
| Subject: | Narrative for PII (PII) | | | |

The United States Border Patrol (USBP) is the nation's preeminent expert at conducting roving patrol operations for the purpose of Title 8 enforcement. The United States Border Patrol has been conducting law enforcement operations for over one hundred years, across the United States. The United States Border Patrol is one of the most capable federal agencies for carrying out effective interior enforcement operations, thanks to its extensive expertise and institutional knowledge. Under the Immigration and Naturalization Service, the United States Border Patrol was previously responsible for all interior enforcement prior to the creation of Immigration and Customs Enforcement (ICE) in 2003.

In the era prior to 2003, Border Patrol used specialized expertise, operational flexibility, intelligence integration, experience in terrain and movement patterns of aliens traversing and settling in the interior, and coordination with other law enforcement partners to enhance their reach and impact throughout the United States. This generational knowledge has been passed on throughout the years to thousands of Agents, thanks to the United States Border Patrol's robust training curriculum and "Espirit de corps".

In the post 9/11 era, ICE is restricted by several factors which may limit their effectiveness in interior operations. These factors include resource and geographical limitations (manpower and field office locations), local jurisdictions and cooperation/sanctuary policies, alien integration in the communities, and operational priorities. Once Border Patrol collaborates with ICE for interior enforcement, an interagency coordinated effort will undoubtedly have a lasting impact on the safety and security of interior cities away from the Border.

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On Thursday, July 17th, 2025, I, Border Patrol Agent (BPA)⌊ PII ⌋, was assigned to enforcement operations in Sacramento, California area assisting with Operation: At Large. During this operation, I was sitting in the passenger seat of an unmarked Border Patrol vehicle driven by SBPA-I⌊ PII ⌋I have over 6 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations.

I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed many illegal aliens. During these interviews, the majority of illegal aliens have told me that their final destination was California.

Sacramento, California has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. The entire state of California has been designated as a sanctuary for illegal aliens. Sanctuary cities within the sanctuary state have established illegal alien populations and support networks.

Nonprofit organizations, immigrant advocacy groups, and anti-immigration enforcement coalitions coordinate access for illegal aliens to gain employment, secure certain educational, health, social, and legal defense services. These groups and the availability to benefits entice illegal aliens to come to California, often in defiance of federal laws and regulations.

SBPA⌊ PII ⌋and I, BPA ⌊ PII ⌋, were working in civilian attire. Agent⌊ PII ⌋and I were both wearing agency issued ballistic body armor with Border Patrol identifiers, badge, and clear police markings on front and back. We were operating an unmarked Border Patrol service vehicle to blend in with the regular public and to avoid bringing attention to ourselves. The location of today's operation was the Home Depot located near Florin Rd. and Bowling Dr., Sacramento, California.

Prior to arriving at this location, Supervisory Border Patrol Agent-Intelligence⌊ PII ⌋shared an intelligence bulletin with me (dated July 16, 2025) regarding this location and other pertinent facts that supported our targeted enforcement operation in the city of Sacramento. Some of the points in this bulletin covered the following:

-Since June 7, 2025, United States Border Patrol and allied partners supporting Immigration and Customs Enforcement (ICE) Operation at Large arrested 1278 illegal aliens and 41 United States citizens for impeding or assaulting federal agents during their duties. Arrest locations include Home Depot and other business known to hire illegal aliens.

# LES

# LES

- On July 15, 2025, El Centro Sector Border Patrol Agents conducted surveillance at a Home Depot located at 4641 Florin Road, Sacramento, CA 95823. During surveillance, agents observed the following: At approximately 7:43 hours, approximately 20-day laborers were observed gathering in the parking lot. Utilizing CBP databases, agents identified an illegal alien previously convicted for 8 USC 1325 in the group of laborers. This illegal alien was convicted and served 60 days in a detention facility. At approximately 1115 hours, agents observed another illegal alien with a prior removal order in the group.

-During surveillance, a truck parked in the Home Depot parking lot with day laborers nearby was observed. This truck is registered to an illegal alien. Research on this license plate and individual revealed that this illegal alien is residing in Sacraments and has been removed from the United States on several occasions. Law enforcement databases showed that this illegal alien was previously apprehended attempting to enter the United States without authorization in the El Centro Sector.

It is common knowledge to Border Patrol Agents that illegal aliens congregate at locations such as Home Depot to solicit cash paying day labor jobs. Illegal aliens work these jobs because they lack documentation allowing them to gain steady and lawful employment. Illegal aliens also work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I arrived at the Home Depot at approximately 7:25 AM, and I parked in a public access area. I intended to search for the illegal aliens identified during prior surveillance operations. I also intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect. They moved in a relaxed manner with an identified purpose. By contrast, groups of other individuals, scattered throughout the parking lot, behaved differently than people shopping at Home Depot. They were loitering in stationary locations and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work.

As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people looking furtively in my direction and ran away from me and other Border Patrol Agents. Their actions were far different than customers entering and exiting the store. I know from experience that the mere presence of a Border Patrol Agent can induce panic in aliens who are unlawfully present, for fear of arrest and deportation.

One of the fleeing individuals was later identified as [PII] (DOB [PII]). I verbally identified myself as a U.S. Border Patrol Agent while wearing official Border Patrol Agent identifiers and ordered [PII] to stop [PII] ignored my lawful orders to stop and continued running away from me. After a short foot pursuit, I was able to catch up to him, stop him and detain him in order to perform a brief immigration inspection on him, as I firmly believed that he was an illegal alien at this point.

[PII] who was on scene, overheard my commands and observed the subject's resistance. He responded to assist in gaining control of the subject. Shortly thereafter, the subject complied and was detained without further incident.

I performed a field immigration interview on [PII] During the interview I determined [PII] was illegally present in the United States. [PII] was determined to be a citizen of [PII] with no legal documents to be in the United States. Furthermore, [PII] stated he was a citizen of [PII] with no legal documents to be in the United States. Record checks in Department of Homeland Security databases showed that [PII] had no prior encounters by ICE or USBP.

[PII] made no claims to owning a home, other assets, or having a steady and legal income. [PII] was located in California, which is a sanctuary state. Sanctuary states shield the identity of illegal aliens from Immigration Officials. Agents believed that if [PII] was released, it would be impossible to locate him later.

[PII] fled from law enforcement to avoid arrest. [PII] is considered a flight risk due to his illegal presence in the United States, his willful disregard for the United States immigration and criminal laws, his ability to disappear into the millions of people living in the Sacramento County area, his failure to register as an alien in the United States, his flight from law enforcement to avoid arrest, and Agents' collective belief (based on training and experience) that he would abscond if released.

At approximately 7:30 AM, [PII] was officially placed under arrest for immigration Title 8 violation and transported to a nearby Immigration and Customs Enforcement facility for processing and removal.



Message

| From: | PII | LEP | | | | |
|---|---|---|---|---|---|---|
| Sent: | 7/18/2025 3:58:15 AM | | | | | |
| To: | PII | LEP | PII | LEP | PII | |
| | LEP | | | | | |
| CC: | PII | LEP | PII | LEP | | |
| | PII | LEP | PII | LEP | | |
| Subject: | Narrative for | PII | ( | PII | ) | |

The United States Border Patrol (USBP) is the nation's preeminent expert at conducting roving patrol operations for the purpose of Title 8 enforcement. The United States Border Patrol has been conducting law enforcement operations for over one hundred years, across the United States. The United States Border Patrol is one of the most capable federal agencies for carrying out effective interior enforcement operations, thanks to its extensive expertise and institutional knowledge. Under the Immigration and Naturalization Service, the United States Border Patrol was previously responsible for all interior enforcement prior to the creation of Immigration and Customs Enforcement (ICE) in 2003.

In the era prior to 2003, Border Patrol used specialized expertise, operational flexibility, intelligence integration, experience in terrain and movement patterns of aliens traversing and settling in the interior, and coordination with other law enforcement partners to enhance their reach and impact throughout the United States. This generational knowledge has been passed on throughout the years to thousands of Agents, thanks to the United States Border Patrol's robust training curriculum and "Espirit de corps".

In the post 9/11 era, ICE is restricted by several factors which may limit their effectiveness in interior operations. These factors include resource and geographical limitations (manpower and field office locations), local jurisdictions and cooperation/sanctuary policies, alien integration in the communities, and operational priorities. Once Border Patrol collaborates with ICE for interior enforcement, an interagency coordinated effort will undoubtedly have a lasting impact on the safety and security of interior cities away from the Border.

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On Thursday, July 17th, 2025, I, Border Patrol Agent (BPA) [PII] was assigned to enforcement operations in Sacramento, California area assisting with Operation: At Large. During this operation, I was sitting in the passenger seat of an unmarked Border Patrol vehicle driven by BPA [PII] working in conjunction with unmarked Border Patrol vehicles assigned to SBPA-I [PII] and BPA [PII], BPA [PII] with BPA A. [PII] and BPA [PII] BPA-I [PII] and BPA [PII]

On July 17, 2025, I, Border Patrol Agent [PII], out of the El Centro Border Patrol Sector, was working in support of Immigration and Customs Enforcement's Operation At Large in the Sacramento California area. I have over 5 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations.

I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed many illegal aliens. During these interviews, the majority of illegal aliens have told me that their final destination was California.

Sacramento, California has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. The entire state of California has been designated as a sanctuary for illegal aliens. Sanctuary cities within the sanctuary state have established illegal alien populations and support networks.

Nonprofit organizations, immigrant advocacy groups, and anti-immigration enforcement coalitions coordinate access for illegal aliens to gain employment, secure certain educational, health, social, and legal defense services. These groups and the availability to benefits entice illegal aliens to come to California, often in defiance of federal laws and regulations.

BPA [PII] and I, BPA [PII], were working in civilian attire. Agent [PII] and I were both wearing agency issued ballistic body armor with Border Patrol identifiers, badge, and clear police markings on front and back. We were operating an unmarked Border Patrol service vehicle to blend in with the regular public and to avoid bringing attention to ourselves. The location of today's operation was the Home Depot located near Florin Rd. and Bowling Dr., Sacramento, California.

Prior to arriving at this location, Supervisory Border Patrol Agent-Intelligence [PII] shared an intelligence bulletin with me (dated July 16, 2025) regarding this location and other pertinent facts that supported our targeted enforcement operation in the city of Sacramento. Some of the points in this bulletin covered the following:

-Since June 7, 2025, United States Border Patrol and allied partners supporting Immigration and Customs Enforcement (ICE) Operation at Large arrested 1278 illegal aliens and 41 United States citizens for impeding or assaulting federal agents during their duties. Arrest locations include Home Depot and other business known to hire illegal aliens.

**LES**

Status Report Ex. F 000002

# LES

- On July 15, 2025, El Centro Sector Border Patrol Agents conducted surveillance at a Home Depot located at 4641 Florin Road, Sacramento, CA 95823. During surveillance, agents observed the following:  At approximately 7:43 hours, approximately 20-day laborers were observed gathering in the parking lot. Utilizing CBP databases, agents identified an illegal alien previously convicted for 8 USC 1325 in the group of laborers. This illegal alien was convicted and served 60 days in a detention facility. At approximately 1115 hours, agents observed another illegal alien with a prior removal order in the group.

-During surveillance, a truck parked in the Home Depot parking lot with day laborers nearby was observed. This truck is registered to an illegal alien. Research on this license plate and individual revealed that this illegal alien is residing in Sacraments and has been removed from the United States on several occasions. Law enforcement databases showed that this illegal alien was previously apprehended attempting to enter the United States without authorization in the El Centro Sector.

It is common knowledge to Border Patrol Agents that illegal aliens congregate at locations such as Home Depot to solicit cash paying day labor jobs. Illegal aliens work these jobs because they lack documentation allowing them to gain steady and lawful employment. Illegal aliens also work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I arrived at the Home Depot at approximately 7:25 AM, and I parked in a public access area. I intended to search for the illegal aliens identified during prior surveillance operations. I also intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect. They moved in a relaxed manner with an identified purpose. By contrast, groups of other individuals, scattered throughout the parking lot, behaved differently than people shopping at Home Depot. They were loitering in stationary locations and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work.

As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people looking furtively in my direction and ran away from me and other Border Patrol Agents. Their actions were far different than customers entering and exiting the store. I know from experience that the mere presence of a Border Patrol Agent can induce panic in aliens who are unlawfully present, for fear of arrest and deportation.

One of the fleeing individuals was later identified as [    PII    ](DOB[   PII   ]). I verbally identified myself as a U.S. Border Patrol Agent while wearing official Border Patrol Agent identifiers and ordered [   PII   ] to stop. [    PII    ] ignored my lawful orders to stop and continued running away from me. After a short foot pursuit, I was able to catch him, stop him and detain him in order to perform a brief immigration inspection on him, as I firmly believed that he was an illegal alien at this point.

I performed a field immigration interview on [PII]. During the interview I determined [PII] was illegally present in the United States. [PII] was determined to be a citizen of [PII] with no legal documents to be in the United States. Furthermore, [PII] stated he was a citizen of [PII] with no legal documents to be in the United States. Record checks in Department of Homeland Security databases showed that he was previously ordered removed from the United States.

[PII] made no claims to being domiciled, owning a home, or having a steady and legal income. [PII] was located in California, which is a sanctuary state. Sanctuary states shield the identity of illegal aliens from Immigration Officials. Agents believed that if [PII] was released, it would be impossible to locate him later. [PII] also fled from law enforcement to avoid arrest. [PII] is considered a flight risk due to his illegal presence in the United States, his willful disregard for the United States immigration and criminal laws, his ability to disappear into the millions of people living in the Sacramento County area, his prior orders of removal, his flight from law enforcement to avoid arrest, and Agents' collective belief (based on training and experience) that he would abscond if released. At approximately 7:30 AM, [PII] [PII] was officially placed under arrest for immigration Title 8 violation and transported to a nearby Immigration and Customs Enforcement facility for processing and removal.

Message

| From: | PII | LEP | | | |
|---|---|---|---|---|---|
| Sent: | 7/18/2025 2:57:27 PM | | | | |
| To: | PII | LEP | PII | LEP | PII |
| | LEP | | | | |
| CC: | PII | LEP | PII | LEP | |
| | PII | LEP | PII | LEP | |
| Subject: | Narrative for PII (Isael Antonio LOPEZ-Mazariegos) | | | | |

The United States Border Patrol (USBP) is the nation's preeminent expert at conducting roving patrol operations for the purpose of Title 8 enforcement. The United States Border Patrol has been conducting law enforcement operations for over one hundred years, across the United States. The United States Border Patrol is one of the most capable federal agencies for carrying out effective interior enforcement operations, thanks to its extensive expertise and institutional knowledge. Under the Immigration and Naturalization Service, the United States Border Patrol was previously responsible for all interior enforcement prior to the creation of Immigration and Customs Enforcement (ICE) in 2003.

In the era prior to 2003, Border Patrol used specialized expertise, operational flexibility, intelligence integration, experience in terrain and movement patterns of aliens traversing and settling in the interior, and coordination with other law enforcement partners to enhance their reach and impact throughout the United States. This generational knowledge has been passed on throughout the years to thousands of Agents, thanks to the United States Border Patrol's robust training curriculum and "Espirit de corps".

In the post 9/11 era, ICE is restricted by several factors which may limit their effectiveness in interior operations. These factors include resource and geographical limitations (manpower and field office locations), local jurisdictions and cooperation/sanctuary policies, alien integration in the communities, and operational priorities. Once Border Patrol collaborates with ICE for interior enforcement, an interagency coordinated effort will undoubtedly have a lasting impact on the safety and security of interior cities away from the Border.

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On July 17, 2025, I, Border Patrol Agent PII , out of the El Centro Border Patrol Sector, was working in support of Immigration and Customs Enforcement's Operation At Large in the Sacramento California area. I

have over 5 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations.

I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed many illegal aliens. During these interviews, the majority of illegal aliens have told me that their final destination was California.

Sacramento, California has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. The entire state of California has been designated as a sanctuary for illegal aliens. Sanctuary cities within the sanctuary state have established illegal alien populations and support networks.

Nonprofit organizations, immigrant advocacy groups, and anti-immigration enforcement coalitions coordinate access for illegal aliens to gain employment, secure certain educational, health, social, and legal defense services. These groups and the availability to benefits entice illegal aliens to come to California, often in defiance of federal laws and regulations.

On July 17, 2025, I, Border Patrol Agent PII was conducting anti-smuggling operations in the Sacramento, CA in support of Operation At Large. Sacramento has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. I was dressed in full Border Patrol rough duty uniform and wearing agency issued ballistic body armor with Border Patrol identifiers, badge, and clear police markings on front and back. I was operating an unmarked Border Patrol service vehicle to blend in with the regular public and to avoid bringing attention to ourselves. The location of today's operation was the Home Depot located near Florin Rd. and Bowling Dr., Sacramento, California.

Prior to arriving at this location, Supervisory Border Patrol Agent-Intelligence PII shared an intelligence bulletin with me (dated July 16, 2025) regarding this location and other pertinent facts that supported our targeted enforcement operation in the city of Sacramento. Some of the points in this bulletin covered the following:

-Since June 7, 2025, United States Border Patrol and allied partners supporting Immigration and Customs Enforcement (ICE) Operation at Large arrested 1278 illegal aliens and 41 United States citizens for impeding or assaulting federal agents during their duties. Arrest locations include Home Depot and other business known to hire illegal aliens.



- On July 15, 2025, El Centro Sector Border Patrol Agents conducted surveillance at a Home Depot located at 4641 Florin Road, Sacramento, CA 95823. During surveillance, agents observed the following: At approximately 7:43 hours, approximately 20-day laborers were observed gathering in the parking lot. Utilizing CBP databases, agents identified an illegal alien previously convicted for 8 USC 1325 in the group of laborers. This illegal alien was convicted and served 60 days in a detention facility. At approximately 1115 hours, agents observed another illegal alien with a prior removal order in the group.

-During surveillance, a truck parked in the Home Depot parking lot with day laborers nearby was observed. This truck is registered to an illegal alien. Research on this license plate and individual revealed that this illegal alien is residing in Sacraments and has been removed from the United States on several occasions. Law enforcement databases showed that this illegal alien was previously apprehended attempting to enter the United States without authorization in the El Centro Sector.

It is common knowledge to Border Patrol Agents that illegal aliens congregate at locations such as Home Depot to solicit cash paying day labor jobs. Illegal aliens work these jobs because they lack documentation allowing them to gain steady and lawful employment. Illegal aliens also work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I arrived at the Home Depot at approximately 7:25 AM, and I parked in a public access area. I intended to search for the illegal aliens identified during prior surveillance operations. I also intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect. They moved in a relaxed manner with an identified purpose. By contrast, groups of other individuals, scattered throughout the parking lot, behaved differently than people shopping at Home Depot. They were loitering in stationary locations and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work.

As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people looking furtively in my direction and ran away from me and other Border Patrol Agents. Their actions were far different than customers entering and exiting the store. I know from experience that the mere presence of a Border Patrol Agent can induce panic in aliens who are unlawfully present, for fear of arrest and deportation.

One of the fleeing individuals was later identified as Isael Antonio LOPEZ-Mazariegos (DOB[____PII____]). This unprovoked flight from law enforcement led me to believe that the man was involved in an active crime or was likely present in the United States without authorization. I verbally identified myself as a U.S. Border Patrol Agent while wearing official Border Patrol Agent identifiers and ordered LOPEZ-Mazariegos to stop. LOPEZ-Mazariegos ignored my lawful orders to stop and continued running away from me. After a short foot pursuit, I was able to catch him, stop him and detain him in order to perform a brief immigration inspection on him, as I firmly believed that he was an illegal alien at this point.

I performed a field immigration interview on LOPEZ-Mazariegos. During the interview I determined LOPEZ-Mazariegos was illegally present in the United States. LOPEZ-Mazariegos was determined to be a citizen of [__PII__] with no legal documents to be in the United States. Furthermore, LOPEZ-Mazariegos stated he was a citizen of [__PII__] with no legal documents to be in the United States. Record checks in Department of Homeland Security databases showed that LOPEZ-Mazariegos was previously ordered removed from the United States and has criminal convictions under FBI#[___PII___]

Status Report Ex. G 000003

LOPEZ-Mazariegos made no claims to owning a home, owning other assets, or having a steady and legal income. LOPEZ-Mazariegos is considered a flight risk due to his illegal presence in the United States, his willful disregard for the United States immigration and criminal laws, his ability to disappear into the millions of people living in the Sacramento County area, his prior order of removal, his flight from law enforcement to avoid arrest, and Agents' collective belief (based on training and experience) that he would abscond if released. At Approximately 7:30 AM, LOPEZ-Mazariegos was officially placed under arrest for immigration Title 8 violation and transported to a nearby Immigration and Customs Enforcement facility for processing and removal.

Status Report Ex. G 000004



Message

| | | |
|---|---|---|
| From: | PII | LEP |
| Sent: | 7/18/2025 2:08:42 AM | |
| To: | PII   LEP   PII   LEP   PII | |
| | LEP | |
| CC: | PII   LEP   PII   LEP | |
| | PII   LEP   PII | |
| | LEP   PII   LEP | |
| Subject: | Narrative for PII (Filiberto RIVERA-Molina) | |

The United States Border Patrol (USBP) is the nation's preeminent expert at conducting roving patrol operations for the purpose of Title 8 enforcement. The United States Border Patrol has been conducting law enforcement operations for over one hundred years, across the United States. The United States Border Patrol is one of the most capable federal agencies for carrying out effective interior enforcement operations, thanks to its extensive expertise and institutional knowledge. Under the Immigration and Naturalization Service, the United States Border Patrol was previously responsible for all interior enforcement prior to the creation of Immigration and Customs Enforcement (ICE) in 2003.

In the era prior to 2003, Border Patrol used specialized expertise, operational flexibility, intelligence integration, experience in terrain and movement patterns of aliens traversing and settling in the interior, and coordination with other law enforcement partners to enhance their reach and impact throughout the United States. This generational knowledge has been passed on throughout the years to thousands of Agents, thanks to the United States Border Patrol's robust training curriculum and "Espirit de corps".

In the post 9/11 era, ICE is restricted by several factors which may limit their effectiveness in interior operations. These factors include resource and geographical limitations (manpower and field office locations), local jurisdictions and cooperation/sanctuary policies, alien integration in the communities, and operational priorities. Once Border Patrol collaborates with ICE for interior enforcement, an interagency coordinated effort will undoubtedly have a lasting impact on the safety and security of interior cities away from the Border.

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On July 17, 2025, I, Border Patrol Agent [PII], out of the El Centro Border Patrol Sector, was working in support of Immigration and Customs Enforcement's Operation At Large in the Sacramento California area. I have over 5 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations.

I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed many illegal aliens. During these interviews, the majority of illegal aliens have told me that their final destination was California.

Sacramento, California has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. The entire state of California has been designated as a sanctuary for illegal aliens. Sanctuary cities within the sanctuary state have established illegal alien populations and support networks.

Nonprofit organizations, immigrant advocacy groups, and anti-immigration enforcement coalitions coordinate access for illegal aliens to gain employment, secure certain educational, health, social, and legal defense services. These groups and the availability to benefits entice illegal aliens to come to California, often in defiance of federal laws and regulations.

On July 17, 2025, BPA Christopher [PII] and I, BPA [PII], were working in civilian attire. Agent [PII] and I were both wearing agency issued ballistic body armor with Border Patrol identifiers, badge, and clear police markings on front and back. We were operating an unmarked Border Patrol service vehicle to blend in with the regular public and to avoid bringing attention to ourselves. The location of today's operation was the Home Depot located near Florin Rd. and Bowling Dr., Sacramento, California.

Prior to arriving at this location, Supervisory Border Patrol Agent-Intelligence [PII] shared an intelligence bulletin with me (dated July 16, 2025) regarding this location and other pertinent facts that supported our targeted enforcement operation in the city of Sacramento. Some of the points in this bulletin covered the following:

-Since June 7, 2025, United States Border Patrol and allied partners supporting Immigration and Customs Enforcement (ICE) Operation at Large arrested 1278 illegal aliens and 41 United States citizens for impeding or assaulting federal agents during their duties. Arrest locations include Home Depot and other business known to hire illegal aliens.

# LES

- On July 15, 2025, El Centro Sector Border Patrol Agents conducted surveillance at a Home Depot located at 4641 Florin Road, Sacramento, CA 95823. During surveillance, agents observed the following:  At approximately 7:43 hours, approximately 20-day laborers were observed gathering in the parking lot. Utilizing

CBP databases, agents identified an illegal alien previously convicted for 8 USC 1325 in the group of laborers. This illegal alien was convicted and served 60 days in a detention facility. At approximately 1115 hours, agents observed another illegal alien with a prior removal order in the group.

-During surveillance, a truck parked in the Home Depot parking lot with day laborers nearby was observed. This truck is registered to an illegal alien. Research on this license plate and individual revealed that this illegal alien is residing in Sacraments and has been removed from the United States on several occasions. Law enforcement databases showed that this illegal alien was previously apprehended attempting to enter the United States without authorization in the El Centro Sector.

It is common knowledge to Border Patrol Agents that illegal aliens congregate at locations such as Home Depot to solicit cash paying day labor jobs. Illegal aliens work these jobs because they lack documentation allowing them to gain steady and lawful employment. Illegal aliens also work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I arrived at the Home Depot at approximately 7:25 AM, and I parked in a public access area. I intended to search for the illegal aliens identified during prior surveillance operations. I also intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect. They moved in a relaxed manner with an identified purpose. By contrast, groups of other individuals, scattered throughout the parking lot, behaved differently than people shopping at Home Depot. They were loitering in stationary locations and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work.

As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people looking furtively in my direction and ran away from me and other Border Patrol Agents. Their actions were far different than customers entering and exiting the store. I know from experience that the mere presence of a Border Patrol Agent can induce panic in aliens who are unlawfully present, for fear of arrest and deportation.

One of the fleeing individuals was later identified as Filiberto De Jesus RIVERA-Molina (DOB [PII]). I verbally identified myself as a U.S. Border Patrol Agent while wearing official Border Patrol Agent identifiers and ordered RIVERA-Molina to stop. RIVERA-Molina ignored my lawful orders to stop and continued running away from me. After a short foot pursuit, I was able to catch him, stop him and detain him in order to perform a brief immigration inspection on him, as I firmly believed that he was an illegal alien at this point.

I performed a field immigration interview on RIVERA-Molina. During the interview I determined RIVERA-Molina was illegally present in the United States. RIVERA-Molina was determined to be a citizen of [PII] with no legal documents to be in the United States. Furthermore, RIVERA-Molina stated he was a citizen of [PII] with no legal documents to be in the United States. Record checks in Department of Homeland Security databases showed that he was never placed in removal proceeding, despite knowingly being illegally present in the United States.

RIVERA-Molina is considered a flight risk due to his illegal presence in the United States, his willful disregard for the United States immigration and criminal laws, his ability to disappear into the millions of people living in the Sacramento County area, his failure to register as an alien within the United States, his flight from law enforcement to avoid arrest, and Agents' collective belief (based on training and experience) that he would abscond if released. At Approximately 7:30 AM, RIVERA-Molina was officially placed under arrest for

immigration Title 8 violation and transported to a nearby Immigration and Customs Enforcement facility for processing and removal.

Status Report Ex. H 000004



| From: | PII | | LEP | | |
|---|---|---|---|---|---|
| Sent: | 7/18/2025 5:30:27 PM | | | | |
| To: | PII | LEP | PII | LEP | PII |
| | LEP | | | | |
| CC: | PII | LEP | PII | | LEP |
| | PII | LEP | | PII | LEP |
| Subject: | Narrative for PII ( PII ) | | | | |

The United States Border Patrol (USBP) is the nation's preeminent expert at conducting roving patrol operations for the purpose of Title 8 enforcement. The United States Border Patrol has been conducting law enforcement operations for over one hundred years, across the United States. The United States Border Patrol is one of the most capable federal agencies for carrying out effective interior enforcement operations, thanks to its extensive expertise and institutional knowledge. Under the Immigration and Naturalization Service, the United States Border Patrol was previously responsible for all interior enforcement prior to the creation of Immigration and Customs Enforcement (ICE) in 2003.

In the era prior to 2003, Border Patrol used specialized expertise, operational flexibility, intelligence integration, experience in terrain and movement patterns of aliens traversing and settling in the interior, and coordination with other law enforcement partners to enhance their reach and impact throughout the United States. This generational knowledge has been passed on throughout the years to thousands of Agents, thanks to the United States Border Patrol's robust training curriculum and "Espirit de corps".

In the post 9/11 era, ICE is restricted by several factors which may limit their effectiveness in interior operations. These factors include resource and geographical limitations (manpower and field office locations), local jurisdictions and cooperation/sanctuary policies, alien integration in the communities, and operational priorities. Once Border Patrol collaborates with ICE for interior enforcement, an interagency coordinated effort will undoubtedly have a lasting impact on the safety and security of interior cities away from the Border.
Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On July 17, 2025, I, Border Patrol Agent PII , out of the El Centro Border Patrol Sector, was working in support of Immigration and Customs Enforcement's Operation At Large in the Sacramento California area. I have over 17 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations.

I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law

enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted several hundreds smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, the majority of illegal aliens have told me that their final destination was California.

Sacramento, California has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. The entire state of California has been designated as a sanctuary for illegal aliens. Sanctuary cities within the sanctuary state have established illegal alien populations and support networks.

Nonprofit organizations, immigrant advocacy groups, and anti-immigration enforcement coalitions coordinate access for illegal aliens to gain employment, secure certain educational, health, social, and legal defense services. These groups and the availability to benefits entice illegal aliens to come to California, often in defiance of federal laws and regulations.

On July 17, 2025, I was dressed in Border Patrol multicam uniform. I was wearing agency issued ballistic body armor with Border Patrol identifiers, badge, and clear police markings on front and back. I was operating an unmarked Border Patrol service vehicle to blend in with the regular public and to avoid bringing attention to myself. The location of today's operation was the Home Depot located near Florin Rd. and Bowling Dr., in Sacramento, California.

Prior to arriving at this location, Supervisory Border Patrol Agent-Intelligence [ PII ] shared an intelligence bulletin with me (dated July 16, 2025) regarding this location and other pertinent facts that supported our targeted enforcement operation in the city of Sacramento. Some of the points in this bulletin covered the following:

-Since June 7, 2025, United States Border Patrol and allied partners supporting Immigration and Customs Enforcement (ICE) Operation at Large arrested 1278 illegal aliens and 41 United States citizens for impeding or assaulting federal agents during their duties. Arrest locations include Home Depot and other business known to hire illegal aliens.



- On July 15, 2025, El Centro Sector Border Patrol Agents conducted surveillance at a Home Depot located at 4641 Florin Road, Sacramento, CA 95823. During surveillance, agents observed the following:  At approximately 7:43 hours, approximately 20-day laborers were observed gathering in the parking lot. Utilizing CBP databases, agents identified an illegal alien previously convicted for 8 USC 1325 in the group of laborers. This illegal alien was convicted and served 60 days in a detention facility. At approximately 1115 hours, agents observed another illegal alien with a prior removal order in the group.

-During surveillance, a truck parked in the Home Depot parking lot with day laborers nearby was observed. This truck is registered to an illegal alien. Research on this license plate and individual revealed that this illegal alien is residing in Sacraments and has been removed from the United States on several occasions. Law enforcement databases showed that this illegal alien was previously apprehended attempting to enter the United States without authorization in the El Centro Sector.

It is common knowledge to Border Patrol Agents that illegal aliens congregate at locations such as Home Depot to solicit cash paying day labor jobs. Illegal aliens work these jobs because they lack documentation allowing them to gain steady and lawful employment. Illegal aliens also work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I arrived at the Home Depot at approximately 7:25 AM, and I parked in a public access area. I intended to search for the illegal aliens identified during prior surveillance operations. I also intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect. They moved in a relaxed manner with an identified purpose. By contrast, groups of other individuals, scattered throughout the parking lot, behaved differently than people shopping at Home Depot. They were loitering in stationary locations and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work.

As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people looking furtively in my direction and ran away from me and other Border Patrol Agents. Their actions were far different than customers entering and exiting the store. I know from experience that the mere presence of a Border Patrol Agent can induce panic in aliens who are unlawfully present, for fear of arrest and deportation. This unprovoked flight from law enforcement led me to believe that these men were involved in an active crime or were present in the United States without authorization.

One of the fleeing individuals was later identified as [PII] (DOB [PII]). I verbally identified myself as a U.S. Border Patrol Agent while wearing official Border Patrol Agent identifiers and ordered [PII] to stop. [PII] ignored my lawful orders to stop and continued running away from me. After a short foot pursuit, I was able to catch him, stop him and detain him in order to perform a brief immigration inspection on him, as I firmly believed that he was an illegal alien at this point.

I performed a field immigration interview on [PII] During the interview I determined [PII] was illegally present in the United States. [PII] was determined to be a citizen of [PII] with no legal documents to be in the United States. Furthermore, [PII] stated he was a citizen of [PII] with no legal documents to be in the United States. Record checks in Department of Homeland Security databases showed that he was never placed in removal proceeding, despite knowingly being illegally present in the United States. Law enforcement databases show that [PII] previously lied about his citizenship, claiming to be a citizen of [PII]. [PII] was previously returned to [PII] on 4 separate occasions.

[PII] is considered a flight risk due to his illegal presence in the United States, his willful disregard for the United States immigration and criminal laws, his ability to disappear into the millions of people living in the Sacramento County area, his failure to register as an alien within the United States, his flight from law enforcement to avoid arrest, his willful misrepresentation regarding his citizenship, and Agents' collective belief (based on training and experience) that he would abscond if released. At Approximately 7:30 AM [PII] was officially placed under arrest for immigration Title 8 violation and transported to a nearby Immigration and Customs Enforcement facility for processing and removal.

Message

| From: | PII | LEP | | | |
|---|---|---|---|---|---|
| Sent: | 7/18/2025 5:16:57 PM | | | | |
| To: | PII | LEP | PII | LEP | PII |
| | LEP | | | | |
| CC: | PII | LEP | PII | LEP | |
| | PII | LEP | PII | LEP | |
| Subject: | Narrative for | PII | ( PII | ) | |

The United States Border Patrol (USBP) is the nation's preeminent expert at conducting roving patrol operations for the purpose of Title 8 enforcement. The United States Border Patrol has been conducting law enforcement operations for over one hundred years, across the United States. The United States Border Patrol is one of the most capable federal agencies for carrying out effective interior enforcement operations, thanks to its extensive expertise and institutional knowledge. Under the Immigration and Naturalization Service, the United States Border Patrol was previously responsible for all interior enforcement prior to the creation of Immigration and Customs Enforcement (ICE) in 2003.

In the era prior to 2003, Border Patrol used specialized expertise, operational flexibility, intelligence integration, experience in terrain and movement patterns of aliens traversing and settling in the interior, and coordination with other law enforcement partners to enhance their reach and impact throughout the United States. This generational knowledge has been passed on throughout the years to thousands of Agents, thanks to the United States Border Patrol's robust training curriculum and "Espirit de corps".

In the post 9/11 era, ICE is restricted by several factors which may limit their effectiveness in interior operations. These factors include resource and geographical limitations (manpower and field office locations), local jurisdictions and cooperation/sanctuary policies, alien integration in the communities, and operational priorities. Once Border Patrol collaborates with ICE for interior enforcement, an interagency coordinated effort will undoubtedly have a lasting impact on the safety and security of interior cities away from the Border.
Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On July 17, 2025, I, Border Patrol Agent-Intelligence PII , out of the El Centro Border Patrol Sector, was working in support of Immigration and Customs Enforcement's Operation At Large in the Sacramento California area. I have over 19 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations.

I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law

enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted several hundreds smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, the majority of illegal aliens have told me that their final destination was California.

Sacramento, California has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. The entire state of California has been designated as a sanctuary for illegal aliens. Sanctuary cities within the sanctuary state have established illegal alien populations and support networks.

Nonprofit organizations, immigrant advocacy groups, and anti-immigration enforcement coalitions coordinate access for illegal aliens to gain employment, secure certain educational, health, social, and legal defense services. These groups and the availability to benefits entice illegal aliens to come to California, often in defiance of federal laws and regulations.

On July 17, 2025, BPA [PII] and I, BPA-I [PII], were working in civilian attire. Agent [PII] and I were both wearing agency issued ballistic body armor with Border Patrol identifiers, badge, and clear police markings on front and back. We were operating an unmarked Border Patrol service vehicle to blend in with the regular public and to avoid bringing attention to ourselves. The location of today's operation was the Home Depot located near Florin Rd. and Bowling Dr., in Sacramento, California.

Prior to arriving at this location, Supervisory Border Patrol Agent-Intelligence [PII] shared an intelligence bulletin with me (dated July 16, 2025) regarding this location and other pertinent facts that supported our targeted enforcement operation in the city of Sacramento. Some of the points in this bulletin covered the following:

-Since June 7, 2025, United States Border Patrol and allied partners supporting Immigration and Customs Enforcement (ICE) Operation at Large arrested 1278 illegal aliens and 41 United States citizens for impeding or assaulting federal agents during their duties. Arrest locations include Home Depot and other business known to hire illegal aliens.

# LES

- On July 15, 2025, El Centro Sector Border Patrol Agents conducted surveillance at a Home Depot located at 4641 Florin Road, Sacramento, CA 95823. During surveillance, agents observed the following:  At approximately 7:43 hours, approximately 20-day laborers were observed gathering in the parking lot. Utilizing CBP databases, agents identified an illegal alien previously convicted for 8 USC 1325 in the group of laborers. This illegal alien was convicted and served 60 days in a detention facility. At approximately 1115 hours, agents observed another illegal alien with a prior removal order in the group.

-During surveillance, a truck parked in the Home Depot parking lot with day laborers nearby was observed. This truck is registered to an illegal alien. Research on this license plate and individual revealed that this illegal alien is residing in Sacraments and has been removed from the United States on several occasions. Law enforcement databases showed that this illegal alien was previously apprehended attempting to enter the United States without authorization in the El Centro Sector.

It is common knowledge to Border Patrol Agents that illegal aliens congregate at locations such as Home Depot to solicit cash paying day labor jobs. Illegal aliens work these jobs because they lack documentation allowing them to gain steady and lawful employment. Illegal aliens also work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I arrived at the Home Depot at approximately 7:15 AM, and I parked in a public access area. I intended to search for the illegal aliens identified during prior surveillance operations. I also intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect. They moved in a relaxed manner with an identified purpose. By contrast, groups of other individuals, scattered throughout the parking lot, behaved differently than people shopping at Home Depot. They were loitering in stationary locations and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work.

As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people looking furtively in my direction and ran away from me and other Border Patrol Agents. Their actions were far different than customers entering and exiting the store. I know from experience that the mere presence of a Border Patrol Agent can induce panic in aliens who are unlawfully present, for fear of arrest and deportation. This unprovoked flight from law enforcement led me to believe that these men were involved in an active crime or were present in the United States without authorization.

One of the fleeing individuals was later identified as [PII] (DOB [PII]). I verbally identified myself as a U.S. Border Patrol Agent while wearing official Border Patrol Agent identifiers and ordered [PII] to stop. [PII] ignored my lawful orders to stop and continued running away from me. After a short foot pursuit, I was able to catch him, stop him and detain him in order to perform a brief immigration inspection on him, as I firmly believed that he was an illegal alien at this point.

I performed a field immigration interview on [PII]. During the interview I determined [PII] was illegally present in the United States. [PII] was determined to be a citizen of [PII] with no legal documents to be in the United States. Furthermore, [PII] stated he was a citizen of [PII] with no legal documents to be in the United States. Record checks in Department of Homeland Security databases showed that he was never placed in removal proceeding, despite knowingly being illegally present in the United States.

[PII] is considered a flight risk due to his illegal presence in the United States, his willful disregard for the United States immigration and criminal laws, his ability to disappear into the millions of people living in the Sacramento County area, his failure to register as an alien within the United States, his flight from law enforcement to avoid arrest, and Agents' collective belief (based on training and experience) that he would abscond if released. At Approximately 7:30 AM, [PII] was officially placed under arrest for immigration Title 8 violation and transported to a nearby Immigration and Customs Enforcement facility for processing and removal.



Message

| | | |
|---|---|---|
| From: | PII | LEP |
| Sent: | 7/18/2025 3:22:07 PM | |

To: | PII | LEP | PII | LEP | PII |
| | LEP | | | |

CC: | PII | LEP | PII | LEP |
| PII | LEP | PII | LEP |

Subject: Narrative for [PII] (Selvin Osbeli MEJIA-Diaz)

The United States Border Patrol (USBP) is the nation's preeminent expert at conducting roving patrol operations for the purpose of Title 8 enforcement. The United States Border Patrol has been conducting law enforcement operations for over one hundred years, across the United States. The United States Border Patrol is one of the most capable federal agencies for carrying out effective interior enforcement operations, thanks to its extensive expertise and institutional knowledge. Under the Immigration and Naturalization Service, the United States Border Patrol was previously responsible for all interior enforcement prior to the creation of Immigration and Customs Enforcement (ICE) in 2003.

In the era prior to 2003, Border Patrol used specialized expertise, operational flexibility, intelligence integration, experience in terrain and movement patterns of aliens traversing and settling in the interior, and coordination with other law enforcement partners to enhance their reach and impact throughout the United States. This generational knowledge has been passed on throughout the years to thousands of Agents, thanks to the United States Border Patrol's robust training curriculum and "Espirit de corps".

In the post 9/11 era, ICE is restricted by several factors which may limit their effectiveness in interior operations. These factors include resource and geographical limitations (manpower and field office locations), local jurisdictions and cooperation/sanctuary policies, alien integration in the communities, and operational priorities. Once Border Patrol collaborates with ICE for interior enforcement, an interagency coordinated effort will undoubtedly have a lasting impact on the safety and security of interior cities away from the Border.

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On July 17, 2025, I, Border Patrol Agent [PII] out of the El Paso Border Patrol Sector, was working in support of Immigration and Customs Enforcement's Operation At Large in the Sacramento

California area. I have over 8 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations.

I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed many illegal aliens. During these interviews, the majority of illegal aliens have told me that their final destination was California.

Sacramento, California has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. The entire state of California has been designated as a sanctuary for illegal aliens. Sanctuary cities within the sanctuary state have established illegal alien populations and support networks.

Nonprofit organizations, immigrant advocacy groups, and anti-immigration enforcement coalitions coordinate access for illegal aliens to gain employment, secure certain educational, health, social, and legal defense services. These groups and the availability to benefits entice illegal aliens to come to California, often in defiance of federal laws and regulations.

On July 17, 2025, I, Border Patrol Agent [PII] was conducting anti-smuggling operations in the Sacramento, CA in support of Operation At Large. Sacramento has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. I was dressed in full Border Patrol multicam duty uniform and wearing agency issued ballistic body armor with Border Patrol identifiers, badge, and clear police markings on front and back. I was operating an unmarked Border Patrol service vehicle to blend in with the regular public and to avoid bringing attention to ourselves. The location of today's operation was the Home Depot located near Florin Rd. and Bowling Dr., Sacramento, California.

Prior to arriving at this location, Supervisory Border Patrol Agent-Intelligence [PII] shared an intelligence bulletin with me (dated July 16, 2025) regarding this location and other pertinent facts that supported our targeted enforcement operation in the city of Sacramento. Some of the points in this bulletin covered the following:

-Since June 7, 2025, United States Border Patrol and allied partners supporting Immigration and Customs Enforcement (ICE) Operation at Large arrested 1278 illegal aliens and 41 United States citizens for impeding or assaulting federal agents during their duties. Arrest locations include Home Depot and other business known to hire illegal aliens.

# LES

- On July 15, 2025, El Centro Sector Border Patrol Agents conducted surveillance at a Home Depot located at 4641 Florin Road, Sacramento, CA 95823. During surveillance, agents observed the following: At approximately 7:43 hours, approximately 20-day laborers were observed gathering in the parking lot. Utilizing CBP databases, agents identified an illegal alien previously convicted for 8 USC 1325 in the group of laborers. This illegal alien was convicted and served 60 days in a detention facility. At approximately 1115 hours, agents observed another illegal alien with a prior removal order in the group.

-During surveillance, a truck parked in the Home Depot parking lot with day laborers nearby was observed. This truck is registered to an illegal alien. Research on this license plate and individual revealed that this illegal alien is residing in Sacraments and has been removed from the United States on several occasions. Law enforcement databases showed that this illegal alien was previously apprehended attempting to enter the United States without authorization in the El Centro Sector.

It is common knowledge to Border Patrol Agents that illegal aliens congregate at locations such as Home Depot to solicit cash paying day labor jobs. Illegal aliens work these jobs because they lack documentation allowing them to gain steady and lawful employment. Illegal aliens also work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I arrived at the Home Depot at approximately 7:25 AM, and I parked in a public access area. I intended to search for the illegal aliens identified during prior surveillance operations. I also intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect. They moved in a relaxed manner with an identified purpose. By contrast, groups of other individuals, scattered throughout the parking lot, behaved differently than people shopping at Home Depot. They were loitering in stationary locations and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work.

As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people looking furtively in my direction and ran away from me and other Border Patrol Agents. Their actions were far different than customers entering and exiting the store. I know from experience that the mere presence of a Border Patrol Agent can induce panic in aliens who are unlawfully present, for fear of arrest and deportation.

One of the fleeing individuals was later identified as Selvin Osbeli MEJIA-Diaz (DOB ____PII____). This unprovoked flight from law enforcement led me to believe that the man was involved in an active crime or was likely present in the United States without authorization. I verbally identified myself as a U.S. Border Patrol Agent while wearing official Border Patrol Agent identifiers and ordered MEJIA-Diaz to stop. MEJIA-Diaz ignored my lawful orders to stop and continued running away from me. After a short foot pursuit, I was able to catch him, stop him and detain him in order to perform a brief immigration inspection on him, as I firmly believed that he was an illegal alien at this point.

I performed a field immigration interview on MEJIA-Diaz. During the interview I determined MEJIA-Diaz was illegally present in the United States. MEJIA-Diaz was determined to be a citizen of ____PII____ with no legal documents to be in the United States. Furthermore, MEJIA-Diaz stated he was a citizen of ___PII___ with no legal documents to be in the United States. Record checks in Department of Homeland Security databases showed that MEJIA-Diaz was previously issued a Notice To Appear. MEJIA-Diaz' flight to avoid a law enforcement encounter warranted his detention.

MEJIA-Diaz made no claims to owning a home, owning other assets, or having a steady and legal income. MEJIA-Diaz is considered a flight risk due to his illegal presence in the United States, his willful disregard for the United States immigration and criminal laws, his ability to disappear into the millions of people living in the Sacramento County area, his flight from law enforcement to avoid arrest, and Agents' collective belief (based on training and experience) that he would abscond if released. At Approximately 7:30 AM, MEJIA-Diaz was officially placed under arrest for immigration Title 8 violation and transported to a nearby Immigration and Customs Enforcement facility for processing and removal.

Status Report Ex. K 000004

**From:**       PII
**To:**         PII
**Subject:**    MEJIA-Diaz narrative
**Date:**       Thursday, July 17, 2025 6:36:00 PM
**Attachments:** MEJIA-Diaz narrative.docx

---

Sir,

Attached is the narrative for MEJIA-Diaz, Sevin DOB (PII    ).

Respectfully,

BPA PII

El Paso BORTAC

LEP

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) - Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On July 17, 2025, I, Border Patrol Agent (BPA) PII and other uniformed Border Patrol agents assigned to the El Paso Border Patrol Sector, were working in support of Immigration and Customs Enforcement's Operation At Large in the Sacramento, County area.

The location of today's operation was the Home Depot, located at 4641 Florin Rd, Sacramento, California. Agents arrived at approximately 7:45 a.m. assisted with other Border Patrol Agents chasing other subjects who were running from uniformed Border Patrol. Multiple subjects ran across Florin Road into a residence area. At Approximately 8:00 a.m. Agent PII approached and conducted a consensual encounter with one subject later identified as MEJIA-Diaz, Selvin (DOB PII ). BPA PII , I identified myself to MEJIA-Diaz as U.S. Border Patrol Agent wearing multicam uniform with agency issued ballistic body armor displaying a visible badge and agency identifiers on the front and back, clearly stating my status as a Border Patrol Agent.

Agent PII performed a field immigration interview on MEJIA-Diaz. During the interview, MEJIA-Diaz admitted to being a citizen and national from PII, having been born in PII, on PII. When questioned, MEJIA-Diaz freely admitted he was illegally present in the United States. MEJIA-Diaz could not provide any additional information nor immigration documents in his immediate possession, to prove his claim.

MEJIA-Diaz was not able to produce any documents, hard copy nor any evidence for his claim to his immigration petition process and was advised he was being detained to be transported to a facility for further processing. MEJIA-Diaz began to resist by ignoring multiple verbal commands by agents to turn around and be place on handcuffs, agents escorted MEJIA-Diaz to the ground and placed control hold (handcuffs) on MEJIA-Diaz. MEJIA-Diaz was transported to an ICE facility and turned over for further processing.

MEJIA-Diaz made no claims to owning a home or other assets. Based on my training and experience, I believe that MEJIA-Diaz could easily disappear into the millions of illegal aliens residing in the United States if released. Furthermore, MEJIA-Diaz was found in California which is a sanctuary state - which shields the identity of illegal aliens from Federal Agents. For these reasons, MEJIA-Diaz is considered a flight risk. MEJIA-Diaz was placed under arrest for immigration Title 8 violation.

**From:**        PII

**To:**          PII

**Subject:**     MEJIA-Diaz narrative

**Date:**        Thursday, July 17, 2025 6:36:00 PM

**Attachments:** MEJIA-Diaz narrative.docx

---

Sir,

Attached is the narrative for MEJIA-Diaz, Sevin DOB (PII          ).

Respectfully,

BPA

El Paso BORTAC

LEP

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) - Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On July 17, 2025, I, Border Patrol Agent (BPA) PII and other uniformed Border Patrol agents assigned to the El Paso Border Patrol Sector, were working in support of Immigration and Customs Enforcement's Operation At Large in the Sacramento, County area.

The location of today's operation was the Home Depot, located at 4641 Florin Rd, Sacramento, California. Agents arrived at approximately 7:45 a.m. assisted with other Border Patrol Agents chasing other subjects who were running from uniformed Border Patrol. Multiple subjects ran across Florin Road into a residence area. At Approximately 8:00 a.m. Agent PII approached and conducted a consensual encounter with one subject later identified as MEJIA-Diaz, Selvin (DOB PII ). BPA PII , I identified myself to MEJIA-Diaz as U.S. Border Patrol Agent wearing multicam uniform with agency issued ballistic body armor displaying a visible badge and agency identifiers on the front and back, clearly stating my status as a Border Patrol Agent.

Agent PII performed a field immigration interview on MEJIA-Diaz. During the interview, MEJIA-Diaz admitted to being a citizen and national from PII, having been born in PII, on PII. When questioned, MEJIA-Diaz freely admitted he was illegally present in the United States. MEJIA-Diaz could not provide any additional information nor immigration documents in his immediate possession, to prove his claim.

MEJIA-Diaz was not able to produce any documents, hard copy nor any evidence for his claim to his immigration petition process and was advised he was being detained to be transported to a facility for further processing. MEJIA-Diaz began to resist by ignoring multiple verbal commands by agents to turn around and be place on handcuffs, agents escorted MEJIA-Diaz to the ground and placed control hold (handcuffs) on MEJIA-Diaz. MEJIA-Diaz was transported to an ICE facility and turned over for further processing.

MEJIA-Diaz made no claims to owning a home or other assets. Based on my training and experience, I believe that MEJIA-Diaz could easily disappear into the millions of illegal aliens residing in the United States if released. Furthermore, MEJIA-Diaz was found in California which is a sanctuary state - which shields the identity of illegal aliens from Federal Agents. For these reasons, MEJIA-Diaz is considered a flight risk. MEJIA-Diaz was placed under arrest for immigration Title 8 violation.

**U.S. Department of Homeland Security**   Subject ID : [ PII ]   **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| PII | | | PII | | | |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| PII | | PII | 66 | 170 | Laborer |

U.S. Address — Scars and Marks

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | Status |
|---|---|---|---|
| Unknown Date Unknown Time, WI-Without Inspection | | PII | ☐ Single  ☐ Divorced ☒ Married  ☐ Widower ☐ Separated |

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension: CST

| Date of Birth | Date of Action | Location Code | At Near | Date/Hour |
|---|---|---|---|---|
| PII | 07/21/2025 | SAC/SFR | See I-831 | 07/18/2025 07:35 |

| City, Province (State) and Country of Birth | AR ☒ | Form (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| PII | | | D 6261 SINGH |

NIV Issuing Post and NIV Number — Social Security Account Name — Status at Entry — Status When Found

Date Visa Issued — Social Security Number — Length of Time Illegally in U.S.

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | See Narrative |

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate)
ROSEL-DIMAS, SANDRA NATIONALITY: UNITED STATES

Number and Nationality of Minor Children: None

Father's Name, Nationality, and Address, if Known — Mother's Present and Maiden Names, Nationality, and Address, if Known

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See Narrative | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | Unemployed or Retired | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: [ PII ]        Left Index fingerprint        Right Index fingerprint

OTHER ALIASES KNOWN BY:
[ PII ]

Subject Health Status
The subject claims good health.

Current Administrative Charges ...(CONTINUED ON I-831)

Deportation Officer
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges — (Date/Initials)

Distribution:

Received: (Subject and Documents)  (Report of Interview)
Officer: [ PII ]
on: July 21, 2025
Disposition: REINSTATEMENT OF DEPORT ORDER I-871
Examining Officer: [ PII ]

Form I-213 (Rev. 08-01-07)

Status Report Ex. N 000001

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| **PII** | **PII** | 07/17/2025 |

07/17/2025 - 212a9Aii - ALIEN PREVIOUSLY REMOVED, NOT AS AN ARRIVING ALIEN & AGGRAVATED
FELONY CONVICTION


Previous Criminal History
- - - - - - - - - - - - - - - - - - - - - - - - - -
No Crimes selected for inclusion on the I-213.

RECORDS CHECKED
- - - - - - - - - - - - - - - - - - - -

**LEP**


AT/NEAR
- - - - - - - -
Sacramento, CA

Record of Deportable/Excludable Alien:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
The United States Border Patrol (USBP) is the nation's preeminent expert at conducting
roving patrol operations for the purpose of Title 8 enforcement. The United States Border
Patrol has been conducting law enforcement operations for over one hundred years, across the
United States. The United States Border Patrol is one of the most capable federal agencies
for carrying out effective interior enforcement operations, thanks to its extensive
expertise and institutional knowledge. Under the Immigration and Naturalization Service, the
United States Border Patrol was previously responsible for all interior enforcement prior to
the creation of Immigration and Customs Enforcement (ICE) in 2003.

In the era prior to 2003, Border Patrol used specialized expertise, operational flexibility,
intelligence integration, experience in terrain and movement patterns of aliens traversing
and settling in the interior, and coordination with other law enforcement partners to
enhance their reach and impact throughout the United States. This generational knowledge has
been passed on throughout the years to thousands of Agents, thanks to the United States
Border Patrol's robust training curriculum and "Espirit de corps".

In the post 9/11 era, ICE is restricted by several factors which may limit their
effectiveness in interior operations. These factors include resource and geographical
limitations (manpower and field office locations), local jurisdictions and
cooperation/sanctuary policies, alien integration in the communities, and operational
priorities. Once Border Patrol collaborates with ICE for interior enforcement, an
interagency coordinated effort will undoubtedly have a lasting impact on the safety and
security of interior cities away from the Border.

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large
targeting immigration violators in Los Angeles, California. The operation focuses on law
enforcement operations in direct support of Presidential Executive Orders while ensuring
personnel safety and maintaining tactical control while operating in a confined,
civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a
6-month, nationwide operation to significantly increase Operation At Large arrests of

| Signature | | Title |
|---|---|---|
| **PII** | **PII** | Deportation Officer |

2 of 7 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                 Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| PII | PII | 07/17/2025 |

illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OPO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) - Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On Thursday, July 17th, 2025, I, Border Patrol Agent (BPA) [____PII____], was assigned to enforcement operations in Sacramento, California area assisting with Operation: At Large. During this operation, I was sitting in the passenger seat of an unmarked Border Patrol vehicle driven by SBPA-I [____PII____] I have over 6 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations.

I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed many illegal aliens. During these interviews, the majority of illegal aliens have told me that their final destination was California.

Sacramento, California has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. The entire state of California has been designated as a sanctuary for illegal aliens. Sanctuary cities within the sanctuary state have established illegal alien populations and support networks.

Nonprofit organizations, immigrant advocacy groups, and anti-immigration enforcement coalitions coordinate access for illegal aliens to gain employment, secure certain educational, health, social, and legal defense services. These groups and the availability to benefits entice illegal aliens to come to California, often in defiance of federal laws and regulations.

SBPA [__PII__] and I, BPA [____PII____] were working in civilian attire. Agent [__PII__] and I were both wearing agency issued ballistic body armor with Border Patrol identifiers, badge, and clear police markings on front and back. We were operating an unmarked Border Patrol service vehicle to blend in with the regular public and to avoid bringing attention to ourselves. The location of today's operation was the Home Depot located near Florin Rd. and Bowling Dr., Sacramento, California.

Prior to arriving at this location, Supervisory Border Patrol Agent-Intelligence [__PII__] [__PII__] shared an intelligence bulletin with me (dated July 16, 2025) regarding this location and other pertinent facts that supported our targeted enforcement operation in the city of Sacramento. Some of the points in this bulletin covered the following:

| Signature | | Title |
|---|---|---|
| PII | PII | Deportation Officer |

3 of 7 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Status Report Ex. N 000003

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| PII | PII | 07/17/2025 |

-Since June 7, 2025, United States Border Patrol and allied partners supporting Immigration and Customs Enforcement (ICE) Operation at Large arrested 1278 illegal aliens and 41 United States citizens for impeding or assaulting federal agents during their duties. Arrest locations include Home Depot and other business known to hire illegal aliens.

# LES

- On July 15, 2025, El Centro Sector Border Patrol Agents conducted surveillance at a Home Depot located at 4641 Florin Road, Sacramento, CA 95823. During surveillance, agents observed the following:  At approximately 7:43 hours, approximately 20-day laborers were observed gathering in the parking lot. Utilizing CBP databases, agents identified an illegal alien previously convicted for 8 USC 1325 in the group of laborers. This illegal alien was convicted and served 60 days in a detention facility. At approximately 1115 hours, agents observed another illegal alien with a prior removal order in the group.

-During surveillance, a truck parked in the Home Depot parking lot with day laborers nearby was observed. This truck is registered to an illegal alien. Research on this license plate and individual revealed that this illegal alien is residing in Sacraments and has been removed from the United States on several occasions. Law enforcement databases showed that this illegal alien was previously apprehended attempting to enter the United States without authorization in the El Centro Sector.

It is common knowledge to Border Patrol Agents that illegal aliens congregate at locations such as Home Depot to solicit cash paying day labor jobs. Illegal aliens work these jobs because they lack documentation allowing them to gain steady and lawful employment. Illegal aliens also work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I arrived at the Home Depot at approximately 7:25 AM, and I parked in a public access area. I intended to search for the illegal aliens identified during prior surveillance operations. I also intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect. They moved in a relaxed manner with an identified purpose. By contrast, groups of other individuals, scattered throughout the parking lot, behaved differently than people shopping at Home Depot. They were loitering in stationary locations and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work.

As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people looking furtively in my direction and ran away from me and other

| Signature | | Title |
|---|---|---|
| PII | PII | Deportation Officer |

4 of 7 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| PII | PII | 07/17/2025 |

Border Patrol Agents. Their actions were far different than customers entering and exiting the store. I know from experience that the mere presence of a Border Patrol Agent can induce panic in aliens who are unlawfully present, for fear of arrest and deportation.

One of the fleeing individuals became combative with Agent [PII] and was able to elude initial apprehension. The subject had fled the parking lot area and entered a nearby canal, concealing himself beneath a bridge. A small, unmanned aircraft (drone) guided Agent [PII] and I to the man's last known location. Upon my arrival, I walked into the river bottom to search for the fleeing suspect. As Agent [PII] and I walked down the embankment, I observed another individual begin fleeing through the waterway. This unprovoked flight from law enforcement led me to believe that the man was involved in an active crime or was likely present in the United States without authorization. Based on my training and experience, I believed the man was likely an illegal alien. I gave chase while loudly announcing, "U.S. Border Patrol". The subject continued running through the creek before I closed distance and physically detained him.

Upon contact, the subject falsely identified himself and initially claimed U.S. citizenship, claiming to be born in San Diego, CA. The man had no identification and gave a name and date of birth, and when asked to repeat the same information to verify his identity, the man gave a different name. The subject was detained to verify his identity and escorted to our government vehicle. During follow-up questioning by Agent [PII] the subject ultimately admitted to being a citizen and national of Mexico who is unlawfully present in the United States. He was later identified as [PII], DOB [PII]

Agent [PII] conducted record checks in law enforcement databases and confirmed [PII] is a previously removed felon with an extensive criminal history. His convictions include Possession of marijuana for sale, Possession of fentanyl for sale, Providing false identification to a peace officer, Obstructing/resisting law enforcement, and Criminal trespassing, among other crimes. Based on these convictions, the subject qualifies as an aggravated felon under INA 101(a)(43) and is amenable to reinstatement of removal under INA 241(a)(5).

[PII] made no claims to owning a home, other assets, or having a steady and legal income. [PII] was located in California, which is a sanctuary state. Sanctuary states shield the identity of illegal aliens from Immigration Officials. Agents believed that if [PII] was released, it would be impossible to locate him later.

[PII] fled from law enforcement to avoid arrest. [PII] is considered a flight risk due to his illegal presence in the United States, his willful disregard for the United States immigration and criminal laws, his ability to disappear into the millions of people living in the Sacramento County area, his multiple removals from the United States, his flight from law enforcement to avoid arrest, and Agents' collective belief (based on training and experience) that he would abscond if released.

At approximately 7:50 AM, [PII] was officially placed under arrest for immigration Title 8 violation and transported to a nearby Immigration and Customs Enforcement facility for processing and removal.

[PII] was placed into the rear of an officer's caged vehicle and transported to ICE/ERO at 603 San Juan Ave., Stockton, CA for processing.

| Signature | | Title |
|---|---|---|
| PII | PII | Deportation Officer |

5 of 7 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Status Report Ex. N 000005

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| PII | PII | 07/17/2025 |

PII was enrolled into the LEP systems. LEP results for PII

Alienage & Deportability/Inadmissibility:

PII is a native and citizen of PII by birth. On April 25, 1997, PII was Ordered Removed by an Immigration Judge in Imperial, California. PII was last removed on March 10, 2016, through Del Rio, Texas.

After being removed from the United States, the PII re-entered the United States at an unknown place and unknown time without being inspected, admitted, or paroled by an Immigration Official.

Criminal History:

PII

Health & Humanitarian Aspects:

PII denied any claims of derivative US citizenship or lawful permanent resident status. never served in the US military. Records checks show no pending petitions, applications or appeals on his behalf.

PII stated that he has PII PII

PII denied any form of gang involvement or membership. stated he is in good health.

Recommendations:

PII will be processed as a Reinstatement of Prior Order under section 241(a)(5) of the Act.

The Eagle event for this case was created by Sacramento ERO officers and documents were served at Stockton ERO.

| Signature | | Title |
|---|---|---|
| PII | PII | Deportation Officer |

6 of 7 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Status Report Ex. N 000006

U.S. Department of Homeland Security                     Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| PII | PII | 07/17/2025 |

```
Other Identifying Numbers
---------------------------
ALIEN-[   PII   ]
State Criminal Number/State Bureau Number-[   PII   ]    (UNITED STATES)
```

| Signature | PII | Title |
|---|---|---|
| PII | | Deportation Officer |

_____7____ of ____7____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Status Report Ex. N 000007

U.S. Department of Homeland Security          Subject ID : [ PII ]          **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| PII | | | PII | | | |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| PII | | PII | 66 | 170 | Laborer |

U.S. Address

Scars and Marks

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number |
|---|---|---|
| Unknown Date Unknown Time, WI-Without Inspection | | PII |

☒ Single  ☐ Divorced  ☒ Married  ☐ Widower  ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension
CST

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| PII | 07/17/2025 | SAC/SFR | See I-831 | 07/18/2025 07:35 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| PII | | | PII |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| PII | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Word(s) |
|---|---|---|---|
| None Claimed | | See Narrative | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | Unemployed or Retired | In | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: [ PII ]

Left Index fingerprint          Right Index fingerprint

OTHER ALIASES KNOWN BY:
[ PII ]

Subject Health Status
-------------------------
The subject claims good health.

Current Administrative Charges ...(CONTINUED ON I-831)

Alien has been advised of communication privileges  [signature] [ PII ] (Date/Initials)

[ PII ]
Deportation Officer
(Signature and Title of Immigration Officer)

Distribution:

Received: (Subject and Documents) (Report of Interview)

Officer: [ PII ]

on: July 17, 2025                                    (time)

Disposition: REINSTATEMENT OF DEPORT ORDER I-871

Examining Officer: [ PII ]

Form I-213 (Rev. 08/01/07)

Status Report Ex. N 000008

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| PII | PII | 07/17/2025 |

07/17/2025 - 212a9Aii - ALIEN PREVIOUSLY REMOVED, NOT AS AN ARRIVING ALIEN & AGGRAVATED FELONY CONVICTION

Previous Criminal History
------------------------------
Subject has no criminal history

RECORDS CHECKED
--------------------

**LEP**

AT/NEAR
---------
Sacramento, CA

Record of Deportable/Excludable Alien:
----------------------------------------------

The United States Border Patrol (USBP) is the nation's preeminent expert at conducting roving patrol operations for the purpose of Title 8 enforcement. The United States Border Patrol has been conducting law enforcement operations for over one hundred years, across the United States. The United States Border Patrol is one of the most capable federal agencies for carrying out effective interior enforcement operations, thanks to its extensive expertise and institutional knowledge. Under the Immigration and Naturalization Service, the United States Border Patrol was previously responsible for all interior enforcement prior to the creation of Immigration and Customs Enforcement (ICE) in 2003.

In the era prior to 2003, Border Patrol used specialized expertise, operational flexibility, intelligence integration, experience in terrain and movement patterns of aliens traversing and settling in the interior, and coordination with other law enforcement partners to enhance their reach and impact throughout the United States. This generational knowledge has been passed on throughout the years to thousands of Agents, thanks to the United States Border Patrol's robust training curriculum and "Espirit de corps".

In the post 9/11 era, ICE is restricted by several factors which may limit their effectiveness in interior operations. These factors include resource and geographical limitations (manpower and field office locations), local jurisdictions and cooperation/sanctuary policies, alien integration in the communities, and operational priorities. Once Border Patrol collaborates with ICE for interior enforcement, an interagency coordinated effort will undoubtedly have a lasting impact on the safety and security of interior cities away from the Border.

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of

| Signature | Title |
|---|---|
| PII | Deportation Officer |

2 of 7 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Status Report Ex. N 000009

U.S. Department of Homeland Security                     Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| PII | PII | 07/17/2025 |

illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) - Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On Thursday, July 17th, 2025, I, Border Patrol Agent (BPA) [PII] was assigned to enforcement operations in Sacramento, California area assisting with Operation: At Large. During this operation, I was sitting in the passenger seat of an unmarked Border Patrol vehicle driven by SBPA-I [PII] I have over 6 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations.

I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted smuggling events and arrested and interviewed many illegal aliens. During these interviews, the majority of illegal aliens have told me that their final destination was California.

Sacramento, California has been identified as sanctuary city within Sacramento County where several illegal aliens are known to stay, live and work without having any legal documentation in the United States. The entire state of California has been designated as a sanctuary for illegal aliens. Sanctuary cities within the sanctuary state have established illegal alien populations and support networks.

Nonprofit organizations, immigrant advocacy groups, and anti-immigration enforcement coalitions coordinate access for illegal aliens to gain employment, secure certain educational, health, social, and legal defense services. These groups and the availability to benefits entice illegal aliens to come to California, often in defiance of federal laws and regulations.

SBPA [PII] and I, BPA [PII] were working in civilian attire. Agent [PII] and I were both wearing agency issued ballistic body armor with Border Patrol identifiers, badge, and clear police markings on front and back. We were operating an unmarked Border Patrol service vehicle to blend in with the regular public and to avoid bringing attention to ourselves. The location of today's operation was the Home Depot located near Florin Rd. and Bowling Dr., Sacramento, California.

Prior to arriving at this location, Supervisory Border Patrol Agent-Intelligence [PII] [PII] shared an intelligence bulletin with me (dated July 16, 2025) regarding this location and other pertinent facts that supported our targeted enforcement operation in the city of Sacramento. Some of the points in this bulletin covered the following:

| Signature | Title |
|---|---|
| PII | Deportation Officer |

3 of 7 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Status Report Ex. N 000010

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| PII | PII | 07/17/2025 |

-Since June 7, 2025, United States Border Patrol and allied partners supporting Immigration and Customs Enforcement (ICE) Operation at Large arrested 1278 illegal aliens and 41 United States citizens for impeding or assaulting federal agents during their duties. Arrest locations include Home Depot and other business known to hire illegal aliens.

A.

# LES

- On July 15, 2025, El Centro Sector Border Patrol Agents conducted surveillance at a Home Depot located at 4641 Florin Road, Sacramento, CA 95823. During surveillance, agents observed the following: At approximately 7:43 hours, approximately 20-day laborers were observed gathering in the parking lot. Utilizing CBP databases, agents identified an illegal alien previously convicted for 8 USC 1325 in the group of laborers. This illegal alien was convicted and served 60 days in a detention facility. At approximately 1115 hours, agents observed another illegal alien with a prior removal order in the group.

-During surveillance, a truck parked in the Home Depot parking lot with day laborers nearby was observed. This truck is registered to an illegal alien. Research on this license plate and individual revealed that this illegal alien is residing in Sacraments and has been removed from the United States on several occasions. Law enforcement databases showed that this illegal alien was previously apprehended attempting to enter the United States without authorization in the El Centro Sector.

It is common knowledge to Border Patrol Agents that illegal aliens congregate at locations such as Home Depot to solicit cash paying day labor jobs. Illegal aliens work these jobs because they lack documentation allowing them to gain steady and lawful employment. Illegal aliens also work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I arrived at the Home Depot at approximately 7:25 AM, and I parked in a public access area. I intended to search for the illegal aliens identified during prior surveillance operations. I also intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect. They moved in a relaxed manner with an identified purpose. By contrast, groups of other individuals, scattered throughout the parking lot, behaved differently than people shopping at Home Depot. They were loitering in stationary locations and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work.

As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people looking furtively in my direction and ran away from me and other

| Signature | Title |
|---|---|
| PII | Deportation Officer |

4 of 7 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Status Report Ex. N 000011

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| PII | PII | 07/17/2025 |

Border Patrol Agents. Their actions were far different than customers entering and exiting the store. I know from experience that the mere presence of a Border Patrol Agent can induce panic in aliens who are unlawfully present, for fear of arrest and deportation.

One of the fleeing individuals became combative with Agent [PII] and was able to elude initial apprehension. The subject had fled the parking lot area and entered a nearby canal, concealing himself beneath a bridge. A small, unmanned aircraft (drone) guided Agent [PII] and I to the man's last known location. Upon my arrival, I walked into the river bottom to search for the fleeing suspect. As Agent [PII] and I walked down the embankment, I observed another individual begin fleeing through the waterway. This unprovoked flight from law enforcement led me to believe that the man was involved in an active crime or was likely present in the United States without authorization. Based on my training and experience, I believed the man was likely an illegal alien. I gave chase while loudly announcing, "U.S. Border Patrol". The subject continued running through the creek before I closed distance and physically detained him.

Upon contact, the subject falsely identified himself and initially claimed U.S. citizenship, claiming to be born in San Diego, CA. The man had no identification and gave a name and date of birth, and when asked to repeat the same information to verify his identity, the man gave a different name. The subject was detained to verify his identity and escorted to our government vehicle. During follow-up questioning by Agent [PII] the subject ultimately admitted to being a citizen and national of [PII] who is unlawfully present in the United States. He was later identified as [PII], DOB [PII].

Agent [PII] conducted record checks in law enforcement databases and confirmed [PII] is a previously removed felon with an extensive criminal history. His convictions include [PII] [PII] among other crimes. Based on these convictions, the subject qualifies as an aggravated felon under INA 101(a)(43) and is amenable to reinstatement of removal under INA 241(a)(5).

[PII] made no claims to owning a home, other assets, or having a steady and legal income. [PII] was located in California, which is a sanctuary state. Sanctuary states shield the identity of illegal aliens from Immigration Officials. Agents believed that if [PII] was released, it would be impossible to locate him later.

[PII] fled from law enforcement to avoid arrest. [PII] is considered a flight risk due to his illegal presence in the United States, his willful disregard for the United States immigration and criminal laws, his ability to disappear into the millions of people living in the Sacramento County area, his multiple removals from the United States, his flight from law enforcement to avoid arrest, and Agents' collective belief (based on training and experience) that he would abscond if released.

At approximately 7:50 AM, [PII] was officially placed under arrest for immigration Title 8 violation and transported to a nearby Immigration and Customs Enforcement facility for processing and removal.

DIMAS was placed into the rear of an officer's caged vehicle and transported to ICE/ERO at 603 San Juan Ave., Stockton, CA for processing.

| Signature | Title |
|---|---|
| PII | Deportation Officer |

                                                          5   of   7   Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Status Report Ex. N 000012

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| PII | PII | 07/17/2025 |

PII was enrolled into the LEP systems. LEP results for PII.

Alienage & Deportability/Inadmissibility:
PII is a native and citizen of PII by birth. On April 25, 1997, PII was Ordered Removed by an Immigration Judge in Imperial, California. PII was last removed on March 10, 2016, through Del Rio, Texas.

After being removed from the United States, the PII re-entered the United States at an unknown place and unknown time without being inspected, admitted, or paroled by an Immigration Official.

Criminal History:

PII

Health & Humanitarian Aspects:
PII denied any claims of derivative US citizenship or lawful permanent resident status. never served in the US military. Records checks show no pending petitions, applications or appeals on his behalf.
PII stated that he PII
PII denied any form of gang involvement or membership. stated he is in good health.

Recommendations:
PII will be processed as a Reinstatement of Prior Order under section 241(a)(5) of the Act.

The Eagle event for this case was created by Sacramento ERO officers and documents were served at Stockton ERO.

| Signature | Title |
|---|---|
| PII | Deportation Officer |

6 of 7 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Status Report Ex. N 000013

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| PII | PII | 07/17/2025 |

Other Identifying Numbers
----------------------------------
ALIEN- PII
State Criminal Number/State Bureau Number- PII    (UNITED STATES)

| Signature | Title |
|---|---|
| PII | Deportation Officer |

7 of 7 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Status Report Ex. N 000014

Message

| From: | PII | LEP |
|---|---|---|
| Sent: | 7/24/2025 7:47:20 PM | |

To:    [PII]  [LEP]  [PII]
[LEP]

CC:    [PII]  [LEP]  [PII]  [LEP]  [PII]
[PII]  [LEP]  [PII]  [LEP]  [PII]
[LEP]  [PII]  [LEP]  [PII]
[PII]  [LEP]

Subject:    RE: I213s
Attachments:    [Untitled].pdf

Section Chief [PII]

Please see attached. We are still trying to claw back the files on these cases. The way ERO works is once the case is done, and the alien departs our offices either for removal or for housing the files go with. The updated I-213 narratives came after the aliens and files left. We reprinted the I-213s and were waiting on the files to arrive back to my offices so we could replace the I-213s with the updated ones. Do to your timeline, I signed all the I-213s for the reviewing official and had one of my DOs sign for the author. If this doesn't work for CBP, I will need more time to get the individual officers who authored the I-213s to sign.

Please give me a call if you have any questions.

Thanks,
[PII]
**Acting Assistant Field Office Director**
U.S. Immigration and Customs Enforcement Enforcement and Removal Operations
San Francisco Field Office, Stockton Sub-office
Office [LEP] Cell [LEP]

From: [PII] [LEP]
Sent: Thursday, July 24, 2025 10:59 AM
To [PII] [LEP] [PII] [LEP]
Cc: [PII] [LEP] [PII] [LEP] [PII]
[PII] [LEP] [PII] [LEP] [PII]
[LEP] [PII] [LEP] [PII]
[PII] [LEP]
Subject: RE: I213s

Good morning,

Any luck getting the updated I-213s signed? We have to have them to OCC today.

[PII]
**Section Chief - Prosecutions**
**Operation At Large / Los Angeles**
**U.S. Border Patrol**
**Cell:** [LEP]

**From:** PII
**Sent:** Tuesday, July 22, 2025 4:46 PM
**To:** PII    LEP
**Cc:** PII    LEP    PII    LEP    PII
PII    LEP    PII    LEP    PII
LEP    PII    LEP    PII
PII    LEP
**Subject:** RE: I213s

All narratives have been updated in e3 and should reflect in Eagle.

PII
*Logistics Section Chief – Operation At Large / Los Angeles*
*U.S. Border Patrol*
*Cell:* LEP
LEP

**From:** Lind, Joshua J    LEP
**Sent:** Tuesday, July 22, 2025 3:49 PM
**To:** TIERNAN, CHRISTOPHER N    LEP
**Subject:** RE: I213s



**From:** PII    LEP
**Sent:** Tuesday, July 22, 2025 3:38 PM
**To:** PII    LEP    PII    LEP
**Cc:** PII    LEP    PII    LEP    PII
LEP    PII    LEP    PII
LEP    PII    LEP
**Subject:** RE: I213s

Is there any way of who ever has the files to just scan the I-213 to us?

PII
*Logistics Section Chief – Operation At Large / Los Angeles*
*U.S. Border Patrol*

*Cell:* [LEP]

[LEP]

---

**From:** [PII] [LEP] >
**Sent:** Tuesday, July 22, 2025 2:20 PM
**To:** [PII] [LEP] ; [PII]
[LEP]
**Cc:** [PII] [LEP] ; [PII] [LEP] ; [PII]
[LEP]
**Subject:** RE: I213s

We are requesting that the files get sent back to Stockton as they were sent with the bodies and no longer here. Anyway of the BP agents signing the I-213s so once we are able to claw back the files, we can swap out the I-213s? If not, we will have to wait and see what is in the A-file and adjust from there.

Thanks,
[PII]
Acting Assistant Field Office Director
U.S. Immigration and Customs Enforcement Enforcement and Removal Operations
San Francisco Field Office, Stockton Sub-office
Office [LEP] Cell [LEP]

---

**From:** [PII] [LEP]
**Sent:** Tuesday, July 22, 2025 1:27 PM
**To:** [PII] [LEP]
**Cc:** [PII] [LEP] ; [PII] [LEP] ; [PII]
[LEP] [PII] [LEP]
**Subject:** RE: I213s

Thank you.

Mr. [PII] are you able to help us out with sending us the signed I-213s?

[PII]
*Logistics Section Chief – Operation At Large / Los Angeles*
*U.S. Border Patrol*
*Cell:* [LEP]
[LEP]

---

**From:** [PII] [LEP]
**Sent:** Tuesday, July 22, 2025 9:51 AM
**To:** [PII] [LEP]
**Cc:** [PII] [LEP] ; [PII] [LEP] ; [PII]
[LEP] [PII] [LEP]
**Subject:** RE: I213s

You don't often get email from [LEP] . Learn why this is important

Hey [PII]

I've been off this weekend, so I'm going to forward you to the Stockton Sup [ PII ] I think he might be able to help you out.

[ PII ]

### [ PII ]

DEPORTATION OFFICER/US MARSHALS SERVICE FUGITIVE TASK FORCE OFFICER (PSWRFTF)
SAN FRANCISCO, CA FIELD OFFICE/SACRAMENTO, CA SUB-OFFICE
ENFORCEMENT AND REMOVAL OPERATIONS
US IMMIGRATION AND CUSTOMS ENFORCEMENT
CELL [ LEP ]
650 CAPITOL MALL, RM 1-120
SACRAMENTO, CA 95814

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

---

**From:** [ PII ] [ LEP ]
**Date:** Tuesday, Jul 22, 2025 at 09:40
**To** [ PII ] [ LEP ]
**Subject:** FW: I213s

Good morning,

I got an out of office reply from SDDO [ PII ] Are you able to assist with the below request?

I forwarded some amended narratives to SDDO [ PII ] yesterday afternoon. I'm not sure if he passed it along before he took off.

[ PII ]
*Logistics Section Chief – Operation At Large / Los Angeles*
*U.S. Border Patrol*
*Cell: (760)996-5673*
[ LEP ]

---

**From:** [ PII ]
**Sent:** Tuesday, July 22, 2025 9:13 AM
**To** [ PII ] [ LEP ] [ PII ] [ LEP ] [ PII ]
[ LEP ]

**Cc:** [PII] [LEP] [PII] [LEP] [PII] [LEP] [PII] [LEP] [LEP] [PII] [LEP] [PII] [LEP] [PII] [LEP]

**Subject:** RE: I213s

Good morning,

Would it be possible to get copies of the signed amended I-213s for all 11 arrestees from Sacramento on 7/17? We have to submit them to CBP OCC for pending litigation. We have to have them to OCC by tomorrow.

Thank you,

[PII]

*Logistics Section Chief – Operation At Large / Los Angeles*
*U.S. Border Patrol*
*Cell:* [LEP]
[LEP]

**From:** [PII]
**Sent:** Monday, July 21, 2025 4:46 PM
**To:** [PII] [LEP] [PII] [LEP]
**Cc:** [PII] [LEP] [PII] [LEP] [PII] [LEP] [PII] [LEP] [LEP] [PII] [LEP] [PII] [LEP] [PII] [LEP]

**Subject:** RE: I213s

All,

Please see attached amended narratives for the subjects apprehended on 7/17 in Sacramento.

Please let us know if you need anything further.

The three narratives for the subjects transferred to El Centro have been forwarded to IRDF.

[PII]

*Logistics Section Chief – Operation At Large / Los Angeles*
*U.S. Border Patrol*
*Cell:* [LEP]
[LEP]

**From:** [PII] [LEP]
**Sent:** Monday, July 21, 2025 12:43 PM
**To:** [PII] [LEP] [PII] [LEP]
**Cc:** [PII] [LEP] [PII] [LEP] [PII] [LEP] [PII] [LEP] [LEP] [PII] [LEP] [PII] [LEP]

**Subject:** RE: I213s

These three cases



1. A[
2. A[
3. A[

---

[ PII ]
Acting Assistant Field Office Director
U.S. Immigration and Customs Enforcement Enforcement and Removal Operations
San Francisco Field Office, Stockton Sub-office
Office[ LEP ] Cell [ LEP ]

---



**From:** [ PII ] [ LEP ]
**Sent:** Monday, July 21, 2025 12:41 PM
**To:** [ PII ] [ LEP ] [ PII ] [ LEP ]
**Cc:** [ PII ] [ LEP ] [ PII ] [ LEP ]
[ PII ] [ LEP ] [ PII ] [ LEP ]
[ LEP ] [ PII ] [ LEP ] [ PII ]
[ LEP ]
**Subject:** RE: I213s

You don't often get email from [ LEP ]. Learn why this is important

Is there a list of the subjects that were sent to El Centro? We can start working on those narratives if we can get the names.

---

[ PII ]
*Logistics Section Chief – Operation At Large / Los Angeles*
*U.S. Border Patrol*
*Cell:* [ LEP ]
[ LEP ]

---

**From** [ PII ] [ LEP ]
**Sent:** Monday, July 21, 2025 12:22 PM
**To** [ PII ] [ LEP ] [ PII ]
[ LEP ]
**Cc:** [ PII ] [ LEP ] [ PII ] [ LEP ]
**Subject:** RE: I213s

If we can get BP to update print sign and email them to us, we can replace the cases that we still have to files for. We will need to ask El Centro (SND) office if they can replace the ones for the cases we sent them. Those are probably the most important ones to do first as those I-213s will be used in Immigration Court and entered into evidence.

---

[ PII ]
Acting Assistant Field Office Director
U.S. Immigration and Customs Enforcement Enforcement and Removal Operations

San Francisco Field Office, Stockton Sub-office
Office [ LEP ] Cell [ LEP ]

---

**From:** [ PII ] [ LEP ]
**Sent:** Monday, July 21, 2025 12:17 PM
**To:** [ PII ] [ LEP ]
**Cc:** [ PII ], [ LEP ] [ PII ] [ LEP ], [ PII ]
**C** [ LEP ]
**Subject:** RE: I213s

Given that these are the narratives that were included in the files/removal packets/NTAs, I don't think we can amend them. At least not right now anyway. [ PII ], any thoughts?

[ PII ]
Supervisory Detention and Deportation Officer
San Francisco Field Office, Sacramento Sub Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

---

**From** [ , PII ] [ LEP ]
**Sent:** Monday, July 21, 2025 12:16 PM
**To** [ PII ] [ LEP ]
**Cc:** [ PII ] [ LEP ] [ PII ] [ LEP ], [ PII ]
**C <** [ LEP ]
**Subject:** RE: I213s

Thank you, [ PII ].

How big of a deal would it be to amend the narratives? It looks like the agents used an older version of the narrative and there is some verbiage that [ AC/AWP ]

[ PII ]
*Logistics Section Chief – Operation At Large / Los Angeles*
*U.S. Border Patrol*
*Cell:* [ LEP ]
[ LEP ]

---

**From** [ PII ] [ LEP ]
**Sent:** Monday, July 21, 2025 11:59 AM
**To:** [ PII ] [ LEP ]
**Cc:** [ PII ] [ LEP ]; [ PII ] [ LEP ]
**Subject:** I213s
**Importance:** High

You don't often get email from [ LEP ] Learn why this is important

Status Report Ex. O 000007

As requested, please see attached I213s.  FYI I will be on leave starting tomorrow. If you need anything, please contact ┊ PII ┊ or ┊ PII ┊ Thank you.

┊ PII ┊
Supervisory Detention and Deportation Officer
San Francisco Field Office, Sacramento Sub Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement