UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, *et al*., | Case No. 1:25-cv-00246-JLT-CDB |
| Plaintiffs, | ORDER ON DEFENDANTS' UNOPPOSED REQUESTS TO SEAL |
| v. | (Doc. 162) |
| KRISTI NOEM, *et al*., | **7-DAY DEADLINE** |
| Defendants. | |

Pending before the Court is Defendants' notice and request to seal documents (Doc. 162), filed and emailed to the undersigned's chambers on March 20, 2026.  Defendants represent that the document to be sealed (Defendants' Exhibit H to the parties' Joint Informal Discovery Dispute Letter Brief, Doc. 163) contains personally identifiable information of nonparties to this action and that Plaintiffs do not oppose the sealing request.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that sealing the document serves a compelling interest and that, in the absence of closure, the compelling interests would be harmed.  The Court further finds that, as the document is already filed on the docket in redacted form, there are no additional alternatives to sealing the document that would adequately protect the compelling interests.

///

**Conclusion and Order**

For the foregoing reasons, IT IS HEREBY ORDERED that Defendants' unopposed request to seal (Doc. 162) is GRANTED.

Accordingly, within seven (7) days of entry of this order, Defendants shall transmit via email to the Clerk of the Court's Operations Section (ApprovedSealed@caed.uscourts.gov): (1) a copy of this order, and (2) all documents (request to seal, proposed order, unredacted exhibit) submitted to chambers of the undersigned in connection with their request to seal (Doc. 162). The email subject line shall bear the case name/number and title "Defendants' Documents to seal – Doc. 162."

IT IS SO ORDERED.

Dated:   **April 16, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2