UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED FARM WORKERS, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, *et al.*,

Defendants.

Case No. 1:25-cv-00246-JLT-CDB

ORDER ON DEFENDANTS' UNOPPOSED REQUESTS TO SEAL

(Doc. 154)

**7-DAY DEADLINE**

Pending before the Court is Defendants' notice and request to seal documents (Doc. 154), filed on March 6, 2026.  Following the presiding district judge's direction to the parties to submit certain related disputes to the undersigned (*see* Doc. 167), on April 9, 2026, Defendants emailed to the undersigned's chambers their notice and request to seal accompanied by three exhibits.  On April 14, 2026, Plaintiffs emailed to the undersigned's chambers a response to Defendants' request to seal, supported by an attorney declaration.  As set forth in the parties' filings and submissions, the documents Defendants seek to seal identify contact information of law enforcement personnel and the names and results of searches of certain law enforcement databases and systems.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that sealing the documents serves a compelling interest and that, in the absence of closure, the compelling

interests would be harmed.  The Court further finds that, as the documents already are filed on the docket in redacted form, there are no additional alternatives to sealing the document that would adequately protect the compelling interests.

**Conclusion and Order**

For the foregoing reasons, IT IS HEREBY ORDERED that Defendants' unopposed request to seal (Doc. 154) is GRANTED.

Accordingly, within seven (7) days of entry of this order:

1. Defendants shall transmit via email to the Clerk of the Court's Operations Section (ApprovedSealed@caed.uscourts.gov): (1) a copy of this order, and (2) all documents (request to seal, proposed order, unredacted exhibits) submitted to chambers of the undersigned in connection with their request to seal (Doc. 154).  The email subject line shall bear the case name/number and title "Defendants' Documents to seal – Doc. 154."  No redactions shall be made to the documents.

2. Plaintiffs shall transmit via email to the Clerk of the Court's Operations Section (ApprovedSealed@caed.uscourts.gov): (1) a copy of this order, and (2) all documents (response and supporting declaration) submitted to chambers of the undersigned in connection with Defendants' request to seal (Doc. 154).  The email subject line shall bear the case name/number and title "Plaintiffs' Documents to seal – Doc. 154."

IT IS SO ORDERED.

Dated:   __**May 11, 2026**__          _____

UNITED STATES MAGISTRATE JUDGE

2