**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED FARM WORKERS, et al.,

Plaintiffs,

v.

MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,

Defendants.

Case No. 1:25-cv-00246 JLT CDB

[~~PROPOSED~~] ORDER GRANTING REQUEST TO SEAL PORTIONS OF EXHIBITS E, F, H, AND I TO GREENBERG DECLARATION ISO POST-REMAND SUPPLEMENTAL REPLY BRIEF

Dept.: Courtroom 4, 7th Floor
Judge: Hon. Jennifer L. Thurston

Date Filed: February 26, 2025

Trial Date: None set

**[~~PROPOSED~~] ORDER**

Having reviewed Plaintiffs' Request to Seal Portions of Exhibits E, F, H, and I to the Julia L. Greenberg Declaration in support of Plaintiffs' Post-Remand Supplemental Reply Brief, as well as Defendants' response thereto, IT IS HEREBY ORDERED that:

| Requesting Party | Document | Portion Sought to Be Provisionally Sealed | [~~Proposed~~] Order |
|---|---|---|---|
| Plaintiffs & Defendants | Exhibit E, Greenberg Declaration | Proposed redactions, which are in a red box in Exhibit E and provided to the Court via e-mail to proposed orders e-mail box | GRANTED IN PART. The redactions proposed by the Defense are approved. Plaintiffs' redactions are both under and over-inclusive. For example, there is no obvious justification for sealing the place of birth of the subject of the I-213s. In addition, the |

| Requesting Party | Document | Portion Sought to Be Provisionally Sealed | [~~Proposed~~] Order |
|---|---|---|---|
| | | | Court has already ruled that the "Records Checked" information in the I-213s should be redacted.[1] |
| Plaintiffs & Defendants | Exhibit F, Greenberg Declaration | Proposed redactions, which are in a red box in Exhibit F and provided to the Court via e-mail to proposed orders e-mail box | **GRANTED IN PART**. The redactions proposed by the Defense are approved.<br>Same rationale as above. |
| Plaintiffs & Defendants | Exhibit H, Greenberg Declaration | Proposed redactions, which are in a red box in Exhibit H and provided to the Court via e-mail to proposed orders e-mail box | **GRANTED IN PART**. The redactions proposed by the Defense are approved.<br>Same rationale as above. |
| Plaintiffs & Defendants | Exhibit I, Greenberg Declaration | Proposed redactions, which are in a red box in Exhibit I and provided to the Court via e-mail to proposed orders e-mail box. | **GRANTED**.<br>These redactions are undisputed and protect personally identifying information of non-parties. |
| Plaintiffs' argument made in anticipation of a Defense request. | Post-Remand Supplemental Reply Brief re Standing | Proposed redactions highlighted yellow and provided to the Court via e-mail to proposed orders e-mail box | **DENIED.**<br>Defendants indicate in response that they do not object to filing the brief on the public docket in its entirety with no redactions. |

IT IS SO ORDERED.

Dated: October 21, 2026

UNITED STATES DISTRICT JUDGE

[1] Considering the Court's prior orders in this matter, this and the subsequent two requests should not have engendered anything resembling a dispute. The parties must do more to avoid wasting judicial resources.