BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
MICHELLE (MINJU) Y. CHO - # 321939
mcho@aclunc.org
SHILPI AGARWAL - # 270749
sagarwal@aclunc.org
EMILY CHENGXI ZHU - # 366697
ezhu@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

MAYRA JOACHIN - # 306065
mjoachin@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Telephone: (213) 977-5000

ANDRES HOLGUIN-FLORES - # 305860
aholguinflores@aclu-sdic.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Attorneys for Plaintiffs*

FRANCO MUZZIO - # 310618
fmuzzio@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
CHRIS S. SUN - # 308945
csun@keker.com
JASON GEORGE - # 307707
jgeorge@keker.com
JULIA L. GREENBERG - # 333864
jgreenberg@keker.com
REAGHAN E. BRAUN - # 340526
rbraun@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

*Attorneys for Plaintiffs*

MARIO MARTINEZ - # 200721
mmartinez@farmworkerlaw.com
EDGAR IVÁN AGUILASOCHO - # 285567
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Avenue, Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174
Facsimile: (661) 840-6154

*Attorneys for Plaintiff United Farm Workers*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

UNITED FARM WORKERS, et al.,

Plaintiffs,

v.

MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; et al.,

Defendants.

Case No. 1:25-cv-00246-JLT-CDB

**PLAINTIFFS' NOTICE OF DEFENDANTS' IMPROPER POST-REMAND SURREPLY BRIEF**

Dept.: Courtroom 4, 7th Floor
Judge: Hon. Jennifer L. Thurston

Date Filed: February 26, 2025

Trial Date: None set

On October 22, 2026, Defendants filed their "Post-Remand Reply Brief Regarding Standing for Plaintiffs' Preliminary Injunction," *see* Dkt. 232, including more than eight pages of substantive legal argument responding to Plaintiffs' Post-Remand Supplemental Reply Brief, *see* Dkt. 222. Defendants' "reply brief" is an improper surreply, filed without leave of the Court or prior notice to Plaintiffs, in violation of the Eastern District of California's Local Rules and this Court's Order.

Under Local Rule 230(m)(1), "[a]fter a reply is filed, no additional memoranda, papers, or other materials may be filed without prior Court approval except . . . the opposing party may file and serve . . . an Objection to Reply Evidence stating its objections to the new evidence[,] . . . which ***may not include further argument on the motion***." E.D. Cal. L. R. 230(m)(1) (emphasis added); *see also Garcia v. Biter*, 195 F. Supp. 3d 1131, 1133 (E.D. Cal. 2016) ("Parties do not have the right to file surreplies and motions are deemed submitted when the time to reply has expired."). Here, the Parties agreed to a schedule for the post-remand supplemental briefs providing for an opening brief, an opposition, and a reply—and did not include a surreply. *See* Dkt. 207 at 1. The Court adopted that schedule, adding "[i]f necessary, Federal Defendants may respond to any evidentiary objections on or before October 22[.]" Dkt. 208 at 4. The Court authorized Defendants to respond to evidentiary objections—not to file another merits brief.

Defendants nevertheless did precisely that, devoting more than eight pages to rearguing Plaintiffs' standing, mischaracterizing Plaintiffs' reply, and advancing new arguments. Defendants neither sought nor obtained leave to file this unauthorized surreply. The Court may reject the surreply on that basis alone. *See, e.g., Thomas v. Wilkinson*, 2017 WL 262062, at *1 (E.D. Cal. Jan. 18, 2017) (striking surreply from record where party "has not shown good cause").

Plaintiffs are mindful of the Court's extraordinarily heavy workload, *see* Dkt. 208 at 4, and do not wish to burden the Court unnecessarily with further briefing addressing Defendants' mischaracterizations and baseless arguments in their improper surreply. Plaintiffs therefore request that the Court disregard the improper surreply. If the Court is inclined to consider any of Defendants' new arguments and believes further briefing would be helpful, Plaintiffs request an opportunity to respond as the Court deems appropriate.

Dated: October 23, 2026

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA

By: */s/ Bree Bernwanger*
(as authorized on October 23, 2026)
BREE BERNWANGER
MICHELLE (MINJU) Y. CHO
SHILPI AGARWAL
EMILY CHENGXI ZHU

Dated: October 23, 2026

By: AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA

*/s/ Mayra Joachin*
(as authorized on October 23, 2026)
MAYRA JOACHIN

Dated: October 23, 2026

By: AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

*/s/ Andres Holguin-Flores*
(as authorized on October 23, 2026)
ANDRES HOLGUIN-FLORES

*Attorneys for Plaintiffs*

Dated: October 23, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Julia L. Greenberg*
FRANCO MUZZIO
CHRISTINA LEE
CHRIS S. SUN
JASON GEORGE
JULIA L. GREENBERG
REAGHAN E. BRAUN
NATALIE R. HEIM

*Attorneys for Plaintiffs*

Dated: October 23, 2026

By: MARTINEZ AGUILASOCHO LAW, INC.

*/s/ Mario Martinez*
(as authorized on October 23, 2026)
MARIO MARTINEZ
EDGAR IVÁN AGUILASOCHO

*Attorneys for Plaintiff*
*United Farm Workers*