# Exhibit E

**Redacted/Public Version Pursuant to Dkt. 230**

U.S. Department of Homeland Security | Subject ID: [redacted] | **Record of Deportable/Inadmissible Alien**

Family Name (CAPS): [redacted] | First: | Middle:

Sex: | Hair: | Eyes: | Cmplxn: [redacted]

Country of Citizenship: MEXICO

Passport Number and Country of Issue:

File Number: CASE No: [redacted] A [redacted]

Height: 66 | Weight: 165 | Occupation: LABORER

U.S. Address: FAILED TO PROVIDE US ADDRESS

Scars and Marks: None Indicated

Date, Place, Time, and Manner of Last Entry: 11/15/2024, 0500, 1.2 mile(s) E of SYS, PWA (AFOOT)

Passenger Boarded at:

F.B.I. Number: [redacted]

☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence: VERACRUZ, MEXICO

Method of Location/Apprehension: AS

Date of Birth: [redacted] Age: [redacted]

Date of Action: 01/09/2025

Location Code: ELC/IDO

At/Near: CALEXICO, CA | Date/Hour: 01/08/2025 1530

City, Province (State) and Country of Birth: VERACRUZ, MEXICO

AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐

By: [redacted]

NIV Issuing Post and NIV Number:

Social Security Account Name:

Status at Entry: PWA Mexico | Status When Found: TRAVEL/SEEKING

Date Visa Issued:

Social Security Number:

Length of Time Illegally in U.S.: AT ENTRY

Immigration Record: NEGATIVE

Criminal Record: None Known

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):

Number and Nationality of Minor Children:

Father's Name, Nationality, and Address, if Known: See Narrative

Mother's Present and Maiden Names, Nationality, and Address, if Known: See Narrative

Monies Due/Property in U.S. Not in Immediate Possession: None Claimed

Fingerprinted? ☐ Yes ☐ No

Systems Checks: See Narrative

Charge Code Words(s): I9A2

Name and Address of (Last)(Current) U.S. Employer:

Type of Employment:

Salary: Hr

Employed from/to:

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: [redacted] I77 #: [redacted] DNA Envelope #: [redacted]

[redacted]

[redacted]

Left Index Print Right Index Print

ARREST COORDINATES:
-------------------
Latitude: 35.44563
Longitude: -119.07615

**Subject to the Proclamation (SB)**

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: PERA

Program: EBC

[redacted]
Date: 2025.01.09 08:52:56 -08:00
0816431231.CBP.2

[redacted]
BORDER PATROL AGENT
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges 01/09/2025 [redacted] Date: 2025.01.09 08:52:56 -08:00 0816431231.CBP.2 (Date/Initials)

Distribution:

TO A FILE
ELC
ELS

Received: (Subject and Documents) (Report of Interview)

Officer: [redacted]

on: January 09, 2025 at 0612 (time)

Disposition: REINSTATEMENT OF DEPORT ORDER I-871

Examining Officer: [redacted]

Form I-213 (Rev. 08/01/07) Y

U.S. Department of Homeland Security

Continuation Page for Form I213

| Alien's Name | File Number | Date |
| --- | --- | --- |
| [redacted] | A[redacted]<br>Event No: [redacted] | 01/09/2025 |

FATHER NAME AND ADDRESS:
------------------------
Nationality: [redacted]

MOTHER NAME AND ADDRESS:
------------------------
Nationality: [redacted]

FUNDS IN POSSESSION:
-------------------------
United States Dollar 141.00

RECORDS CHECKED:
----------------
[redacted]

Other Family/Associates Not in Event:
-------------------------------------
Father, [redacted]
Mother,

NARRATIVE:
----------
ENCOUNTER:
Border Patrol Agent [redacted] encountered [redacted] in Operation Return to Sender held in Bakersfield, California. Border Patrol Agent [redacted] determined the subject had unlawfully entered the United States from Mexico, at a time and place other than as designated by the United States Attorney General. The subject admitted that he was in the United States illegally. After determining that the subject was an alien who illegally entered the United States, the subject was arrested at 03:30 PM on 1/8/2025 and transported to the El Centro Sector Processing Center for further processing using the E3/IDENT and IAFIS Systems.

IMMIGRATION VIOLATION:
At the El Centro Sector Processing Center, the subject was asked if he wanted to make a

| Signature | Title |
| --- | --- |
| [redacted] [redacted] Date: 2025.01.09 08:53:02 -08:00 0816431231.CBP2 | BORDER PATROL AGENT |



Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security — Continuation Page for Form I213

| Alien's Name | File Number | Date |
|---|---|---|
| [redacted] | A[redacted]<br>Event No:[redacted] | 01/09/2025 |

Sworn Statement as part of the Reinstatement of Removal Proceedings. Service Form I-215B was read and explained to the subject. The subject understood and was willing to answer questions and give a statement without the presence of an attorney. The subject stated that he is a citizen and national of Mexico without the necessary legal documents to enter, pass through, or remain in the United States. The subject also stated he illegally crossed the international boundary without being inspected by an Immigration Officer at a designated Port of Entry. The subject was ordered removed from the United States to Mexico on 11/12/2023.

CONSULAR NOTIFICATION:
The subject was notified of his right to communicate with a consular officer from [redacted] as per Article 36(a)(b) of the Vienna Convention of Consular Relations. The subject acknowledged understanding the right but declined to speak with anyone at this time. The subject further stated that he does not fear persecution or torture if returned to his country of citizenship.

DISPOSITION:
The subject is being processed for a Reinstatement of Removal. The subject claims and appears to be in good health.

IMMIGRATION HISTORY: A [redacted]

CRIMINAL HISTORY: Subject does not have any criminal history. (FBI# [redacted])

| Signature | Title |
|---|---|
| [redacted] [redacted] Date: 2025.01.09 08:53:23 -08:00 0816431231.CBP2 | BORDER PATROL AGENT |



Form I-831 Continuation Page (Rev. 08/01/07)