UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br>Plaintiffs,<br>v.<br>MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security, et al.,<br>Defendants. | No. 1:25-cv-00246-JLT-CDB<br>**[~~PROPOSED~~] ORDER** |

The Court GRANTS Defendants' Renewed Request to Seal (Doc. 242) and orders the relevant documents to be electronically lodged under seal. Defendants shall file the sealed documents redacting the information reflected in Defendants' Renewed Request to Seal.

IT IS SO ORDERED.

Dated: November 3, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE